James S. Bell (252662)
JAMES S. BELL, P.C.
2808 Cole Avenue
Dallas, TX  75204
Telephone: (214) 668-9000
Email:  james@jamesbellpc.com
Attorney for Defendant Matthew H. Peters

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW H. PETERS, BAYVIEW SPECIALTY SERVICES LLC, COASTLINE SPECIALTY SERVICES LLC, STRAND VIEW CORPORATION, INNOVATIVE SPECIALTY SERVICES LLC, PARAGON PARTNERS LLC (D/B/A PARAGON MEDICAL PARTNERS), CARDEA CONSULTING LLC, PRAXIS MARKETING SERVICES LLC, PROFESSIONAL RX PHARMACY LLC, INLAND MEDICAL CONSULTANTS LLC (D/B/A ADVANCED THERAPEUTICS), PORTLAND PROFESSIONAL PHARMACY LLC, SUNRISE PHARMACY LLC, PROFESSIONAL 205 PHARMACY LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), SYNERGY MEDICAL SYSTEMS LLC (D/B/A SYNERGY RX), SYNERGY RX LLC (D/B/A SYNERGY RX), PRESTIGE PROFESSIONAL PHARMACY, JMSP LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), MPKM, LLC (D/B/A | Case No. 2:24-cv-00287-CKD<br><br><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY DEFENDANT MATTHEW H. PETERS [L.R. 144(a)]** |

1

PROFESSIONAL CENTER
PHARMACY), ONE WAY DRUG LLC
(D/B/A PARTELL PHARMACY),
PARTELL PHARMACY LLC,
OPTIMUM CARE PHARMACY INC.
(D/B/A MARBELLA PHARMACY),
GLENDALE PHARMACY LLC, and
LAKE FOREST PHARMACY (D/B/A
LAKEFOREST PHARMACY),

Defendants.

To: THE CLERK OF COURT AND ALL PARTIES OF RECORD

Plaintiff United States of America, on the one hand, and Defendant Matthew H. Peters, on the other hand, through their respective counsel hereby stipulate as follows:

Defendant Peters hereby respectfully requests an extension of time from April 18, 2024, to May 2, 2024, to respond to the Amended Complaint. This request is made in good faith and not for purpose of delay. Defendant Peters respectfully submits that the requested extension is required for the following reasons:

1. Defendant's response to Plaintiff's Amended Complaint is currently due April 18, 2024. Defense counsel requests additional time to prepare a response to the Complaint, particularly as his colleague who will assist with the response will be office for a family funeral.

2. Pursuant to Local Rule 144(a), the parties hereby agree that the time for Defendant to respond to the Complaint shall be extended to May 2, 2024.

**IT IS SO STIPULATED.**

Dated: April 18, 2024                          JAMES S. BELL, P.C.

                                          s/James S. Bell
                                          James S. Bell
                                          State Bar No. 252662
                                          2808 Cole Avenue
                                          Dallas, TX  75204
                                          Telephone: (214) 668-9000
                                          Email:  james@jamesbellpc.com

                                          *Attorneys for Defendant Matthew H. Peters*

Dated: April 18, 2024                          PHILIP A. TALBERT
                                          UNITED STATES ATTORNEY
                                          s/David E. Thiess
                                          David A. Theiss
                                          Assistant United States Attorney
                                          Steven Tennyson
                                          Assistant United States Attorney
                                          501 I Street, Suite 10-100
                                          Sacramento, CA  95814
                                          Telephone: (916) 554-2700
                                          Facsimile: (916) 554-2900
                                          Email: David.Thiess@usdoj.gov
                                          Email: Steven.Tennyson2@usdoj.gov

                                          *Attorneys for the United States of America*

## ATTESTATION

In accordance with Civil Local Rule 131(e), I, James S. Bell, have obtained concurrence in the filing of this document from the other signatory listed here.

Dated: April 18, 2024                          JAMES S. BELL, P.C.

                                          s/James S. Bell
                                          James S. Bell

                                          *Attorneys for Defendant Matthew H. Peters*

1

## PROOF OF SERVICE

2

**United States of America v. Matthew H. Peters, et al.**
**Case No. 2:24-cv-00287-CKD**

3

4

**STATE OF TEXAS, COUNTY OF DALLAS**

5

At the time of service, I was over 18 years of age and not a party to this action. I am

6

employed in the County of Dallas, State of Texas. My business address is 2808 Cole Avenue,

7

Dallas, TX 75204. On April 18, 2024, I served true copies of the following document(s) described

8

as **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY**

9

**DEFENDANT MATTHEW H. PETERS [L.R. 144(a)]** on the interested parties in this action as

10

follows:

11

David A. Theiss
Assistant United States Attorney
Steven Tennyson

12

Assistant United States Attorney
501 I Street, Suite 10-100

13

Sacramento, CA  95814

14

Telephone: (916) 554-2700
Facsimile: (916) 554-2900

15

Email: David.Thiess@usdoj.gov
Email: Steven.Tennyson2@usdoj.gov

16

17

*Attorneys for the United States of America*

18

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the

19

document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who

20

are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who

21

are not registered CM/ECF users will be served by mail or by other means permitted by the court

22

rules.

23

I declare under penalty of perjury under the laws of the United States of America that the

24

foregoing is true and correct and that I am employed in the office of a member of the bar of this

25

Court at whose direction the service was made.

26

Executed on April 18, 2024, at Dallas, Texas.

27

28

/s/ Connor Nash
Connor Nash