| | |
|---|---|
| 1 | James S. Bell (252662) |
| 2 | JAMES S. BELL, P.C. |
|   | 2808 Cole Avenue |
| 3 | Dallas, TX  75204 |
|   | Telephone: (214) 668-9000 |
| 4 | Email: james@jamesbellpc.com |
|   | Attorney for Defendants Matthew |
| 5 | H. Peters; JMSP, LLC; Paragon |
|   | Partners, LLC; Innovative |
| 6 | Specialty Services, LLC; Cardea |
| 7 | Consulting, LLC; Coastline |
|   | Specialty Services, LLC; Portland |
| 8 | Professional Pharmacy, LLC; |
|   | Sunrise Pharmacy, LLC; |
| 9 | Professional 205 Pharmacy, LLC; |
|   | Lak Forest Pharmacy, LLC; |
| 10 | Bayview Specialty Services, LLC; |
| 11 | Praxis Marketing Services, LLC; |
|    | Prestige Professional Pharmacy, |
| 12 | LLC; Optimum Core Pharmacy, |
|    | Inc.; Glendale Pharmacy, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00287-CKD |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| MATTHEW H. PETERS, BAYVIEW SPECIALTY SERVICES LLC, COASTLINE SPECIALTY SERVICES LLC, STRAND VIEW CORPORATION, INNOVATIVE SPECIALTY SERVICES LLC, PARAGON PARTNERS LLC (D/B/A PARAGON MEDICAL PARTNERS), CARDEA CONSULTING LLC, PRAXIS MARKETING SERVICES LLC, PROFESSIONAL RX PHARMACY LLC, INLAND MEDICAL CONSULTANTS LLC (D/B/A ADVANCED THERAPEUTICS), PORTLAND | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | PROFESSIONAL PHARMACY LLC, SUNRISE PHARMACY LLC, PROFESSIONAL 205 PHARMACY LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), SYNERGY MEDICAL SYSTEMS LLC (D/B/A SYNERGY RX), SYNERGY RX LLC (D/B/A SYNERGY RX), PRESTIGE PROFESSIONAL PHARMACY, JMSP LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), MPKM, LLC (D/B/A PROFESSIONAL CENTER PHARMACY), ONE WAY DRUG LLC (D/B/A PARTELL PHARMACY), PARTELL PHARMACY LLC, OPTIMUM CARE PHARMACY INC. (D/B/A MARBELLA PHARMACY), GLENDALE PHARMACY LLC, and LAKE FOREST PHARMACY (D/B/A LAKEFOREST PHARMACY),<br><br>                    Defendants. |

To: THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, James S. Bell, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants JMSP, LLC; Paragon Partners, LLC; Innovative Specialty Services, LLC; Cardea Consulting, LLC; Coastline Specialty Services, LLC; Portland Professional Pharmacy, LLC; Sunrise Pharmacy, LLC; Professional 205 Pharmacy, LLC; Lak Forest Pharmacy, LLC; Bayview Specialty Services, LLC; Praxis Marketing Services, LLC; Prestige Professional Pharmacy, LLC; Optimum Core Pharmacy, Inc.; Glendale Pharmacy, LLC. Please include the undersigned to the docket and electronic service list. My contact information is as follows:

James S. Bell
State Bar No. 252662
2808 Cole Avenue
Dallas, TX  75204
Telephone: (214) 668-9000
Email:  james@jamesbellpc.com

1  Dated: April 25, 2024

2

3                                                     JAMES S. BELL, P.C.

4                                                     s/James S. Bell
                                                      James S. Bell
5                                                     State Bar No. 252662
                                                      2808 Cole Avenue
6                                                     Dallas, TX  75204
                                                      Telephone: (214) 668-9000
7                                                     Email:  james@jamesbellpc.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

**United States of America v. Matthew H. Peters, et al.**
**Case No. 2:24-cv-00287-CKD**

**STATE OF TEXAS, COUNTY OF DALLAS**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Dallas, State of Texas. My business address is 2808 Cole Avenue, Dallas, TX 75204. On April 25, 2024, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF COUNSEL** on the interested parties in this action as follows:

> David A. Theiss
> Assistant United States Attorney
> Steven Tennyson
> Assistant United States Attorney
> 501 I Street, Suite 10-100
> Sacramento, CA  95814
> Telephone: (916) 554-2700
> Facsimile: (916) 554-2900
> Email: David.Thiess@usdoj.gov
> Email: Steven.Tennyson2@usdoj.gov

*Attorneys for the United States of America*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 25, 2024, at Dallas, Texas.

s/ Connor Nash
Connor Nash