PHILLIP A. TALBERT
United States Attorney
DAVID E. THIESS
STEVEN S. TENNYSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
David.Thiess@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00287-CKD |
| Plaintiff, | RETURN OF SERVICE |
| v. | |
| MATTHEW H. PETERS, BAYVIEW SPECIALTY SERVICES LLC, COASTLINE SPECIALTY SERVICES LLC, STRAND VIEW CORPORATION, INNOVATIVE SPECIALTY SERVICES LLC, PARAGON PARTNERS LLC (D/B/A PARAGON MEDICAL PARTNERS), CARDEA CONSULTING LLC, PRAXIS MARKETING SERVICES LLC, PROFESSIONAL RX PHARMACY LLC, INLAND MEDICAL CONSULTANTS LLC (D/B/A ADVANCED THERAPEUTICS), PORTLAND PROFESSIONAL PHARMACY LLC, SUNRISE PHARMACY LLC, PROFESSIONAL 205 PHARMACY LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), SYNERGY MEDICAL SYSTEMS LLC (D/B/A SYNERGY RX), SYNERGY RX LLC (D/B/A SYNERGY RX), PRESTIGE PROFESSIONAL PHARMACY, JMSP LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), MPKM, LLC (D/B/A PROFESSIONAL CENTER PHARMACY), ONE WAY DRUG LLC (D/B/A PARTELL PHARMACY), PARTELL PHARMACY LLC, OPTIMUM CARE PHARMACY INC. (D/B/A MARBELLA PHARMACY), GLENDALE PHARMACY LLC, and LAKE FOREST PHARMACY (D/B/A LAKEFOREST PHARMACY) | |
| Defendants. | |

Plaintiff provides herewith the Returns of Service for parties served thus far in the above-referenced matter.  Plaintiff has been diligent in its attempts to serve all parties, either through the Agent for Service of Process as listed with the Secretary of State, or through the Corporate Officer.

The returns of service are attached hereto for the following individuals and/or entities:

1.  Matthew H. Peters, served 3/30/2024, through substituted service;

2.  Bayview Specialty Services, LLC, served 4/4/2024, by personal service to Matthew H. Peters, and 4/9/2024 through substituted service on Michael Peters;

3.  Coastline Specialty Services, LLC, served 4/4/2024, by personal service to Matthew H. Peters;

4.  Inland Medical Consultants, LLC, served 4/2/2024, by personal service to Michael Ochoa;

5.  JMSP, LLC, served 4/4/2024, by personal service to Matthew H. Peters;

6.  MPKM, LLC, served 4/4/2024, by personal service to Matthew H. Peters, and 4/9/2024 through substituted service on Michael Peters;

7.  One Way Drug, LLC, served 4/9/2024, through substituted service on Robert Seik;

8.  Paragon Partners, LLC, served 4/9/2024, through substituted service on Robert Seik;

9.  Partell Pharmacy, LLC, served 4/9/2024, through substituted service on Michael Peters;

10. Professional Rx Pharmacy, LLC, served 4/9/2024, through substituted service on Michael Peters;

11. Strand View Corporation, served 4/4/2024, by personal service to Matthew H. Peters, and 4/9/2024 through substituted service on Michael Peters.

Plaintiff will provide the remaining returns of service under separate cover.

Respectfully submitted,

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

Dated:  April 29, 2024          By:     */s/ David E. Thiess*
                                        DAVID E. THIESS
                                        STEVEN S. TENNYSON
                                        Assistant United States Attorneys

1



*Let Moe Hunt'em Down*

<u>Bill to:</u>
Attention: KIMBERLY
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO CA  95814

<u>Work Completed For:</u>
PHILLIP A. TALBERT ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO CA  95814

| Sunday April 07,  2024 | *I N V O I C E* | PAT.468174 |
|---|---|---|

Case #: 2:24-CV-00287-CKD
Court: U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
Title: UNITED STATES OF AMERICA vs. MATTHEW H. PETERS
Documents: SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

| Date | Description | Amount |
|---|---|---|
| 04/02/24 07:01AM | Personal Service: INLAND MEDICAL CONSULTANTS LLC D/B/A ADVANCED THERAPEUTICS, AT Home 651 E. BOXWOOD LANE AZUSA, CA  91702, by serving: MICHAEL OCHOA, AGENT FOR SERVICE, Hispanic, Male, 50 Years Old, Brown Hair, 6 Feet, 250 Pounds, Served By: CARLOS CANAS. | |
| 04/02/24 | SERVICE FEE | 75.00 |
| 04/02/24 | COPIES AT $.15 PER PAGE | 9.00 |

**We appreciate the business and your loyalty!!!**                                    **84.00**

**36 YEARS STRONG!**

**WE WILL BE IN OUR TEMPORARY LOCATION OF**
**2321 P STREET, 2ND FLOOR**
**SACRAMENTO, CA 95816**

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| PHILLIP A. TALBERT ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA 95814<br>Telephone No: 916-554-2704 | | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | | |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA

*Defendant:* MATTHEW H. PETERS

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. a. *Party served:*  INLAND MEDICAL CONSULTANTS LLC D/B/A ADVANCED THERAPEUTICS

    b. *Person served:*  MICHAEL OCHOA, AGENT FOR SERVICE, Hispanic, Male, 50 Years Old, Brown Hair, 6 Feet, 250 Pounds

4. *Address where the party was served:*  651 E. BOXWOOD LANE<br>AZUSA, CA 91702

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Apr. 02, 2024 (2) at: 7:01AM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    *on behalf of:*  INLAND MEDICAL CONSULTANTS LLC D/B/A ADVANCED THERAPEUTICS
    *Other:*  LLC

7. *Person Who Served Papers:*
    a. CARLOS CANAS

                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
                     d. *The Fee for Service was:*  $75.00

                     e. I am: (3) registered California process server
                           *(i)*  Independent Contractor

**MOE'S PROCESS SERVING**
2300 P Street
Sacramento, CA 95816
(916) 498-0808
FAX (916) 498-0817
*Let Moe Hunt'em Down*

                           *(ii)*  *Registration No.:*  4571
                           *(iii)*  *County:*  Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date: Sun, Apr. 07, 2024

                                                     (CARLOS CANAS)

                       PROOF OF SERVICE<br>                      SUMMONS IN A CIVIL CASE                       pat.468174

*Attorney or Party without Attorney:*
PHILLIP A. TALBERT ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814
*Telephone No:* 916-554-2704

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA
*Defendant:* MATTHEW H. PETERS

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:24-CV-00287-CKD |
|---|---|---|---|---|

*For Court Use Only*

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. a. *Party served:*       PARTELL PHARMACY, LLC
   b. *Person served:*     MICHAEL PETERS, AGENT FOR SERVICE BY SERVING ALLISON
                           JARRELL, AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years Old,
                           Brown Hair, 5 Feet 10 Inches, 170 Pounds

4. *Address where the party was served:*       601 SOUTH 10TH STREET
                                               SUITE 201 A
                                               LAS VEGAS, NV 89110

5. *I served the party:*
   b. **by substituted service.** On: Tue., Apr. 09, 2024 at: 11:31AM by leaving the copies with or in the presence of:
      MICHAEL PETERS, AGENT FOR SERVICE BY SERVING ALLISON
      JARRELL, AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years
      Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the
       person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* PARTELL PHARMACY, LLC
   *Other:* LLC

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a.                                              d. *The Fee for Service was:*     $150.00

   2300 P Street                                   e. I am: Affiliate
   **Sacramento, CA 95816**                           (i)   *Independent Contractor*
   **(916) 498-0808**              State of *Nevada*   (ii)  *Registration No.:*
   **FAX (916) 498-0817**          County of *Clark*   (iii) *State:*

   MOE'S PROCESS SERVING

   JOHNNO W LAZETICH
   Notary Public - State of Nevada
   Appointment Recorded in Washoe County
   No: 04-89542-2 - Expires January 28, 2028

   Subscribed and sworn to (or affirmed) before me on this

   Day of *April 12*, 20*24*, by _____

   Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

   (Seal)               Signature _____

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
   America that the foregoing is true and correct.*
   *Date:* Tue, Apr. 09, 2024

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE                                          pat.468176

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PHILLIP A. TALBERT ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA 95814 | | | | |

Telephone No: 916-554-2704     FAX No:

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:

U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA

Defendant: MATTHEW H. PETERS

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:                     Tue., Apr. 09, 2024
    b. Place of Mailing:                   SACRAMENTO, CA 95816
    c. Addressed as follows:            PARTELL PHARMACY, LLC
                                        601 SOUTH 10TH STREET
                                        SUITE 201 A
                                        LAS VEGAS, NV 89110

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Apr. 09, 2024 in the ordinary course of business.

5. *Person Serving:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. LAURI GREENBERG              d. *The Fee for Service was:*    $150.00
    b. MOE'S PROCESS SERVING, INC.      e. I am: (3) registered California process server
        2300 P STREET                             (i)     Employee
        SACRAMENTO, CA 95816                (ii) *Registration No.:*      98
    c. 916 498-0808, FAX 916-498-0817        (iii) *County:*                Sacramento

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
*Date: Tue., Apr. 09, 2024*

PROOF OF SERVICE<br>By Mail

(LAURI GREENBERG)

pat.468176

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>PHILLIP A. TALBERT ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA 95814<br>*Telephone No:* 916-554-2704 | |
| | *Ref. No. or File No.:* |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA

*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. a. *Party served:*      PROFESSIONAL RX PHARMACY, LLC
   b. *Person served:*      ROBERT SEIK, AGENT FOR SERVICE BY SERVING ALLISON JARRELL, AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds

4. *Address where the party was served:*      601 SOUTH 10TH STREET
   SUITE 201 A
   LAS VEGAS, NV 89110

5. I served the party:
   b. **by substituted service.** On: Fri., Apr. 12, 2024 at: 9:58AM by leaving the copies with or in the presence of:
   ROBERT SEIK, AGENT FOR SERVICE BY SERVING ALLISON JARRELL, AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* PROFESSIONAL RX PHARMACY, LLC
   *Other:* LLC

7. **Person Who Served Papers:**
   a.

   **MOE'S PROCESS SERVING INC**
   *Let Moe Han 'em Down*
   **2300 P Street**
   **Sacramento, CA 95816**
   **(916) 498-0808**
   **FAX (916) 498-0817**

   d. **The Fee for Service was:**   $125.00

   *Recoverable Cost Per CCP 1033.5(a)(4)(B).*

   e. I am: Affiliate
   (i) Independent Contractor
   (ii) Registration No.:
   (iii) State:

   State of Nevada
   County of Clark

   Subscribed and sworn to (or affirmed) before me on this
   Day of April 15, 2024, by _____
   Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

   JOHNNO W LAZETICH
   Notary Public - State of Nevada
   Appointment Recorded in Washoe County
   No: 04-89542-2 - Expires January 28, 2028

   (Seal)      Signature _____

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Sun, Apr. 14, 2024

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL CASE**

pat.468177

| Attorney or Party without Attorney:<br>PHILLIP A. TALBERT ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA  95814<br>Telephone No: 916-554-2704          FAX No: | For Court Use Only |
|---|---|

Attorney for: Plaintiff

| Ref. No or File No.: |
|---|

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA

Defendant: MATTHEW H. PETERS

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:            Fri., Apr. 12, 2024
    b. Place of Mailing:           SACRAMENTO, CA  95816
    c. Addressed as follows:     PROFESSIONAL RX PHARMACY, LLC
                               601 SOUTH 10TH STREET
                               SUITE 201 A
                               LAS VEGAS, NV  89110

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Apr. 12, 2024 in the ordinary course of business.

5. *Person Serving:*
    a. LAURI  GREENBERG
    b. MOE'S PROCESS SERVING, INC.
       2300 P STREET
       SACRAMENTO, CA  95816
    c. 916 498-0808, FAX 916-498-0817

                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*   $125.00
    e. I am: (3)  registered California process server
        *(i)*    Employee
        *(ii)*  *Registration No.:*   98
        *(iii)* *County:*            Sacramento

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
  *Date:  Sun, Apr. 14, 2024*

*Attorney or Party without Attorney:*
PHILLIP A. TALBERT ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA  95814
*Telephone No:* 916-554-2704

*Ref. No. or File No.:*

*For Court Use Only*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA
*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE** **SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:24-CV-00287-CKD |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. *a. Party served:*
   *b. Person served:*

   SUNRISE PHARMACY, LCC
   ROBERT SEIK, AGENT FOR SERVICE BY SERVING ALLISON JARRELL, AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds

4. *Address where the party was served:*

   601 SOUTH 10TH STREET
   SUITE 201 A
   LAS VEGAS, NV  89110

5. *I served the party:*
   b. **by substituted service.** On: Tue., Apr. 09, 2024 at: 11:29AM by leaving the copies with or in the presence of:
   ROBERT SEIK, AGENT FOR SERVICE BY SERVING ALLISON JARRELL, AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds

   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* SUNRISE PHARMACY, LCC
   *Other:* LCC

7. **Person Who Served Papers:**
   a.

   **2300 P Street**
   **Sacramento, CA 95816**
   **(916) 498-0808**
   **FAX (916) 498-0817**

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:* $150.00
   e. I am: Affiliate
      State of Nevada   (i)  Independent Contractor
      County of Clark   (ii) Registration No.:
                        (iii) State:

   Subscribed and sworn to (or affirmed) before me on this

   Day of April 12, 2024, by _____

   Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

   JOHNNO W LAZETICH
   Notary Public - State of Nevada
   Appointment Recorded in Washoe County
   No: 04-89542-2 - Expires January 26, 2028

   (Seal)     Signature _____

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:  Tue, Apr. 09, 2024

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

pat.468178

| Attorney or Party without Attorney:<br>PHILLIP A. TALBERT ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA  95814<br>*Telephone No:* 916-554-2704        *FAX No:* | *For Court Use Only* |
|---|---|

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA

*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

1.  I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2.  I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a.  Date of Mailing:                  Tue., Apr. 09, 2024
    b.  Place of Mailing:                 SACRAMENTO, CA  95816
    c.  Addressed as follows:           SUNRISE PHARMACY, LCC
                                      601 SOUTH 10TH STREET
                                      SUITE 201 A
                                      LAS VEGAS, NV  89110

4.  I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Apr. 09, 2024 in the ordinary course of business.

5.  *Person Serving:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. LAURI  GREENBERG              d.  *The Fee for Service was:*   $150.00
    b. MOE'S PROCESS SERVING, INC.     e.  I am: (3)  registered California process server
       2300 P STREET                            *(i)*    Employee
       SACRAMENTO, CA  95816            *(ii)*  *Registration No.:*   98
    c. 916 498-0808, FAX 916-498-0817     *(iii)* *County:*         Sacramento

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date:  Tue, Apr. 09, 2024

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | (LAURI GREENBERG)<br>pat.468178 |
|---|---|---|

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>PHILLIP A. TALBERT ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA 95814<br>*Telephone No:* 916-554-2704 | |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA
*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. a. *Party served:*  MPKM, LLC D/B/A PROFESSIONAL CENTER PHARMACY
   b. *Person served:*  ROBERT SEIK, AGENT FOR SERVICE BY SERVING ALLISON JARRELL, AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds

4. *Address where the party was served:*  601 SOUTH 10TH STREET
   SUITE 201 A
   LAS VEGAS, NV 89110

5. *I served the party:*
   b. **by substituted service.** On: Fri., Apr. 12, 2024 at: 9:57AM by leaving the copies with or in the presence of:
   ROBERT SEIK, AGENT FOR SERVICE BY SERVING ALLISON JARRELL, AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* MPKM, LLC D/B/A PROFESSIONAL CENTER PHARMACY
   *Other:* LLC

7. *Person Who Served Papers:*
   a.
   d. *The Fee for Service was:*  $125.00
   e. I am: Affiliate

   **MOE'S PROCESS SERVING**
   **2300 P Street**
   **Sacramento, CA 95816**
   **(916) 498-0808**
   **FAX (916) 498-0817**
   *At Moe Husi'on Dox*

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   (i) Independent Contractor
   (ii) Registration No.:
   (iii) State:

   State of Nevada
   County of Clark

   Subscribed and sworn to (or affirmed) before me on this
   Day of April 15, 2024 by _____

   Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

   (Seal)          Signature _____

   JOHNNO W LAZETICH
   Notary Public - State of Nevada
   Appointment Recorded in Washoe County
   No: 04-89542-2 · Expires January 28, 2028

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date:* Sun, Apr. 14, 2024

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL CASE**

pat.468179

| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>PHILLIP A. TALBERT ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA  95814<br>*Telephone No:* 916-554-2704        *FAX No:*<br><br>*Attorney for:* Plaintiff | | | *For Court Use Only* |

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
  U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA

*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:
   b. Place of Mailing:
   c. Addressed as follows:

   Fri., Apr. 12, 2024
   SACRAMENTO, CA  95816
   MPKM, LLC D/B/A PROFESSIONAL CENTER PHARMACY
   601 SOUTH 10TH STREET
   SUITE 201 A
   LAS VEGAS, NV  89110

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Apr. 12, 2024 in the ordinary course of business.

5. *Person Serving:*
   a. LAURI  GREENBERG
   b. MOE'S PROCESS SERVING, INC.
      2300 P STREET
      SACRAMENTO, CA  95816
   c. 916 498-0808, FAX 916-498-0817

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $125.00
   e. I am: (3)  registered California process server
      *(i)*    Employee
      *(ii)*   *Registration No.:*      98
      *(iii)*  *County:*                Sacramento

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:  Sun, Apr. 14, 2024

PROOF OF SERVICE
By Mail

(LAURI  GREENBERG)

pat.468179

Attorney or Party without Attorney:
PHILLIP A. TALBERT ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA  95814
Telephone No: 916-554-2704

Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA
Defendant: MATTHEW H. PETERS

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:24-CV-00287-CKD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. a. Party served:                  STRAND VIEW ENTERPRISES, LLC
   b. Person served:                 ROBERT SEIK, AGENT FOR SERVICE BY SERVING ALLISON JARRELL,
                                      AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years Old, Brown
                                      Hair, 5 Feet 10 Inches, 170 Pounds

4. Address where the party was served:   601 SOUTH 10TH STREET
                                         SUITE 201 A
                                         LAS VEGAS, NV  89110

5. I served the party:
   b. by substituted service. On: Fri., Apr. 12, 2024 at: 9:59AM by leaving the copies with or in the presence of:
                                      ROBERT SEIK, AGENT FOR SERVICE BY SERVING ALLISON JARRELL,
                                      AUTHORIZED TO ACCEPT SERVICE; White, Female, 60 Years Old, Brown
                                      Hair, 5 Feet 10 Inches, 170 Pounds
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the
       person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  STRAND VIEW ENTERPRISES, LLC
   Other:  LLC

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a.                                        d.  The Fee for Service was:    $175.00

   MOE'S PROCESS SERVING
   2300 P Street                            e.  I am: Affiliate
   Sacramento, CA 95816                        (i)   Independent Contractor
   (916) 498-0808          State of Nevada      (ii)  Registration No.:
   FAX (916) 498-0817      County of Clark      (iii) State:

                                            Subscribed and sworn to (or affirmed) before me on this
                                            Day of Apr. 15, 20 24 by _____

   JOHNNO W LAZETICH                        Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
   Notary Public - State of Nevada
   Appointment Recorded in Washoe County
   No: 04-89542-2 - Expires January 28, 2028
                                            (Seal)          Signature _____

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
   America that the foregoing is true and correct.
   Date:  Sun, Apr. 14, 2024

Judicial Council Form POS-010            PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                                      pat.468180

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| PHILLIP A. TALBERT ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA  95814<br>Telephone No: 916-554-2704          FAX No: | | | |

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:

U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA

Defendant: MATTHEW H. PETERS

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

1.  I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2.  I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a.  Date of Mailing:                             Fri., Apr. 12, 2024
   b.  Place of Mailing:                           SACRAMENTO, CA  95816
   c.  Addressed as follows:                    STRAND VIEW ENTERPRISES, LLC
                                                          601 SOUTH 10TH STREET
                                                          SUITE 201 A
                                                          LAS VEGAS, NV  89110

4.  I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Apr. 12, 2024 in the ordinary course of business.

5.  Person Serving:                                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LAURI  GREENBERG                               d.  **The Fee** for Service was:     $175.00
   b. MOE'S PROCESS SERVING, INC.              e.  I am: (3)  registered California process server
      2300 P STREET                                              (i)     Employee
      SACRAMENTO, CA  95816                            (ii)   Registration No.:      98
   c. 916 498-0808, FAX 916-498-0817              (iii)  County:                     Sacramento

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:  Sun, Apr. 14, 2024

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(LAURI  GREENBERG)

pat.468180

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| PHILLIP A. TALBERT, SBN 173456<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA 95814<br>*Telephone No:* 916-554-2704 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA |

| *Plaintiff:* UNITED STATES OF AMERICA |
|---|
| *Defendant:* MATTHEW H. PETERS |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

| *3.  a. Party served:*<br>  *b. Person served:* | STRAND VIEW ENTERPRISES, LLC<br>MATT PETERS, AUTHORIZED TO ACCEPT SERVICE; White, Male, 50 Year Old, Brown Hair, 6 Feet 4 Inches, 220 Pounds |
|---|---|
| *4. Address where the party was served:* | 34122 PACIFIC COAST HIGHWAY<br>STARBUCKS MEETING LOCATION<br>DANA POINT, CA 92629 |

*5. I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Apr. 04, 2024 (2) at: 9:20AM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
  *on behalf of:* STRAND VIEW ENTERPRISES, LLC
  *Other:* LLC

*7. Person Who Served Papers:*
  a. JAMES E VOELKL, JR

**MOE'S PROCESS SERVING**
**2300 P Street**
**Sacramento, CA 95816**
**(916) 498-0808**
**FAX (916) 498-0817**
*Let Moe Hunt 'em Down*

Recoverable Cost Per CCP 1033.5(a)(4)(B)
  d.  *The Fee for Service was:*  $65.00

  e.  I am: (3)  registered California process server
      *(i)*  Independent Contractor
      *(ii)*  *Registration No.:*  2928
      *(iii)*  *County:*  Orange

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
*Date:*  Sun, Apr. 07, 2024

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(JAMES E VOELKL, JR)

*pat.468216*

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| PHILLIP A. TALBERT, ESQ. | | | | | |

PHILLIP A. TALBERT, ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814
*Telephone No:* 916-554-2704

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA
*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:24-CV-00287-CKD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. a. *Party served:*    BAYVIEW SPECIALTY SERVICES
   b. *Person served:*    MATT PETERS, AUTHORIZED TO ACCEPT SERVICE; White, Male, 50 Years Old, Brown Hair, 6 Feet 4 Inches, 220 Pounds

4. *Address where the party was served:*    34122 PACIFIC COAST HIGHWAY
   STARBUCKS MEETING LOCATION
   DANA POINT, CA 92629

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Apr. 04, 2024 (2) at: 9:20AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* BAYVIEW SPECIALTY SERVICES
   *Other:* BUSINESS ORGANIZATION, FORM UNKNOWN.

7. **Person Who Served Papers:**
   a. JAMES E VOELKL, JR

   **2300 P Street**
   **Sacramento, CA 95816**
   **(916) 498-0808**
   **FAX (916) 498-0817**

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $65.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*    2928
      (iii) *County:*    Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Sun, Apr. 07, 2024

| Judicial Council Form POS-010 Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS IN A CIVIL CASE | (JAMES E VOELKL, JR) | pat.468215 |
|---|---|---|---|

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| PHILLIP A. TALBERT, ESQ. | | |

PHILLIP A. TALBERT, ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814
*Telephone No:* 916-554-2704

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
  U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA
*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:24-CV-00287-CKD |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. a. *Party served:*  COASTLINE SPECIALTY SERVICES
   b. *Person served:*  MATT PETERS, AUTHORIZED TO ACCEPT SERVICE; White, Male, 50 Years Old, Brown Hair, 6 Feet 4 Inches, 220 Pounds

4. *Address where the party was served:*  34122 PACIFIC COAST HIGHWAY
   STARBUCKS MEETING LOCATION
   DANA POINT, CA 92629

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Apr. 04, 2024 (2) at: 9:20AM
6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:*  COASTLINE SPECIALTY SERVICES
   *Other:*  BUSINESS ORGANIZATION, FORM UNKNOWN.

7. *Person Who Served Papers:*
   a. JAMES E VOELKL, JR

**MOE'S PROCESS SERVING**
**2300 P Street**
**Sacramento, CA 95816**
**(916) 498-0808**
**FAX (916) 498-0817**
*Let Moe Hunt 'em Down*

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d.  *The Fee for Service was:*  $65.00

e.  I am: (3) registered California process server
   *(i)*  Independent Contractor
   *(ii)*  *Registration No.:*  2928
   *(iii)*  *County:*  Orange

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date:*  Sun, Apr. 07, 2024

(JAMES E VOELKL, JR)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL CASE**

*pat.468213*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PHILLIP A. TALBERT, ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA  95814<br>*Telephone No:* 916-554-2704 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA

*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3.  a. *Party served:*          MPKM, LLC D/B/A PROFESSIONAL CENTER PHARMACY
    b. *Person served:*         MATT PETERS, AUTHORIZED TO ACCEPT SERVICE; White, Male, 50 Years
                                Old, Brown Hair, 6 Feet 4 Inches, 220 Pounds

4.  *Address where the party was served:*     34122 PACIFIC COAST HIGHWAY
                                              STARBUCKS MEETING LOCATION
                                              DANA POINT, CA  92629

5.  I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive
       process for the party (1) on: Thu., Apr. 04, 2024 (2) at: 9:20AM
6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    *on behalf of:*  MPKM, LLC D/B/A PROFESSIONAL CENTER PHARMACY
    Other:  LLC

7.  *Person Who Served Papers:*
    a. JAMES E VOELKL, JR

| | | Recoverable Cost Per CCP 1033.5(a)(4)(B) |
|---|---|---|
| | d.  *The Fee for Service was:*  $65.00 | |

**2300 P Street**
**Sacramento, CA 95816**
**(916) 498-0808**
**FAX (916) 498-0817**

e.  I am: (3)  registered California process server
    *(i)*   Independent Contractor
    *(ii)*  *Registration No.:*      2928
    *(iii)* *County:*                Orange

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of*
    *America that the foregoing is true and correct.*
    Date:  Sun, Apr. 07, 2024

                                                                        *(JAMES E VOELKL, JR)*

Judicial Council Form POS-010                      PROOF OF SERVICE                            *pat.468212*
Rule 2.150.(a)&(b) Rev January 1, 2007          SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| PHILLIP A. TALBERT<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA  95814<br>*Telephone No:* 916-554-2704 | |

| | *Ref. No. or File No.:* |
|---|---|
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*

  U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA

*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

*3.  a. Party served:*
    *b. Person served:*
        JMSP, LLC D/B/A PROFESSIONAL CENTER 205 PHARMACY
        MATT PETERS, AUTHORIZED TO ACCEPT SERVICE; White, Male, 50 Years
        Old, Brown Hair, 6 Feet 4 Inches, 220 Pounds

*4.  Address where the party was served:*
        34122 PACIFIC COAST HIGHWAY
        STARBUCKS MEETING LOCATION
        DANA POINT, CA  92629

*5.  I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive
    process for the party (1) on: Thu., Apr. 04, 2024 (2) at: 9:20AM
*6.  The "Notice to the Person Served" (on the Summons) was completed as follows:*
    *on behalf of:*  JMSP, LLC D/B/A PROFESSIONAL CENTER 205 PHARMACY
    *Other:*  LLC

*7.  Person Who Served Papers:*
    a. JAMES E VOELKL, JR

Recoverable Cost Per CCP 1033.5(a)(4)(B)

    **2300 P Street**
    **Sacramento, CA 95816**
    **(916) 498-0808**
    **FAX (916) 498-0817**

d.  *The Fee for Service was:*    $65.00

e.  I am: (3)  registered California process server
    *(i)*   Independent Contractor
    *(ii)*  *Registration No.:*    2928
    *(iii) County:*    Orange

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
America that the foregoing is true and correct.*
Date: *Sun, Apr. 07, 2024*

        (JAMES E VOELKL, JR)

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

pat.468211

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PHILLIP A. TALBERT, ESQ. | | | | |

*Attorney or Party without Attorney:*
PHILLIP A. TALBERT, ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814
*Telephone No:* 916-554-2704

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA
*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:24-CV-00287-CKD |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

*3. a. Party served:* PARAGON PARTNERS, LLC D/B/A PARAGON MEDICAL PARTNERS
*b. Person served:* MATT PETERS, AUTHORIZED TO ACCEPT SERVICE; White, Male, 50 Years Old, Brown Hair, 6 Feet 4 Inches, 220 Pounds

*4. Address where the party was served:* 34122 PACIFIC COAST HIGHWAY
STARBUCKS MEETING LOCATION
DANA POINT, CA 92629

*5. I served the party:*
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Apr. 04, 2024 (2) at: 9:20AM
*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
*on behalf of:* PARAGON PARTNERS, LLC D/B/A PARAGON MEDICAL PARTNERS
*Other:* LLC

*7. Person Who Served Papers:*
a. JAMES E VOELKL, JR

**2300 P Street**
**Sacramento, CA 95816**
**(916) 498-0808**
**FAX (916) 498-0817**

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:* $150.00

e. I am: (3) registered California process server
  *(i)* Independent Contractor
  *(ii) Registration No.:* 2928
  *(iii) County:* Orange

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
Date: Sun, Apr. 07, 2024

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL CASE**

(JAMES E VOELKL, JR)

*pat.468210*

| *Attorney or Party without Attorney:* | | | *For Court Use Only* |
|---|---|---|---|
| PHILLIP A. TALBERT<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA  95814<br>*Telephone No:* 916-554-2704 | | | |
| | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | |

*Insert name of Court, and Judicial District and Branch Court:*

U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA

*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3.  a. *Party served:*               MATTHEW H. PETERS
    b. *Person served:*          LEI PETERS, WIFE, White, Female, 50 Years Old, Blonde Hair, 5 Feet 4 Inches,
                                  130 Pounds

4.  *Address where the party was served:*     23 S. LA SENDA DRIVE
                                         LAGUNA BEACH, CA  92651

5.  *I served the party:*
    b. **by substituted service.** On: Sat., Mar. 30, 2024 at: 8:30AM by leaving the copies with or in the presence of:
               LEI PETERS, WIFE, White, Female, 50 Years Old, Blonde Hair, 5 Feet 4
               Inches, 130 Pounds
    (2)  **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4)  A declaration of mailing is attached.
    (5)  I attach a declaration of diligence stating actions taken first to attempt personal service.

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a. as an individual defendant

7.  **Person Who Served Papers:**                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JAMES E VOELKL, JR
                                         d.  *The Fee for Service was:*   $125.00

**MOE'S PROCESS SERVING**
**2300 P Street**
**Sacramento, CA 95816**
**(916) 498-0808**
**FAX (916) 498-0817**
*Let Moe Hunt'em Down*

    e.  I am: (3)  registered California process server
         *(i)*   Independent Contractor
         *(ii)*  *Registration No.:*   2928
         *(iii)*  *County:*          Orange

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date: Sun, Mar. 31, 2024*

                                                             (JAMES E VOELKL, JR)

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE
                                             pat.467750

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>PHILLIP A. TALBERT ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I STREET<br>SUITE 10-100<br>SACRAMENTO, CA 95814<br>*Telephone No:* 916-554-2704   *FAX No:* | *For Court Use Only* |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA

*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-00287-CKD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:  Sat., Mar. 30, 2024
   b. Place of Mailing:  SACRAMENTO, CA 95816
   c. Addressed as follows:  MATTHEW H. PETERS
   23 S. LA SENDA DRIVE
   LAGUNA BEACH, CA 92651

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Sat., Mar. 30, 2024 in the ordinary course of business.

5. *Person Serving:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LAURI GREENBERG                    d. *The Fee for Service was:*  $125.00
   b. MOE'S PROCESS SERVING, INC.        e. I am: (3) registered California process server
   2300 P STREET                             *(i)*    Employee
   SACRAMENTO, CA 95816                      *(ii) Registration No.:*  98
   c. 916 498-0808, FAX 916-498-0817         *(iii) County:*           Sacramento

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sun, Mar. 31, 2024

Judicial Council Form POS-010                   PROOF OF SERVICE                    (LAURI GREENBERG)
Rule 2.150.(a)&(b) Rev January 1, 2007              By Mail                                              *pat.467750*

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| PHILLIP A. TALBERT | |

PHILLIP A. TALBERT
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814
Telephone No: 916-554-2704

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
  U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA
Defendant: MATTHEW H. PETERS

| Affidavit of Reasonable Diligence | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 2:24-CV-00287-CKD |

1. I, JAMES E VOELKL, JR, and any employee or independent contractors retained by MOE'S PROCESS SERVING, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MATTHEW H. PETERS as follows:

2. *Documents:*      SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 03/28/24 | 12:45pm | Home | PER CO-OCCUPANT (W/F/50/BLN/5'4/130), THE SUBJECT IS NOT HOME AT THIS TIME AND HIS SCHEDULE VARIES. Attempt made by: JAMES E VOELKL, JR, Registration #2928 Orange County. Attempt at: 23 S. LA SENDA DRIVE  LAGUNA BEACH, CA 92651. |
| Fri | 03/29/24 | 6:15pm | Home | NO ANSWER AT THE RESIDENCE ADDRESS.; Attempt made by: JAMES E VOELKL, JR, Registration #2928 Orange County. Attempt at: 23 S. LA SENDA DRIVE  LAGUNA BEACH, CA 92651. |
| Sat | 03/30/24 | 8:30am | Home | Substituted Service on: MATTHEW H. PETERS Home - 23 S. LA SENDA DRIVE LAGUNA BEACH, CA 92651 by Serving: LEI PETERS, WIFE, White, Female, 50 Years Old, Blonde Hair, 5 Feet 4 Inches, 130 Pounds Competent Member of the Household over 18.  Served by: JAMES E VOELKL, JR |
| Sat | 03/30/24 | | | Mailed copy of Documents to: MATTHEW H. PETERS |

3. *Person Executing*
   a. JAMES E VOELKL, JR
   b. **MOE'S PROCESS SERVING, INC.**
      2300 P STREET
      SACRAMENTO, CA 95816
   c. 916 498-0808, FAX 916-498-0817

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee  for service was:* $125.00
e. *I am:*   (3)  registered California process server
             (i)   Independent Contractor
             (ii)  *Registration No.:*      2928
             (iii) *County:*                 Orange

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sun, Mar. 31, 2024

                                                        (JAMES E VOELKL, JR)

                                                                                        usag.467

**Affidavit of Reasonable Diligence**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PHILLIP A. TALBERT ESQ. | | |

Attorney or Party without Attorney:
PHILLIP A. TALBERT ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814
*Telephone No:* 916-554-2704

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA
*Defendant:* MATTHEW H. PETERS

| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:24-CV-00287-CKD |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT

*3. a. Party served:*
   *b. Person served:*

ONE WAY DRUG, LLC D/B/A PARTELL PHARMACY
ROBERT SEIK, AGENT FOR SERVICE, White, Male, 45 Years Old, Blonde Hair, 170 Pounds

*4. Address where the party was served:*

7367 LARAMIE AVENUE
LAS VEGAS, NV 89113

*5. I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Apr. 08, 2024 (2) at: 12:07PM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* ONE WAY DRUG, LLC D/B/A PARTELL PHARMACY
   *Other:* LLC

*7. Person Who Served Papers:*
   a.

Recoverable Cost Per CCP 1033.5(a)(4)(B)

MOE'S PROCESS SERVING

2300 P Street
Sacramento, CA 95816
(916) 498-0808
FAX (916) 498-0817

*d. The Fee for Service was:* $150.00

*e. I am:* Affiliate
   (i)   Independent Contractor
   (ii)  *Registration No.:*
   (iii) *State:*

State of ___NV___

County of ___Clark___

Subscribed and sworn to (or affirmed) before me on this

Day of ___29___, 20___24___ by _____

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)       Signature _____

JOHNNO W LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-88542-2 - Expires January 28, 2028

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Apr. 08, 2024

x _____

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

*pat.468175*

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 04/08/2024 |
|---|---|
| NAME OF SERVER *(PRINT)* MELANIE GARCIA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ONE WAY DRIG, LLC DBA PARTELL PHARMACY @ 7367 LARAMIE AVENUE, LAS VEGAS, NV 89113

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: ROBERT SEIK, AGENT

☐ Returned unexecuted: _____

_____

☐ Other (specify) : _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 04/08/2024
_____
Date

Signature of Server

2300 P STREET, SACRAMENTO, CA 95816
*Address of Server*