PHILLIP A. TALBERT
United States Attorney
DAVID E. THIESS
STEVEN S. TENNYSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
David.Thiess@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00287-CKD |
| Plaintiff, | RETURN OF SERVICE |
| v. | |
| MATTHEW H. PETERS, BAYVIEW SPECIALTY SERVICES LLC, COASTLINE SPECIALTY SERVICES LLC, STRAND VIEW CORPORATION, INNOVATIVE SPECIALTY SERVICES LLC, PARAGON PARTNERS LLC (D/B/A PARAGON MEDICAL PARTNERS), CARDEA CONSULTING LLC, PRAXIS MARKETING SERVICES LLC, PROFESSIONAL RX PHARMACY LLC, INLAND MEDICAL CONSULTANTS LLC (D/B/A ADVANCED THERAPEUTICS), PORTLAND PROFESSIONAL PHARMACY LLC, SUNRISE PHARMACY LLC, PROFESSIONAL 205 PHARMACY LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), SYNERGY MEDICAL SYSTEMS LLC (D/B/A SYNERGY RX), SYNERGY RX LLC (D/B/A SYNERGY RX), PRESTIGE PROFESSIONAL PHARMACY, JMSP LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), MPKM, LLC (D/B/A PROFESSIONAL CENTER PHARMACY), ONE WAY DRUG LLC (D/B/A PARTELL PHARMACY), PARTELL PHARMACY LLC, OPTIMUM CARE PHARMACY INC. (D/B/A MARBELLA PHARMACY), GLENDALE PHARMACY LLC, and LAKE FOREST PHARMACY (D/B/A LAKEFOREST PHARMACY) | |
| Defendants. | |

Plaintiff provides herewith the updated Returns of Service for additional parties served in the above-referenced matter.  Plaintiff has been diligent in its attempts to serve all parties, either through the Agent for Service of Process as listed with the Secretary of State, or through the Corporate Officer.

The returns of service are attached hereto for the following individuals and/or entities:

1) Optimum Care Pharmacy, Inc. d/b/a/ Marbella Pharmacy was served on 4/13/2024, by personal service on James Harmon, as Agent for Service of Process;
2) Cardea Consulting LLC was served on 4/13/2024, by personal service on James Harmon, as Agent for Service of Process;
3) Glendale Pharmacy LLC was served on 4/13/2024, by personal service on James Harmon, as Agent for Service of Process;
4) Praxis Marketing Services LLC was served on 4/13/2024, by personal service on James Harmon, as Agent for Service of Process;
5) Innovative Specialty Services LLC was served on 4/24/2024, by certified mail to Matthew H. Peters, with return receipt received 4/29/2024;
6) Sunrise Pharmacy LLC was served 4/9/2024, by substituted service on Allison Jarrell for Robert Seik, as Agent for Service;
7) Synergy Medical Systems LLC was served on 4/2/2024, by certified mail to C.T. Corporation System, with return receipt received 4/11/2024.

Plaintiff has served the following entities by certified mail, but has not yet received the return receipts:

8) Portland Professional Pharmacy LLC, served 4/26/2024, via certified mail to Susan Hodge, as Agent for Service of Process;
9) Professional 205 Pharmacy LLC, served 4/26/2024, via certified mail to Susan Hodge, as Agent for Service of Process;
10) Prestige Professional Pharmacy, served 4/26/2024, via certified mail to Susan Hodge, as Agent for Service of Process; and
11) Lake Forest Pharmacy, served 4/26/2024, via certified mail to Thomas Wegrzyn, as Agent for Service of Process.

Plaintiff will provide the outstanding returns of service under separate cover when received.

Respectfully submitted,

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

Dated:  April 30, 2024        By:    */s/ David E. Thiess*
                                     DAVID E. THIESS
                                     STEVEN S. TENNYSON
                                     Assistant United States Attorneys

## AFFIDAVIT OF SERVICE

| Case: 2:24-CV-00287-CKD | Court: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | County: | Job: 10958916 |
|---|---|---|---|
| Plaintiff / Petitioner: United States of America, | | Defendant / Respondent: Matthew H. Peters, et al., | |
| Received by: Spytek Investigations & Training Academy | | For: USACAE | |
| To be served upon: James Harmon, as Agent for Service for Service of Process for: OPTIMUM CARE PHARMACY INC. d/b/a Marbella Pharmacy; CARDEA CONSULTING LLC; GLENDALE PHARMACY LLC | | | |

I, Jamie Henderson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   James Harmon, as Agent for Service for Service of Process for: OPTIMUM CARE PHARMACY INC. d/b/a Marbella Pharmacy; CARDEA CONSULTING LLC; GLENDALE PHARMACY LLC, 16105 Camelot Court, Tampa, FL 33647
Manner of Service:   Personal/Individual, Apr 13, 2024, 3:59 pm EDT
Documents:   Summons In A Civil Case, Amended Complaint (Received Apr 11, 2024 at 12:12pm EDT)

Additional Comments:
1) Successful Attempt: Apr 13, 2024, 3:59 pm EDT at 16105 Camelot Court, Tampa, FL 33647 received by James Harmon, as Agent for Service for Service of Process for: OPTIMUM CARE PHARMACY INC. d/b/a Marbella Pharmacy; CARDEA CONSULTING LLC; GLENDALE PHARMACY LLC. Age: 50's; Gender: Male; Weight: 230; Height: 6'2"; Hair: Gray; Eyes: Brown;

*[signature]*   04/30/2024

Jamie Henderson   Date
CPS:18-828540

Spytek Investigations & Training Academy
6409 S US-41
Ruskin, FL 33570
844-477-9835

## AFFIDAVIT OF SERVICE

| Case:<br>2:24-CV-00287-CKD | Court:<br>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | County: | Job:<br>10959006 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>United States of America, | | **Defendant / Respondent:**<br>Matthew H. Peters, et al., | |
| **Received by:**<br>Spytek Investigations & Training Academy | | **For:**<br>USACAE | |
| **To be served upon:**<br>James Harmon, as Agent for Service for Service of Process for: PRAXIS MARKETING SERVICES LLC | | | |

I, Jamie Henderson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | James Harmon, as Agent for Service for Service of Process for: PRAXIS MARKETING SERVICES LLC, 16105 Camelot Court, Tampa, FL 33647 |
| **Manner of Service:** | Personal/Individual, Apr 13, 2024, 3:59 pm EDT |
| **Documents:** | Summons In A Civil Case, Amended Complaint (Received Apr 11, 2024 at 12:12pm EDT) |

**Additional Comments:**
1) Successful Attempt: Apr 13, 2024, 3:59 pm EDT at 16105 Camelot Court, Tampa, FL 33647 received by James Harmon, as Agent for Service for Service of Process for: PRAXIS MARKETING SERVICES LLC. Age: 50's; Gender: Male; Weight: 230; Height: 6'2"; Hair: Gray; Eyes: Brown;

_[signature]_                                04/30/2024
Jamie Henderson                              Date
CPS:18-828540

Spytek Investigations & Training Academy
6409 S US-41
Ruskin, FL 33570
844-477-9835

**U.S. Department of Justice**
United States Attorneys Office
Eastern District of California

501 I Street, Suite 10-100
Sacramento, CA 95814-2322

OFFICIAL BUSINESS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES
ZIP 95814 $ 009.42
02 1W
0004887697 APR. 24. 2024

CERTIFIED MAIL
7018 0360 0000 6581 8319

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $_____
☐ Return Receipt (electronic)         $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required            $_____
☐ Adult Signature Restricted Delivery $_____
Postage
$
Total Postage and Fees
$
Sent To  MATTHEW PETERS, Registered Officer
Street and INNOVATIVE SPECIALTY SERVICES
City, State 23 S. La Senda
         Laguna Beach, CA 92651

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0360 0000 6581 8319

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

MATTHEW PETERS, Registered Officer
INNOVATIVE SPECIALTY SERVICES
23 S. La Senda
Laguna Beach, CA 92651

9590 9402 8130 2349 3204 30

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7018 0360 0000 6581 8319

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. Department of Justice**
United States Attorneys Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322

OFFICIAL BUSINESS

US POSTAGE $011.24
ZIP 95814
0004887697 APR 02 2024

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7008 1140 0001 8038 2014

C. T. Corporation System, as Agent for Service for
SYNERGY MEDICAL SYSTEMS LLC d/b/a
SYNERGY RX
780 Commercial Street SW, Suite 100
Salem, OR 97301

PS Form 3800, August 2006    See Reverse for Instructions

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)    C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

C. T. Corporation System, as Agent for Service for
SYNERGY MEDICAL SYSTEMS LLC d/b/a
SYNERGY RX
780 Commercial Street SW, Suite 100
Salem, OR 97301

9590 9402 8130 2349 3102 26

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7008 1140 0001 8038 2014

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7008 1140 0001 8038 2014

C. T. Corporation System, as Agent for Service for
SYNERGY MEDICAL SYSTEMS LLC d/b/a
SYNERGY RX
780 Commercial Street SW, Suite 100
Salem, OR 97301

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. C. T. Corporation System, as Agent for Service for
SYNERGY MEDICAL SYSTEMS LLC d/b/a
SYNERGY RX
780 Commercial Street SW, Suite 100
Salem, OR 97301

9590 9402 8130 2349 3102 26

2. Article Number *(Transfer from service label)*
7008 1140 0001 8038 2014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rylynn Poole*    ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*: Rylynn Poole

C. Date of Delivery: APR 05 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt