

# United States District Court
# Eastern District of California

| United States of America | Case Number: 2:24-cv-00287-CKD |

Plaintiff(s)

V.

| Matthew H. Peters, et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jonathan W. Heaton hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendants Partell Pharmacy LLC and One Way Drug LLC dba Partell Pharmacy

On 05/09/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of Nevada (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/02/2024     Signature of Applicant: /s/ Jonathan W. Heaton

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jonathan W. Heaton |
| Law Firm Name: | Heaton Legal Group, LLC |
| Address: | 7285 Dean Martin Dr Ste 180 |
| City: | Las Vegas   State: NV   Zip: 89118 |
| Phone Number w/Area Code: | (702) 329-9901 |
| City and State of Residence: | Salt Lake City, Utah |
| Primary E-mail Address: | jon@heatonlegalgroup.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Leah Rosa Vulic |
| Law Firm Name: | Kronenberger Rosenfeld LLP |
| Address: | 548 Market St. #85399 |
| City: | San Francisco   State: CA   Zip: 94104 |
| Phone Number w/Area Code: | 415-955-1155 |
| Bar #: | 343520 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 2, 2024

_/s/ Carolyn K. Delaney_
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF NEVADA

I, Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that JONATHAN HEATON (Bar No.12592) was on the 9TH day of MAY, 2012 duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that the said that JONATHAN HEATON in good standing; and that his name now appears on the Roll of Attorneys in this office.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 18TH DAY OF APRIL, 2024.

ELIZABETH A. BROWN, CLERK
SUPREME COURT
STATE OF NEVADA

_____
Chief Deputy Clerk