UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cv-00287 CKD |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW H. PETERS, et al., | |
| Defendants. | |

On April 25, 2024, Defendants JMSP, LLC; Paragon Partners, LLC; Innovative Specialty Services, LLC; Cardea Consulting, LLC; Coastline Specialty Services, LLC; Portland Professional Pharmacy, LLC; Sunrise Pharmacy, LLC; Professional 205 Pharmacy, LLC; Lake Forest Pharmacy, LLC; Bayview Specialty Services, LLC; Praxis Marketing Services, LLC; Prestige Professional Pharmacy, LLC; Optimum Core Pharmacy, Inc.; and Glendale Pharmacy, LLC ("Defendants") filed an *ex parte* motion for a seven (7) day extension of time to respond to Plaintiff United States of America's amended complaint pursuant to Local Rule 144(c). (ECF No. 10.) However, Defendants' counsel James Bell is not admitted to practice in this Court. Local Rule 180 governs the admission of attorneys to practice in this Court, including eligibility and procedures to practice pro hac vice. *See* E.D. Cal. Local Rule 180(b). The Court notes Defendants' counsel filed an *ex parte* pro hac vice application on May 2, 2024, but it was rejected by the Clerk's office for failure to pay the application fee. (ECF No. 15.) Notice of this deficiency

1

was sent to Defendants' counsel on May 2, 2024. To date, Defendants' counsel has not resubmitted a pro hac vice application to practice in this Court.

Having no good cause been shown, Defendants' ex parte motion for extension of time (ECF No. 10) is DENIED.

IT IS SO ORDERED.

Dated: May 6, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, pete0287.24

2