1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID E. THIESS
   STEVEN S. TENNYSON
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for the United States of America

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9  United States of America,

10        Plaintiff,                            Case No. 2:24-cv-00287-CKD

11  v.

12  MATTHEW H. PETERS, BAYVIEW SPECIALTY        PLAINTIFF'S REQUEST FOR
    SERVICES LLC, COASTLINE SPECIALTY           ENTRY OF DEFAULT AGAINST
13  SERVICES LLC, STRAND VIEW CORPORATION,      DEFENDANT MATTHEW H.
    INNOVATIVE SPECIALTY SERVICES LLC,          PETERS
14  PARAGON PARTNERS LLC (D/B/A PARAGON
    MEDICAL PARTNERS), CARDEA CONSULTING
15  LLC, PRAXIS MARKETING SERVICES LLC,
    PROFESSIONAL RX PHARMACY LLC, INLAND
16  MEDICAL CONSULTANTS LLC (D/B/A
    ADVANCED THERAPEUTICS), PORTLAND
17  PROFESSIONAL PHARMACY LLC, SUNRISE
    PHARMACY LLC, PROFESSIONAL 205
18  PHARMACY LLC (D/B/A PROFESSIONAL
    CENTER 205 PHARMACY), SYNERGY MEDICAL
19  SYSTEMS LLC (D/B/A SYNERGY RX), SYNERGY
    RX LLC (D/B/A SYNERGY RX), PRESTIGE
20  PROFESSIONAL PHARMACY, JMSP LLC (D/B/A
    PROFESSIONAL CENTER 205 PHARMACY),
21  MPKM, LLC (D/B/A PROFESSIONAL CENTER
    PHARMACY), ONE WAY DRUG LLC (D/B/A
22  PARTELL PHARMACY), PARTELL PHARMACY
    LLC, OPTIMUM CARE PHARMACY INC. (D/B/A
23  MARBELLA PHARMACY), GLENDALE
    PHARMACY LLC, and LAKE FOREST PHARMACY
24  (D/B/A LAKEFOREST PHARMACY),

25        Defendants.

26

27

REQUEST FOR ENTRY OF DEFAULT                1

To the Clerk of the Above-Entitled Court:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff the United States of America requests that the Clerk of the Court enter Default in this matter against Defendant Matthew H. Peters for failure to appear or otherwise respond to the government's Complaint within the time prescribed by Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

On January 22, 2024, the United States filed its Complaint (ECF No. 1). The United States filed a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure on March 18, 2024 (ECF No. 5). Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the United States served Mr. Peters with the Summons (ECF No. 2) and First Amended Complaint (ECF No. 5) on March 30, 2024. (*See* Return of Service, ECF No. 11 at 21).

Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Peters had until April 20 (21 days after being served with the summons and complaint) to answer or otherwise respond to the Complaint. On April 19, 2024, Defendant Peters filed a Stipulation to Extend Time to Respond to the Complaint with the consent of the United States (ECF No. 8). Under that stipulation, Defendant Peters had until May 2, 2024 to respond to the Amended Complaint. (*See id*.)

As of the date of this Request, May 6, 2024, the United States has not received a response from Defendant Peters, nor is there record of an answer or other response to the Complaint entered on the Court's electronic docket. Filed contemporaneously with this Request is an affidavit of counsel, attesting the same.

Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Accordingly, the government requests that the Clerk of the Court enter default against Defendant Peters for his failure to answer, plead, or otherwise defend.

| | |
|---|---|
| Dated: May 6, 2024 | PHILIP A. TALBERT<br>United States Attorney<br><br>By: */s/ Steven Tennyson*<br>　　DAVID E. THIESS<br>　　STEVEN S. TENNYSON<br>　　Assistant United States Attorneys<br><br>　　Attorneys for the United States |