UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW H. PETERS, et al.,<br><br>Defendants. | No. 2:24-cv-00287 CKD<br><br>ORDER |

    On May 6, 2024, Defendants Matthew Peters; JMSP, LLC; Paragon Partners, LLC; Innovative Specialty Services, LLC; Cardea Consulting, LLC; Coastline Specialty Services, LLC; Portland Professional Pharmacy, LLC; Sunrise Pharmacy, LLC; Professional 205 Pharmacy, LLC; Lake Forest Pharmacy, LLC; Bayview Specialty Services, LLC; Praxis Marketing Services, LLC; Prestige Professional Pharmacy, LLC; Optimum Core Pharmacy, Inc.; and Glendale Pharmacy, LLC ("Defendants") filed a motion to dismiss before the undersigned. (ECF No. 21.) Defendants' counsel James Bell is not, however, admitted to practice in this Court, nor has he filed an application to practice pro hac vice. *See* E.D. Local Rule 180(b). Therefore, because Mr. Bell is not admitted to practice in this Court, Defendants' motion to dismiss will be stricken.

    The Court's records also show that all parties have yet to submit the Consent/Decline Designation regarding the jurisdiction of the magistrate judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c). (ECF No. 3.) Under Fed. R. Civ. P. 73(b)(1) a

party's response is kept confidential, and the parties are under no obligation to consent. However, return of the Consent/Decline Designation forms is necessary for the court to determine how this case will be administratively processed. Accordingly, within fourteen (14) days of this order, any party who has yet to submit the consent/decline form shall do so.

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss (ECF No. 21) is hereby STRICKEN;
2. Mr. James Bell is directed to file an application to practice pro hac vice and pay the applicable fee within seven (7) days. Mr. Bell is cautioned that failure to comply with the Court's order will result in the imposition of sanctions.
3. Within fourteen (14) days of this order, any party who has yet to submit the Consent/Decline Designation regarding the jurisdiction of the magistrate judge shall do so.

Dated: May 7, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, pete0287.24