```
James S. Bell (252662)
JAMES S. BELL, P.C.
2808 Cole Avenue
Dallas, TX  75204
Telephone: (214) 668-9000
Email: james@jamesbellpc.com
Attorney for Defendants
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW H. PETERS, BAYVIEW SPECIALTY SERVICES LLC, COASTLINE SPECIALTY SERVICES LLC, STRAND VIEW CORPORATION, INNOVATIVE SPECIALTY SERVICES LLC, PARAGON PARTNERS LLC (D/B/A PARAGON MEDICAL PARTNERS), CARDEA CONSULTING LLC, PRAXIS MARKETING SERVICES LLC, PROFESSIONAL RX PHARMACY LLC, INLAND MEDICAL CONSULTANTS LLC (D/B/A ADVANCED THERAPEUTICS), PORTLAND PROFESSIONAL PHARMACY LLC, SUNRISE PHARMACY LLC, PROFESSIONAL 205 PHARMACY LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), SYNERGY MEDICAL SYSTEMS LLC (D/B/A SYNERGY RX), SYNERGY RX LLC (D/B/A SYNERGY RX), PRESTIGE PROFESSIONAL PHARMACY, JMSP LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), MPKM, LLC (D/B/A | Case No. 2:24-cv-00287-CKD<br><br>**DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER (ECF No. 23)** |

1

1  PROFESSIONAL CENTER
   PHARMACY), ONE WAY DRUG LLC
2  (D/B/A PARTELL PHARMACY),
   PARTELL PHARMACY LLC,
3  OPTIMUM CARE PHARMACY INC.
4  (D/B/A MARBELLA PHARMACY),
   GLENDALE PHARMACY LLC, and
5  LAKE FOREST PHARMACY (D/B/A
   LAKEFOREST PHARMACY),
6
7              Defendants.

Defendants Matthew Peters; JMSP, LLC; Paragon Partners, LLC; Innovative Specialty Services, LLC; Cardea Consulting, LLC; Coastline Specialty Services, LLC; Portland Professional Pharmacy, LLC; Sunrise Pharmacy, LLC; Professional 205 Pharmacy, LLC; Lake Forest Pharmacy, LLC; Bayview Specialty Services, LLC; Praxis Marketing Services, LLC; Prestige Professional Pharmacy, LLC; Optimum Care Pharmacy, Inc.; and Glendale Pharmacy, LLC ("Defendants") move this Honorable Court to reconsider the Order (ECF No. 23) that struck the Defendants' Motion to Dismiss (ECF No. 21).

The undersigned entered a Notice of Appearance for Defendant Peters on April 18, 2024. (ECF No. 7). The undersigned entered a Notice of Appearance for the remaining Defendants on April 25, 2024. (ECF No. 9). On May 6, 2024, the Defendants filed a Motion to Dismiss. (ECF No. 21). On May 8, 2024, Honorable Magistrate Judge Delaney entered an Order striking the Defendants' Motion to Dismiss "because [the undersigned] is not admitted to practice in this Court." However, the undersigned is admitted to practice in this Honorable Court and has been since December 8, 2022. *See* Exhibit A.

Because of this, the Defendants respectfully request this Honorable Court to reconsider the Order (ECF No. 21) to the extent it strikes the Defendants' Motion to Dismiss and directs the undersigned to file an application to practice pro hac vice and pay the applicable fee. Defendants will submit the Consent/Decline Designation regarding the jurisdiction of the Magistrate Judge within fourteen (14) days of the Order as requested by this Honorable Court.

Dated: May 8, 2024

                                        JAMES S. BELL, P.C.

/s/James S. Bell
James S. Bell
State Bar No. 252662
2808 Cole Avenue
Dallas, TX  75204
Telephone: (214) 668-9000
Email:  james@jamesbellpc.com

*Attorney for Defendants*

# PROOF OF SERVICE

**United States of America v. Matthew H. Peters, et al.**
**Case No. 2:24-cv-00287-CKD**

**STATE OF TEXAS, COUNTY OF DALLAS**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Dallas, State of Texas. My business address is 2808 Cole Avenue, Dallas, TX 75204. On May 8, 2024, I served true copies of the following document(s) described as **DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER (ECF No. 23)** on the interested parties in this action as follows:

> David A. Theiss
> Assistant United States Attorney
> Steven Tennyson
> Assistant United States Attorney
> 501 I Street, Suite 10-100
> Sacramento, CA  95814
> Telephone: (916) 554-2700
> Facsimile: (916) 554-2900
> Email: David.Thiess@usdoj.gov
> Email: Steven.Tennyson2@usdoj.gov
>
> *Attorneys for the United States of America*

**X**    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 8, 2024, at Dallas, Texas.

/s/ Connor Nash
Connor Nash

# Exhibit A

# Attorney LookUp

Last Name*: bell    First Name (optional): james    [LookUp]

Total: 2

| Name | Bar Number | Office | City | Bar Status | Admission Date |
|---|---|---|---|---|---|
| **Bell, James** | 252662 | James S. Bell, P.C. | Dallas | Active | 12/08/2022 |
| **Bell, James M** | | Caswell Bell and Hillison LLP | Fresno | Active | 03/24/1967 |