PHILLIP A. TALBERT
United States Attorney
DAVID E. THIESS
STEVEN S. TENNYSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
David.Thiess@usdoj.gov
Steven.Tennyson2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00287-CKD |
| Plaintiff, | RETURN OF SERVICE |
| v. | |
| MATTHEW H. PETERS, BAYVIEW SPECIALTY SERVICES LLC, COASTLINE SPECIALTY SERVICES LLC, STRAND VIEW CORPORATION, INNOVATIVE SPECIALTY SERVICES LLC, PARAGON PARTNERS LLC (D/B/A PARAGON MEDICAL PARTNERS), CARDEA CONSULTING LLC, PRAXIS MARKETING SERVICES LLC, PROFESSIONAL RX PHARMACY LLC, INLAND MEDICAL CONSULTANTS LLC (D/B/A ADVANCED THERAPEUTICS), PORTLAND PROFESSIONAL PHARMACY LLC, SUNRISE PHARMACY LLC, PROFESSIONAL 205 PHARMACY LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), SYNERGY MEDICAL SYSTEMS LLC (D/B/A SYNERGY RX), SYNERGY RX LLC (D/B/A SYNERGY RX), PRESTIGE PROFESSIONAL PHARMACY, JMSP LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), MPKM, LLC (D/B/A PROFESSIONAL CENTER PHARMACY), ONE WAY DRUG LLC (D/B/A PARTELL PHARMACY), PARTELL PHARMACY LLC, OPTIMUM CARE PHARMACY INC. (D/B/A MARBELLA PHARMACY), GLENDALE PHARMACY LLC, and LAKE FOREST PHARMACY (D/B/A LAKEFOREST PHARMACY) | |
| Defendants. | |

  Plaintiff provides herewith the updated Returns of Service for additional parties served in the above-referenced matter. Plaintiff has been diligent in its attempts to serve all parties, either through the Agent for Service of Process as listed with the Secretary of State, or through the Corporate Officer.

  Plaintiff has served the following entities by certified mail, pursuant to the attached returns of service:

  1) Synergy Medical Systems, LLC d/b/a/ Synergy Rx LLC, through C.T. Corporation, as Agent for Service, by certified mail on April 2, 2024, signed certified mail receipt dated April 5, 2024. Service on this defendant was addressed in Plaintiff's April 30, 2024, Return of Service, including the signed certified mail receipt (ECF No. 14). Plaintiff is now attaching the server's affidavit.

  2) Synergy Rx LLC d/b/a Synergy Rx, Portland Professional Pharmacy LLC, Professional 205 Pharmacy LLC d/b/a Professional Center 205 Pharmacy, and Prestige Professional Pharmacy, by certified mail through Susan Hodge as Agent for Service, on April 26, 2024, signed certified mail receipt received May 6, 2024. Plaintiff is now attaching the signed certified mail receipt and the server's affidavit for these defendants.

  3) Innovative Specialty Services LLC, by certified mail to Matthew Peters as Registered Officer, served April 24, 2024, signed certified mail receipt dated April 26, 2024. Plaintiff filed the certified mail signed receipt for this defendant with Plaintiff's April 30, 2024, Return of Service (ECF No. 14) and is now attaching the server's affidavit.

  4) Lake Forest Pharmacy, by certified mail through Thomas Wegrzyn, as Agent for Service on April 26, 2024, signed receipt received May 6, 2024. Plaintiff previously reported that this defendant had been served by certified mail, in Plaintiff's April 30, 2024, Return of Service (ECF No. 14), and is now attaching the server's affidavit.

                Respectfully submitted,

                PHILLIP A. TALBERT
                UNITED STATES ATTORNEY

Dated:  May 8, 2024    By: /s/ David E. Thiess
                DAVID E. THIESS
                STEVEN S. TENNYSON
                Assistant United States Attorneys

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America ,** | **CASE NO: 2:24–CV–00287–CKD** |
| vs. | **SUMMONS IN A CIVIL CASE** |
| **Matthew H. Peters , et al. ,** | |

TO: **Bayview Specialty Services LLC, Cardea Consulting LLC, Coastline Specialty Services LLC, Glendale Pharmacy LLC, Inland Medical Consultants LLC, Innovative Specialty Services LLC, JMSP LLC, Lake Forest Pharmacy, MPKM LLC, One Way Drug LLC, Optimum Care Pharmacy Inc., Paragon Partners LLC, Matthew H. Peters, Pharmed Pharmacy LLC, Portland Professional Pharmacy LLC, Prestige Professional Pharmacy, Professional 205 Pharmacy LLC, Professional Rx Pharmacy LLC, Strand View Corporation, Sunrise Pharmacy LLC, Synergy Medical Systems LLC**

Defendant's Address:  C. T. Corporation System, as Agent for Service for
SYNERGY MEDICAL SYSTEMS LLC d/b/a
SYNERGY RX
780 Commercial Street SW, Suite 100
Salem, OR 97301

**YOU ARE HEREBY SUMMONED** and required to serve on:

    **David Edward Thiess, GOVT, III**
    **United States Attorney's Office**
    **501 I Street, Suite 10–100**
    **Sacramento, CA 95814**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/ O. Clemente Licea**

(By) DEPUTY CLERK



**ISSUED ON 2024−01−23 10:48:41**
**CLERK, USDC EDCA**

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE April 2, 2024 |
|---|---|
| NAME OF SERVER *(PRINT)* Kimberly Siegfried | TITLE ACE/Lead Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☒ Other (specify) : Via Certified Mail, Receipt # 7008 1140 0001 8038 2014, to
C.T. Corporation, as Agent for Service for Synergy Medical Systems, LLC d/b/a Synergy Rx
780 Commercial Street SW, Suite 100 | Salem, OR 97301

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL -0- |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 2, 2024
_____
Date

*Signature of Server:* Kimberly Siegfried

501 I Street, Suite 10-100
Sacramento, CA 95814
*Address of Server*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C. T. Corporation System, as Agent for Service for
SYNERGY MEDICAL SYSTEMS LLC d/b/a
SYNERGY RX
780 Commercial Street SW, Suite 100
Salem, OR 97301

9590 9402 8130 2349 3102 26

2. Article Number *(Transfer from service label)*

7008 1140 0001 8038 2014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rylynn Poole*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Rylynn Poole

C. Date of Delivery
APR 05 2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 8130 2349 3102 26

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

OFFICE OF THE U.S. ATTORNEY
501 I STREET, SUITE 10-100
SACRAMENTO, CA 95814
ATTN: D. THIESS

MHP

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America , | CASE NO:  2:24−CV−00287−CKD |
| vs. | **SUMMONS IN A CIVIL CASE** |
| Matthew H. Peters , et al. , | |

TO:  **Bayview Specialty Services LLC, Cardea Consulting LLC, Coastline Specialty Services LLC, Glendale Pharmacy LLC, Inland Medical Consultants LLC, Innovative Specialty Services LLC, JMSP LLC, Lake Forest Pharmacy, MPKM LLC, One Way Drug LLC, Optimum Care Pharmacy Inc., Paragon Partners LLC, Matthew H. Peters, Pharmed Pharmacy LLC, Portland Professional Pharmacy LLC, Prestige Professional Pharmacy, Professional 205 Pharmacy LLC, Professional Rx Pharmacy LLC, Strand View Corporation, Sunrise Pharmacy LLC, Synergy Medical Systems LLC**

Defendant's Address:  SUSAN HODGE, as Agent for Service for
PORTLAND PROFESSIONAL PHARMACY LLC; PROFESSIONAL 205
PHARMACY LLC d/b/a PROFESSIONAL CENTER 205 PHARMACY
PRESTIGE PROFESSIONAL PHARMACY
5111 N. Hillcrest Drive
Tucson, AZ  85704

**YOU ARE HEREBY SUMMONED** and required to serve on:

      **David Edward Thiess, GOVT, III**
      **United States Attorney's Office**
      **501 I Street, Suite 10−100**
      **Sacramento, CA 95814**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

/s/ O. Clemente Licea

(By) DEPUTY CLERK



ISSUED ON 2024−01−23 10:48:41
CLERK, USDC EDCA

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE | April 26, 2024 |
|---|---|---|
| NAME OF SERVER *(PRINT)* <br> KIMBERLY SIEGFRIED | TITLE | ACE/LEAD LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☒ Other (specify) : *Via Certified Mail, Receipt # 7018 0360 0000 6581 8326*
  SUSAN HODGE, Agent for Service
  5111 N. Hillcrest Drive
  Tucson, AZ  85704

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    April 26, 2004      *Kimberly Siegfried*
                         Date                         *Signature of Server*
                                                                        501 I Street, Suite 10-100
                                                                       Sacramento, CA  95814
                                                                       *Address of Server*

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America ,** | **CASE NO: 2:24–CV–00287–CKD** |
| vs. | **SUMMONS IN A CIVIL CASE** |
| **Matthew H. Peters , et al. ,** | |

TO:  **Partell Pharmacy LLC, Praxis Marketing Services LLC, Synergy RX LLC**

Defendant's Address:  SUSAN HODGE, as Agent for Service of Process for:
SYNERGY RX LLC d/b/a SYNERGY RX
5111 N. Hillcrest Drive
Tucson, AZ  85704

**YOU ARE HEREBY SUMMONED** and required to serve on:

> **David Edward Thiess, GOVT, III**
> **United States Attorney's Office**
> **501 I Street, Suite 10–100**
> **Sacramento, CA 95814**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

 /s/  C. Nair
(By) DEPUTY CLERK



ISSUED ON 2024–03–25 07:57:18
CLERK, USDC EDCA

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE | April 26, 2024 |
|---|---|---|
| NAME OF SERVER *(PRINT)* KIMBERLY SIEGFRIED | TITLE | ACE/LEAD LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☒ Other (specify) : *Via Certified Mail, Receipt # 7018 0360 0000 6581 8326*
   SUSAN HODGE, Agent for Service
   5111 N. Hillcrest Drive
   Tucson, AZ  85704

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 26, 2024                    *Kimberly Siegfried*
                   Date                          *Signature of Server*
                                                 501 I Street, Suite 10-100
                                                 Sacramento, CA  95814
                                                 *Address of Server*





# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America ,** | **CASE NO: 2:24–CV–00287–CKD** |
| vs. | **SUMMONS IN A CIVIL CASE** |
| **Matthew H. Peters , et al. ,** | |

TO: **Bayview Specialty Services LLC, Cardea Consulting LLC, Coastline Specialty Services LLC, Glendale Pharmacy LLC, Inland Medical Consultants LLC, Innovative Specialty Services LLC, JMSP LLC, Lake Forest Pharmacy, MPKM LLC, One Way Drug LLC, Optimum Care Pharmacy Inc., Paragon Partners LLC, Matthew H. Peters, Pharmed Pharmacy LLC, Portland Professional Pharmacy LLC, Prestige Professional Pharmacy, Professional 205 Pharmacy LLC, Professional Rx Pharmacy LLC, Strand View Corporation, Sunrise Pharmacy LLC, Synergy Medical Systems LLC**

Defendant's Address:   MATTHEW PETERS. as Registered Officer for
INNOVATIVE SPECIALTY SERVICES, LLC
23 S. LaSenda Drive
Laguna Beach, CA  92651

**YOU ARE HEREBY SUMMONED** and required to serve on:

      **David Edward Thiess, GOVT, III**
      **United States Attorney's Office**
      **501 I Street, Suite 10–100**
      **Sacramento, CA 95814**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/ O. Clemente Licea**

(By) DEPUTY CLERK



ISSUED ON 2024–01–23 10:48:41
CLERK, USDC EDCA

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE April 24, 2024 |
|---|---|
| NAME OF SERVER *(PRINT)* Kimberly Siegfried | TITLE ACE/Lead Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

☒ Other (specify) : Via Certified Mail, Receipt # 7018 0360 0000 6581 8319, to Matthew Peters, Registered Officer of INNOVATIVE SPECIALTY SERVICES 23 S. LaSenda, Laguna Beach, CA 92651

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL -0- |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 24, 2024
Date

*Signature of Server*
501 I Street, Suite 10-100
Sacramento, CA 95814
*Address of Server*



# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**United States of America ,**

vs.

**Matthew H. Peters , et al. ,**

CASE NO:  2:24–CV–00287–CKD

**SUMMONS IN A CIVIL CASE**

TO:  **Bayview Specialty Services LLC, Cardea Consulting LLC, Coastline Specialty Services LLC, Glendale Pharmacy LLC, Inland Medical Consultants LLC, Innovative Specialty Services LLC, JMSP LLC, Lake Forest Pharmacy, MPKM LLC, One Way Drug LLC, Optimum Care Pharmacy Inc., Paragon Partners LLC, Matthew H. Peters, Pharmed Pharmacy LLC, Portland Professional Pharmacy LLC, Prestige Professional Pharmacy, Professional 205 Pharmacy LLC, Professional Rx Pharmacy LLC, Strand View Corporation, Sunrise Pharmacy LLC, Synergy Medical Systems LLC**

Defendant's Address:

Thomas Wegrzyn, as Agent for Service
LAKE FOREST PHARMACY d/b/a/ Lakefores Pharmacy
4901 Hance Lane
Moscow Mills, MO  63362

**YOU ARE HEREBY SUMMONED** and required to serve on:

>   David Edward Thiess, GOVT, III
>   United States Attorney's Office
>   501 I Street, Suite 10–100
>   Sacramento, CA 95814

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/ O. Clemente Licea**

(By) DEPUTY CLERK



**ISSUED ON 2024-01-23 10:48:41**
**CLERK, USDC EDCA**

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me (1) | DATE   April 26, 2024 |
|---|---|
| NAME OF SERVER *(PRINT)*   KIMBERLY SIEGFRIED | TITLE   ACE/LEAD LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

[X] Other (specify) : *Via Certified Mail, Receipt # 7018 0360 0000 6581 8333*
   Thomas Wegrzyn, as Agent for Service
   4901 Hance Lane
   Moscow Mills, MO  63362

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 26, 2024          *Kimberly Siegfried*
                     Date                             *Signature of Server*
                                                      501 I Street, suite 10-100
                                                      Sacramento, CA  95814
                                                      *Address of Server*

