PHILLIP A. TALBERT
United States Attorney
DAVID E. THIESS
STEVEN S. TENNYSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW H. PETERS, et al.,<br><br>Defendants. | Case No. 2:24-cv-00287-WBS-CKD<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS |

Upon consideration of the United States, Partell Pharmacy LLC, and One Way Drug LLC d/b/a Partell Pharmacy's stipulation for extension of time to respond to Partell Pharmacy LLC and One Way Drug LLC d/b/a Partell Pharmacy's motions to dismiss (ECF 32 and 33), and for good cause shown, the Court hereby rules as follows:

1.  The United States shall have through and including June 13, 2024 to file its opposition to Partell Pharmacy LLC, and One Way Drug LLC d/b/a Partell Pharmacy's motions to dismiss. (ECF 32 and 33).

IT IS SO ORDERED.

Dated:  May 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1