1  JONATHAN W. HEATON
   Nevada Bar No. 12592
2  HEATON LEGAL GROUP, LLC
   7285 Dean Martin Dr, Ste 180
3  Las Vegas, NV 89118
   Telephone:   702-329-9901
4  Facsimile:   702-763-7385
5  jon@heatonlegalgroup.com
   *Attorneys for Defendant One Way*
6  *Drug LLC d/b/a Partell Pharmacy*

7

## UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        Case No. 2:24-cv-00287-WBS-CKD

11            Plaintiff,

12

13        v.                                    **ONE WAY DRUG LLC D/B/A PARTELL**
                                                 **PHARMACY'S ANSWER TO SECOND**
14 MATTHEW H. PETERS, BAYVIEW                    **AMENDED COMPLAINT**
   SPECIALTY SERVICES LLC, COASTLINE
15 SPECIALTY SERVICES LLC, STRAND
   VIEW ENTERPRISES LLC, INNOVATIVE
16 SPECIALTY SERVICES LLC, PARAGON
   PARTNERS LLC (D/B/A PARAGON
17 MEDICAL PARTNERS), CARDEA
   CONSULTING LLC, PRAXIS MARKETING
18 SERVICES LLC, PROFESSIONAL RX
   PHARMACY LLC, INLAND MEDICAL
19 CONSULTANTS LLC (D/B/A ADVANCED
   THERAPEUTICS), PORTLAND
20 PROFESSIONAL PHARMACY LLC,
   SUNRISE PHARMACY LLC,
21 PROFESSIONAL 205 PHARMACY LLC
   (D/B/A PROFESSIONAL CENTER
22 205 PHARMACY), SYNERGY MEDICAL
   SYSTEMS LLC (D/B/A SYNERGY RX),
23 SYNERGY RX LLC (D/B/A SYNERGY
   RX), PRESTIGE PROFESSIONAL
24 PHARMACY, JMSP LLC (D/B/A
   PROFESSIONAL CENTER 205
25 PHARMACY), ONE WAY DRUG LLC
   (D/B/A PARTELL PHARMACY),
26 OPTIMUM CARE PHARMACY INC.

27

28

1  (D/B/A MARBELLA PHARMACY),
2  GLENDALE PHARMACY LLC, and
3  LAKE FOREST PHARMACY (D/B/A
   LAKEFOREST PHARMACY),

4        Defendants.

5

6

7        Defendant One Way Drug LLC ("One Way"), by and through its undersigned counsel,

8  hereby answers Plaintiff's Second Amended Complaint (the "Complaint") as follows:

9        1.    One Way generally lacks sufficient knowledge to admit or deny the allegations

10 contained in Paragraph 1 of the Complaint and therefore denies the same.  To the extent allegations

11 contained in Paragraph 1 may have specific application to One Way, One Way denies the said

12 allegations.

13       2.    One Way generally lacks sufficient knowledge to admit or deny the allegations

14 contained in Paragraph 2 of the Complaint and therefore denies the same.  To the extent allegations

15 contained in Paragraph 2 may have specific application to One Way, One Way denies the said

16 allegations.

17       3.    One Way generally lacks sufficient knowledge to admit or deny the allegations

18 contained in Paragraph 3 of the Complaint and therefore denies the same.  To the extent allegations

19 contained in Paragraph 3 may have specific application to One Way, One Way denies the said

20 allegations.

21       4.    One Way lacks sufficient knowledge to admit or deny the allegations contained in

22 Paragraph 4 of the Complaint and therefore denies the same.

23       5.    One Way lacks sufficient knowledge to admit or deny the allegations contained in

24 Paragraph 5 of the Complaint and therefore denies the same.

25       6.    One Way lacks sufficient knowledge to admit or deny the allegations contained in

26 Paragraph 6 of the Complaint and therefore denies the same.

27       7.    One Way lacks sufficient knowledge to admit or deny the allegations contained in

28 Paragraph 7 of the Complaint and therefore denies the same.

8. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 8 of the Complaint and therefore denies the same.

9. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 9 of the Complaint and therefore denies the same.

10. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 10 of the Complaint and therefore denies the same.

11. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 11 of the Complaint and therefore denies the same.

12. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 12 of the Complaint and therefore denies the same.

13. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 13 of the Complaint and therefore denies the same.

14. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 14 of the Complaint and therefore denies the same.

15. One Way admits that it is a Nevada limited liability company with its principal place of business at 5835 S. Eastern Avenue, Suite 101, Las Vegas, NV 89119, but otherwise denies the allegations contained in Paragraph 15 of the Complaint.

16. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 16 of the Complaint and therefore denies the same.

17. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 17 of the Complaint and therefore denies the same.

18. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 18 of the Complaint and therefore denies the same.

19. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 19 of the Complaint and therefore denies the same.

20. One Way denies the allegations contained in Paragraph 20 of the Complaint.

21. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 21 of the Complaint and therefore denies the same.

22.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 22 of the Complaint and therefore denies the same.

23.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 23 of the Complaint and therefore denies the same.

24.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 24 of the Complaint and therefore denies the same.

25.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 25 of the Complaint and therefore denies the same.

26.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 26 of the Complaint and therefore denies the same.

27.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 27 of the Complaint and therefore denies the same.

28.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 28 of the Complaint and therefore denies the same.

29.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 29 of the Complaint and therefore denies the same.

30.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 30 of the Complaint and therefore denies the same.

31.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 31 of the Complaint and therefore denies the same.

32.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 32 of the Complaint and therefore denies the same.

33.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 33 of the Complaint and therefore denies the same.

34.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 34 of the Complaint and therefore denies the same.

35.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 35 of the Complaint and therefore denies the same.

4

36.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 36 of the Complaint and therefore denies the same.

37.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 37 of the Complaint and therefore denies the same.

38.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 38 of the Complaint and therefore denies the same.

39.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 39 of the Complaint and therefore denies the same.

40.     Paragraph 40 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 40 of the Complaint.

41.     Paragraph 41 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 41 of the Complaint.

42.     Paragraph 42 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 42 of the Complaint.

43.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 43 of the Complaint and therefore denies the same.

44.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 44 of the Complaint and therefore denies the same.

45.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 45 of the Complaint and therefore denies the same.

46.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 46 of the Complaint and therefore denies the same.

47.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 47 of the Complaint and therefore denies the same.

48.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 48 of the Complaint and therefore denies the same.

49.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 49 of the Complaint and therefore denies the same.

50.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 50 of the Complaint and therefore denies the same.

51.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 51 of the Complaint and therefore denies the same.

52.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 52 of the Complaint and therefore denies the same.

53.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 53 of the Complaint and therefore denies the same.

54.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 54 of the Complaint and therefore denies the same.

55.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 55 of the Complaint and therefore denies the same.

56.     Paragraph 56 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 56 of the Complaint.

57.     Paragraph 57 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 57 of the Complaint.

58.     Paragraph 58 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 58 of the Complaint.

59.     Paragraph 59 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 59 of the Complaint.

60. Paragraph 60 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 60 of the Complaint.

61. Paragraph 61 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 61 of the Complaint.

62. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 62 of the Complaint and therefore denies the same.

63. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 63 of the Complaint and therefore denies the same.

64. Paragraph 64 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 64 of the Complaint.

65. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 65 of the Complaint and therefore denies the same.

66. Paragraph 66 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 66 of the Complaint.

67. Paragraph 67 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 67 of the Complaint.

68. Paragraph 68 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 68 of the Complaint.

69. Paragraph 69 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 69 of the Complaint.

70.      One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 70 of the Complaint and therefore denies the same.

71.      One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 71 of the Complaint and therefore denies the same.

72.      One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 72 of the Complaint and therefore denies the same.

73.      One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 73 of the Complaint and therefore denies the same.

74.      One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 74 of the Complaint and therefore denies the same.

75.      One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 75 of the Complaint and therefore denies the same.

76.      One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 76 of the Complaint and therefore denies the same.

77.      Paragraph 77 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 77 of the Complaint.

78.      Paragraph 78 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 78 of the Complaint.

79.      Paragraph 79 of the Complaint sets forth a legal conclusion to which no response is necessary.  To the extent a response is necessary, One Way denies the allegations set forth in Paragraph 79 of the Complaint.

80.      One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 80 of the Complaint and therefore denies the same.

81.      One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 81 of the Complaint and therefore denies the same.

82. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 82 of the Complaint and therefore denies the same.

83. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 83 of the Complaint and therefore denies the same.

84. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 84 of the Complaint and therefore denies the same.

85. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 85 of the Complaint and therefore denies the same.

86. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 86 of the Complaint and therefore denies the same.

87. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 87 of the Complaint and therefore denies the same.

88. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 88 of the Complaint and therefore denies the same.

89. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 89 of the Complaint and therefore denies the same.

90. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 90 of the Complaint and therefore denies the same.

91. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 91 of the Complaint and therefore denies the same.

92. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 92 of the Complaint and therefore denies the same.

93. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 93 of the Complaint and therefore denies the same.

94. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 94 of the Complaint and therefore denies the same.

95. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 95 of the Complaint and therefore denies the same.

96. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 96 of the Complaint and therefore denies the same.

97. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 97 of the Complaint and therefore denies the same.

98. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 98 of the Complaint and therefore denies the same.

99. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 99 of the Complaint and therefore denies the same.

100. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 100 of the Complaint and therefore denies the same.

101. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 101 of the Complaint and therefore denies the same.

102. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 102 of the Complaint and therefore denies the same.

103. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 103 of the Complaint and therefore denies the same.

104. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 104 of the Complaint and therefore denies the same.

105. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 105 of the Complaint and therefore denies the same.

106. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 106 of the Complaint and therefore denies the same.

107. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 107 of the Complaint and therefore denies the same.

108. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 108 of the Complaint and therefore denies the same.

109. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 109 of the Complaint and therefore denies the same.

110.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 110 of the Complaint and therefore denies the same.

111.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 111 of the Complaint and therefore denies the same.

112.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 112 of the Complaint and therefore denies the same.

113.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 113 of the Complaint and therefore denies the same.

114.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 114 of the Complaint and therefore denies the same.

115.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 115 of the Complaint and therefore denies the same.

116.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 116 of the Complaint and therefore denies the same.

117.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 117 of the Complaint and therefore denies the same.

118.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 118 of the Complaint and therefore denies the same.

119.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 119 of the Complaint and therefore denies the same.

120.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 120 of the Complaint and therefore denies the same.

121.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 121 of the Complaint and therefore denies the same.

122.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 122 of the Complaint and therefore denies the same.

123.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 123 of the Complaint and therefore denies the same.

124.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 124 of the Complaint and therefore denies the same.

125.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 125 of the Complaint and therefore denies the same.

126.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 126 of the Complaint and therefore denies the same.

127.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 127 of the Complaint and therefore denies the same.

128.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 128 of the Complaint and therefore denies the same.

129.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 129 of the Complaint and therefore denies the same.

130.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 130 of the Complaint and therefore denies the same.

131.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 131 of the Complaint and therefore denies the same.

132.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 132 of the Complaint and therefore denies the same.

133.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 133 of the Complaint and therefore denies the same.

134.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 134 of the Complaint and therefore denies the same.

135.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 135 of the Complaint and therefore denies the same.

136.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 136 of the Complaint and therefore denies the same.

137.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 137 of the Complaint and therefore denies the same.

138.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 138 of the Complaint and therefore denies the same.

139.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 139 of the Complaint and therefore denies the same.

140.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 140 of the Complaint and therefore denies the same.

141.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 141 of the Complaint and therefore denies the same.

142.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 142 of the Complaint and therefore denies the same.

143.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 143 of the Complaint and therefore denies the same.

144.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 144 of the Complaint and therefore denies the same.

145.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 145 of the Complaint and therefore denies the same.

146.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 146 of the Complaint and therefore denies the same.

147.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 147 of the Complaint and therefore denies the same.

148.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 148 of the Complaint and therefore denies the same.

149.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 149 of the Complaint and therefore denies the same.

150.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 150 of the Complaint and therefore denies the same.

151.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 151 of the Complaint and therefore denies the same.

One Way Drug LLC's Answer                    Case No. 2:24-cv-00287-CKD

152. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 152 of the Complaint and therefore denies the same.

153. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 153 of the Complaint and therefore denies the same.

154. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 154 of the Complaint and therefore denies the same.

155. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 155 of the Complaint and therefore denies the same.

156. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 156 of the Complaint and therefore denies the same.

157. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 157 of the Complaint and therefore denies the same.

158. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 158 of the Complaint and therefore denies the same.

159. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 159 of the Complaint and therefore denies the same.

160. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 160 of the Complaint and therefore denies the same.

161. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 161 of the Complaint and therefore denies the same.

162. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 162 of the Complaint and therefore denies the same.

163. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 163 of the Complaint and therefore denies the same.

164. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 164 of the Complaint and therefore denies the same.

165. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 165 of the Complaint and therefore denies the same.

166.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 166 of the Complaint and therefore denies the same.

167.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 167 of the Complaint and therefore denies the same.

168.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 168 of the Complaint and therefore denies the same.

169.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 169 of the Complaint and therefore denies the same.

170.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 170 of the Complaint and therefore denies the same.

171.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 171 of the Complaint and therefore denies the same.

172.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 172 of the Complaint and therefore denies the same.

173.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 173 of the Complaint and therefore denies the same.

174.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 174 of the Complaint and therefore denies the same.

175.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 175 of the Complaint and therefore denies the same.

176.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 176 of the Complaint and therefore denies the same.

177.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 177 of the Complaint and therefore denies the same.

178.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 178 of the Complaint and therefore denies the same.

179.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 179 of the Complaint and therefore denies the same.

180.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 180 of the Complaint and therefore denies the same.

181.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 181 of the Complaint and therefore denies the same.

182.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 182 of the Complaint and therefore denies the same.

183.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 183 of the Complaint and therefore denies the same.

184.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 184 of the Complaint and therefore denies the same.

185.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 185 of the Complaint and therefore denies the same.

186.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 186 of the Complaint and therefore denies the same.

187.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 187 of the Complaint and therefore denies the same.

188.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 188 of the Complaint and therefore denies the same.

189.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 189 of the Complaint and therefore denies the same.

190.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 190 of the Complaint and therefore denies the same.

191.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 191 of the Complaint and therefore denies the same.

192.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 192 of the Complaint and therefore denies the same.

193.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 193 of the Complaint and therefore denies the same.

194. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 194 of the Complaint and therefore denies the same.

195. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 195 of the Complaint and therefore denies the same.

196. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 196 of the Complaint and therefore denies the same.

197. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 197 of the Complaint and therefore denies the same.

198. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 198 of the Complaint and therefore denies the same.

199. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 199 of the Complaint and therefore denies the same.

200. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 200 of the Complaint and therefore denies the same.

201. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 201 of the Complaint and therefore denies the same.

202. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 202 of the Complaint and therefore denies the same.

203. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 203 of the Complaint and therefore denies the same.

204. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 204 of the Complaint and therefore denies the same.

205. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 205 of the Complaint and therefore denies the same.

206. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 206 of the Complaint and therefore denies the same.

207. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 207 of the Complaint and therefore denies the same.

208. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 208 of the Complaint and therefore denies the same.

209. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 209 of the Complaint and therefore denies the same.

210. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 210 of the Complaint and therefore denies the same.

211. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 211 of the Complaint and therefore denies the same.

212. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 212 of the Complaint and therefore denies the same.

213. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 213 of the Complaint and therefore denies the same.

214. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 214 of the Complaint and therefore denies the same.

215. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 215 of the Complaint and therefore denies the same.

216. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 216 of the Complaint and therefore denies the same.

217. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 217 of the Complaint and therefore denies the same.

218. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 218 of the Complaint and therefore denies the same.

219. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 219 of the Complaint and therefore denies the same.

220. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 220 of the Complaint and therefore denies the same.

221. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 221 of the Complaint and therefore denies the same.

222. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 222 of the Complaint and therefore denies the same.

223. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 223 of the Complaint and therefore denies the same.

224. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 224 of the Complaint and therefore denies the same.

225. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 225 of the Complaint and therefore denies the same.

226. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 226 of the Complaint and therefore denies the same.

227. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 227 of the Complaint and therefore denies the same.

228. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 228 of the Complaint and therefore denies the same.

229. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 229 of the Complaint and therefore denies the same.

230. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 230 of the Complaint and therefore denies the same.

231. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 231 of the Complaint and therefore denies the same.

232. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 232 of the Complaint and therefore denies the same.

233. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 233 of the Complaint and therefore denies the same.

234. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 234 of the Complaint and therefore denies the same.

235. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 235 of the Complaint and therefore denies the same.

236. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 236 of the Complaint and therefore denies the same.

237. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 237 of the Complaint and therefore denies the same.

238. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 238 of the Complaint and therefore denies the same.

239. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 239 of the Complaint and therefore denies the same.

240. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 240 of the Complaint and therefore denies the same.

241. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 241 of the Complaint and therefore denies the same.

242. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 242 of the Complaint and therefore denies the same.

243. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 243 of the Complaint and therefore denies the same.

244. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 244 of the Complaint and therefore denies the same.

245. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 245 of the Complaint and therefore denies the same.

246. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 246 of the Complaint and therefore denies the same.

247. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 247 of the Complaint and therefore denies the same.

248. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 248 of the Complaint and therefore denies the same.

249. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 249 of the Complaint and therefore denies the same.

250. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 250 of the Complaint and therefore denies the same.

251. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 251 of the Complaint and therefore denies the same.

252. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 252 of the Complaint and therefore denies the same.

253. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 253 of the Complaint and therefore denies the same.

254. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 254 of the Complaint and therefore denies the same.

255. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 255 of the Complaint and therefore denies the same.

256. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 256 of the Complaint and therefore denies the same.

257. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 257 of the Complaint and therefore denies the same.

258. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 258 of the Complaint and therefore denies the same.

259. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 259 of the Complaint and therefore denies the same.

260. One Way generally lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 261 of the Complaint and therefore denies the same. To the extent allegations contained in Paragraph 261 have specific application to One Way, One Way denies the said allegations.

261. One Way denies the allegations contained in Paragraph 261 of the Complaint.

262. One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 262 of the Complaint and therefore denies the same.

263.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 263 of the Complaint and therefore denies the same.

264.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 264 of the Complaint and therefore denies the same.

265.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 265 of the Complaint and therefore denies the same.

266.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 266 of the Complaint and therefore denies the same.

267.     One Way denies the allegations contained in Paragraph 267 of the Complaint.

268.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 268 of the Complaint and therefore denies the same.

269.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 269 of the Complaint and therefore denies the same.

270.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 270 of the Complaint and therefore denies the same.

271.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 271 of the Complaint and therefore denies the same.

272.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 272 of the Complaint and therefore denies the same.

273.     One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 273 of the Complaint and therefore denies the same.

## **COUNT I**

274.     Answering the allegations of Paragraph 268 under the "Count I" section of Plaintiff's Complaint, One Way repeats and reincorporates its answers to the foregoing Paragraphs as if fully set forth herein.

275.     One Way denies the allegations contained in Paragraph 269 under the "Count I" section of Plaintiff's Complaint.

276.    One Way denies the allegations contained in Paragraph 270 under the "Count I" section of Plaintiff's Complaint.

277.    One Way denies the allegations contained in Paragraph 271 under the "Count I" section of Plaintiff's Complaint.

278.    One Way denies the allegations contained in Paragraph 272 under the "Count I" section of Plaintiff's Complaint.

279.    One Way denies the allegations contained in Paragraph 273 under the "Count I" section of Plaintiff's Complaint.

## **COUNT II**

280.    Answering the allegations of Paragraph 274 under the "Count II" section of Plaintiff's Complaint, One Way repeats and reincorporates its answers to the foregoing Paragraphs as if fully set forth herein.

281.    One Way denies the allegations contained in Paragraph 275 under the "Count II" section of Plaintiff's Complaint.

282.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 276 under the "Count II" section of Plaintiff's Complaint and therefore denies the same.

283.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 277 under the "Count II" section of Plaintiff's Complaint and therefore denies the same.

284.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 278 under the "Count II" section of Plaintiff's Complaint and therefore denies the same.

285.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 279 under the "Count II" section of Plaintiff's Complaint and therefore denies the same.

286.    One Way denies the allegations contained in Paragraph 280 under the "Count II" section of Plaintiff's Complaint.

287.    One Way denies the allegations contained in Paragraph 281 under the "Count II" section of Plaintiff's Complaint.

288.    One Way denies the allegations contained in Paragraph 282 under the "Count II" section of Plaintiff's Complaint.

**COUNT III**

289.    Answering the allegations of Paragraph 283 under the "Count III" section of Plaintiff's Complaint, One Way repeats and reincorporates its answers to the foregoing Paragraphs as if fully set forth herein.

290.    One Way denies the allegations contained in Paragraph 284 under the "Count III" section of Plaintiff's Complaint.

291.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 285 under the "Count III" section of Plaintiff's Complaint and therefore denies the same.

292.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 286 under the "Count III" section of Plaintiff's Complaint and therefore denies the same.

293.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 287 under the "Count III" section of Plaintiff's Complaint and therefore denies the same.

294.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 288 under the "Count III" section of Plaintiff's Complaint and therefore denies the same.

295.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 289 under the "Count III" section of Plaintiff's Complaint and therefore denies the same.

296.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 290 under the "Count III" section of Plaintiff's Complaint and therefore denies the same.

297.    One Way denies the allegations contained in Paragraph 291 under the "Count III" section of Plaintiff's Complaint.

One Way Drug LLC's Answer                                                            Case No. 2:24-cv-00287-CKD

## COUNT IV

298.    Answering the allegations of Paragraph 292 under the "Count IV" section of Plaintiff's Complaint, One Way repeats and reincorporates its answers to the foregoing Paragraphs as if fully set forth herein.

299.    One Way denies the allegations contained in Paragraph 293 under the "Count IV" section of Plaintiff's Complaint.

300.    One Way denies the allegations contained in Paragraph 294 under the "Count IV" section of Plaintiff's Complaint.

301.    One Way denies the allegations contained in Paragraph 295 under the "Count IV" section of Plaintiff's Complaint.

302.    One Way denies the allegations contained in Paragraph 296 under the "Count IV" section of Plaintiff's Complaint.

## COUNT V

303.    Answering the allegations of Paragraph 297 under the "Count V" section of Plaintiff's Complaint, One Way repeats and reincorporates its answers to the foregoing Paragraphs as if fully set forth herein.

304.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 298 under the "Count V" section of Plaintiff's Complaint and therefore denies the same.

305.    One Way lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 299 under the "Count V" section of Plaintiff's Complaint and therefore denies the same.

## COUNT VI

306.    Answering the allegations of Paragraph 300 under the "Count VI" section of Plaintiff's Complaint, One Way repeats and reincorporates its answers to the foregoing Paragraphs as if fully set forth herein.

307.    One Way denies the allegations contained in Paragraph 301 under the "Count VI" section of Plaintiff's Complaint.

308.    One Way denies the allegations contained in Paragraph 302 under the "Count VI" section of Plaintiff's Complaint.

309.    One Way denies the allegations contained in Paragraph 303 under the "Count VI" section of Plaintiff's Complaint.

310.    RCM denies each and every allegation in Plaintiff's Complaint which is not expressly admitted or denied hereinabove.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The claims and causes of action which are asserted in Plaintiffs' Complaint, or some of them, are barred by applicable statutes of limitation.

### THIRD AFFIRMATIVE DEFENSE

If Plaintiff was in fact damaged as alleged in its Complaint (which One Way denies), said damages were actually and proximately caused by the acts of third parties over whom One Way had and has no control.

### FOURTH AFFIRMATIVE DEFENSE

The damages and injuries which Plaintiff alleges it has sustained, if any, are not attributable to any act, conduct, breach or omission on the part of One Way.

### FIFTH AFFIRMATIVE DEFENSE

Under the circumstances presented, One Way's acts towards Plaintiff were made and taken in good faith and based on a belief that One Way has fully complied with duties and obligations owed to Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

One or more of the Anti-Kickback Statute's ("AKS") safe harbors bar Plaintiff's requested relief as to One Way.

**SEVENTH AFFIRMATIVE DEFENSE**

Some or all claims submitted to federal health care programs by One Way that may fall within the scope of the allegations of the Complaint, if any exist, were not "resulting from" a violation of the AKS under 42 U.S.C. § 1320a-7b(g) and do not meet the applicable causation standard.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff, by its acts, deeds, and conduct and/or the acts, deed, and conduct of its agents, employees and/or representative(s), has heretofore waived any and all claims Plaintiff might have had to assert against Defendant.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff, by its acts, deeds, and conduct and/or the acts, deed, and conduct of its representative(s), has heretofore released Defendant from any and all claims Plaintiff might have had to assert against Defendant.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff, by its acts, deeds, and conduct and/or the acts, deed, and conduct of its agents, employees and/or representative(s), is equitably estopped from recovery upon the claims which are asserted against Defendant in Plaintiff's Complaint.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and requested relief are barred in whole or in part by the doctrine of unclean hands.

**TWELVTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and requested relief are barred in whole or in part by doctrines of ratification, acquiescence, and/or discharge

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff would be unjustly enriched if it were granted the relief sought against Defendant pursuant to the claims asserted in the Complaint.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed, refused and neglected to take reasonable steps to mitigate its alleged damages, if any actually exist, with the result that Plaintiff's right to recovery is barred or diminished.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims and requested relief are barred in whole or in part by the doctrine of laches.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims, requests for relief, and defenses, or some of them, are asserted in bad faith or without good cause.

### SEVENTEENTH AFFIRMATIVE DEFENSE

To the extent applicable and not otherwise set forth herein, Defendant hereby incorporates by reference the affirmative defenses enumerated in Rule 8(c) of the Federal Rules of Civil Procedure.

### EIGHTEENTH AFFIRMATIVE DEFENSE

All of Plaintiff's possible affirmative defenses may not have been alleged herein insofar as insufficient facts were not available, after reasonable inquiry, as of the date this Answer is being filed, and Plaintiff therefore reserves the right to amend this Answer to assert additional affirmative defenses, if warranted, during the course of discovery or further investigation.

WHEREFORE, One Way prays for relief as follows:

1.      That Plaintiff take nothing by reason of its Complaint in this action as to One Way;

2.      For entry of a judgment granting One Way's attorney's fees and costs incurred in defense of the claims and causes of action asserted against One Way to the extent permitted by law; and

3.      For such other and further relief as the Court determines appropriate under the circumstances presented.

DATED this 20th day of August, 2024.

HEATON LEGAL GROUP, LLC


_____/s/ Jonathan W. Heaton_____
JONATHAN W. HEATON
Nevada Bar No. 12592
7285 Dean Martin Dr, Ste 180
Las Vegas, NV 89118
Telephone:    (702) 329-9901
Facsimile:    (702) 763-7385
Email: jon@heatonlegalgroup.com
*Attorneys for Defendant One Way*
*Drug LLC d/b/a Partell Pharmacy*

One Way Drug LLC's Answer          Case No. 2:24-cv-00287-CKD

**PROOF OF SERVICE**

I certify that on this 20th day of August, 2024, I caused the foregoing **ONE WAY DRUG LLC D/B/A PARTELL PHARMACY'S ANSWER TO SECOND AMENDED COMPLAINT** to be served by CM/ECF on the following parties:

David A. Theiss
Assistant United States Attorney
Steven Tennyson
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: David.Thiess@usdoj.gov
Email: Steven.Tennyson2@usdoj.gov


James S. Bell
JAMES S. BELL, P.C.
2808 Cole Avenue
Dallas, TX 75204
Telephone: (214) 668-9000
Email: james@jamesbellpc.com

DATED this 20th day of August, 2024.


                              __/s/ Jonathan W. Heaton__
                              JONATHAN W. HEATON