PHILLIP A. TALBERT
United States Attorney
DAVID E. THIESS
STEVEN S. TENNYSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
David.Thiess@usdoj.gov
Steven.Tennyson2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW H. PETERS, *et al*.<br><br>Defendants. | No. 2:24-cv-00287-WBS-CKD<br><br>REQUEST FOR ENTRY OF DEFAULT |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the United States requests that the Clerk of the Court enter Default in this matter against Defendants Inland Medical Consultants LLC, Professional Rx Pharmacy LLC, Strand View Enterprises LLC, Synergy Medical Systems LLC, Synergy RX LLC (collectively, the "Defaulted Parties")

On January 22, 2024, the United States filed its Complaint (ECF No. 1). The United States filed a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure on March 18, 2024 (ECF No. 5). Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the United States served the Defaulted Parties with the Summons and First Amended Complaint on the following dates:

//

//

//

| Party | Date Served | ECF No. |
|---|---|---|
| Inland Medical Consultants LLC | April 2, 2024 | (Dkt. 13 at 1) |
| Professional Rx Pharmacy LLC | April 9, 2024 | (Dkt. 13 at 7) |
| Strand View Enterprises LLC | August 26, 2024 | (Dkt. 54 at 1) (Dkt. 13 at 15)[1] |
| Synergy Medical Systems LLC | April 5, 2024 | (Dkt. 14 at 14) |
| Synergy RX LLC | April 5, 2024 | (Dkt. 25 at 11) |

Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Defaulted Parties had 21 days after being served to respond. As of the date of this Request, the United States has not received a responsive pleading from any of the Defaulted Parties, nor is there record of an answer or other response entered on the Court's electronic docket. Filed contemporaneously with this Request is an affidavit of counsel, attesting the same.

Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Accordingly, the United States requests that the Clerk of the Court enter default against each of the Defaulted Parties for their failure to answer, plead, or otherwise defend.

Respectfully submitted,

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

By:  *Steven S. Tennyson*
DAVID E. THIESS
STEVEN S. TENNYSON
Assistant United States Attorneys
Attorneys for Plaintiff United States of America

---

[1] The United States served Strand View Enterprises LLC twice to correct a typographical error in the defendant's name. For purposes of this request, the United States relies upon the later date of service.

REQUEST FOR ENTRY OF DEFAULT    2