PHILLIP A. TALBERT
United States Attorney
DAVID E. THIESS
STEVEN S. TENNYSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
David.Thiess@usdoj.gov
Steven.Tennyson2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW H. PETERS, *et al*.<br><br>　　　　　　　　　Defendants. | No. 2:24-cv-00287-WBS-CKD<br><br>DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |

I, Steven S. Tennyson, hereby declare:

　　　　1.　　I am an Assistant United States Attorney with the U.S. Department of Justice, United States Attorney's Office for the Eastern District of California. Together with Assistant United States Attorney David Thiess, I am counsel in this matter for Plaintiff the United States of America.

　　　　2.　　This affidavit is offered in support of Plaintiff's Request for Entry of Default by the Clerk Against Defendants Inland Medical Consultants LLC, Professional Rx Pharmacy LLC, Strand View Enterprises LLC, Synergy Medical Systems LLC, Synergy RX LLC (the "Defaulted Parties").

　　　　3.　　On January 22, 2024, the United States filed its Complaint (ECF No. 1). The United States filed a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure on March 18, 2024 (ECF No. 5). Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the United

States served the Defaulted Parties with the Summons and First Amended Complaint on the following dates:

| Party | Date Served | ECF No. |
|---|---|---|
| Inland Medical Consultants LLC | April 2, 2024 | (Dkt. 13 at 1) |
| Professional Rx Pharmacy LLC | April 9, 2024 | (Dkt. 13 at 7) |
| Strand View Enterprises LLC | August 26, 2024 | (Dkt. 54 at 1) (Dkt. 13 at 15)[1] |
| Synergy Medical Systems LLC | April 5, 2024 | (Dkt. 14 at 14) |
| Synergy RX LLC | April 5, 2024 | (Dkt. 25 at 11) |

4.  As of the date of this Request, the United States has not received a responsive pleading from any of the Defaulted Parties, nor is there record of an answer or other response entered on the Court's electronic docket.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of September 2024, in Sacramento, California.

Respectfully submitted,

*Steven Tennyson*
STEVEN S. TENNYSON
Assistant United States Attorney

---

[1] The United States served Strand View Enterprises LLC twice to correct a typographical error in the defendant's name.