James S. Bell (252662)
JAMES S. BELL, P.C.
2808 Cole Avenue
Dallas, TX  75204
Telephone: (214) 668-9000
Email:  james@jamesbellpc.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW H. PETERS, BAYVIEW SPECIALTY SERVICES LLC, COASTLINE SPECIALTY SERVICES LLC, STRAND VIEW CORPORATION, INNOVATIVE SPECIALTY SERVICES LLC, PARAGON PARTNERS LLC (D/B/A PARAGON MEDICAL PARTNERS), CARDEA CONSULTING LLC, PRAXIS MARKETING SERVICES LLC, PROFESSIONAL RX PHARMACY LLC, INLAND MEDICAL CONSULTANTS LLC (D/B/A ADVANCED THERAPEUTICS), PORTLAND PROFESSIONAL PHARMACY LLC, SUNRISE PHARMACY LLC, PROFESSIONAL 205 PHARMACY LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), SYNERGY MEDICAL SYSTEMS LLC (D/B/A SYNERGY RX), SYNERGY RX LLC (D/B/A SYNERGY RX), PRESTIGE PROFESSIONAL PHARMACY, JMSP LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), MPKM, LLC (D/B/A | Case No. 2:24-cv-00287-CKD<br><br><br>**DEFENDANT STRAND VIEW ENTERPRISES, LLC's ANSWER AND DEFENSES TO SECOND AMENDED COMPLAINT** |

1

PROFESSIONAL CENTER
PHARMACY), ONE WAY DRUG LLC
(D/B/A PARTELL PHARMACY),
PARTELL PHARMACY LLC,
OPTIMUM CARE PHARMACY INC.
(D/B/A MARBELLA PHARMACY),
GLENDALE PHARMACY LLC, and
LAKE FOREST PHARMACY (D/B/A
LAKEFOREST PHARMACY),

Defendants.

Defendant Strand View Enterprises, LLC ("Defendant") hereby answer the Second Amended Complaint (the "Complaint") of the United States of America ("Government"). Defendant generally denies each and every allegation except those hereinafter specifically admitted. Defendant has included the headings reflected in the Government's Complaint to aid the Court in reviewing Defendant's Answer. To the extent these headings include factual allegations, Defendant expressly denies each and every allegation. Defendant further answers the numbered Paragraphs of the Complaint as follows:

## I.    COMPLAINT

1.  Do not respond to the allegations set forth in numbered paragraph 1 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 1 of the Complaint.

2.  Do not respond to the allegations set forth in numbered paragraph 2 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 2 of the Complaint.

3.  Do not respond to the allegations set forth in numbered paragraph 3 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 3 of the Complaint.

## II.    PARTIES

4.  Lack knowledge or information sufficient to form a belief as to the truth of the allegations in numbered paragraph 4 of the Complaint. To the extent a further response is required, deny the allegations in numbered paragraph 4 of the Complaint.

5.  Lack knowledge or information sufficient to form a belief as to the truth of the allegations

in numbered paragraph 5 of the Complaint. To the extent a further response is required, deny the allegations in numbered paragraph 5 of the Complaint.

Pharmacy Defendants

6.   Do not respond to the allegations set forth in numbered paragraph 6 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered 6 of the Complaint.

7.   Do not respond to the allegations set forth in numbered paragraph 7 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 7 of the Complaint.

8.   Do not respond to the allegations set forth in numbered paragraph 8 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 8 of the Complaint.

9.   Do not respond to the allegations set forth in numbered paragraph 9 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered 9 of the Complaint.

10. Do not respond to the allegations set forth in numbered paragraph 10 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered 10 of the Complaint.

11. Do not respond to the allegations set forth in numbered paragraph 11 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 11 of the Complaint.

12. Do not respond to the allegations set forth in numbered paragraph 12 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 12 of the Complaint.

13. Do not respond to the allegations set forth in numbered paragraph 13 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 13 of the Complaint.

14. Do not respond to the allegations set forth in numbered paragraph 14 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 14 of the Complaint.

15. Do not respond to the allegations set forth in numbered paragraph 15 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 15 of the Complaint.

16. Do not respond to the allegations set forth in numbered paragraph 16 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 16 of the Complaint.

17. Do not respond to the allegations set forth in numbered paragraph 17 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 17 of the Complaint.

18. Do not respond to the allegations set forth in numbered paragraph 18 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 18 of the Complaint.

19. Do not respond to the allegations set forth in numbered paragraph 19 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 19 of the Complaint.

20. Do not respond to the allegations set forth in numbered paragraph 20 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 20 of the Complaint.

<u>Management Service Organization Defendants</u>

21. Do not respond to the allegations set forth in numbered paragraph 21 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 21 of the Complaint.

22. Do not respond to the allegations set forth in numbered paragraph 22 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 22 of the Complaint.

23. Do not respond to the allegations set forth in numbered paragraph 23 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 23 of the Complaint.

24. Do not respond to the allegations set forth in numbered paragraph 24 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 24 of the Complaint.

25. Do not respond to the allegations set forth in numbered paragraph 25 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 25 of the Complaint.

<u>Marketing Entity Defendants</u>

26. Do not respond to the allegations set forth in numbered paragraph 26 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the

extent a further response is required, deny the allegations in numbered paragraph 26 of the Complaint.

27. Do not respond to the allegations set forth in numbered paragraph 27 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 27 of the Complaint.

28. Do not respond to the allegations set forth in numbered paragraph 28 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 28 of the Complaint.

29. Do not respond to the allegations set forth in numbered paragraph 29 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 29 of the Complaint.

30. Do not respond to the allegations set forth in numbered paragraph 30 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 30 of the Complaint.

31. Do not respond to the allegations set forth in numbered paragraph 31 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 31 of the Complaint.

32. Do not respond to the allegations set forth in numbered paragraph 32 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 32 of the Complaint.

33. Do not respond to the allegations set forth in numbered paragraph 33 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the

1    extent a further response is required, deny the allegations in numbered paragraph 33 of the

2    Complaint.

3        34. Do not respond to the allegations set forth in numbered paragraph 34 of the Complaint

4    because it states conclusions or characterizations of law for which no response is required. To the

5    extent a further response is required, deny the allegations in numbered paragraph 34 of the

6    Complaint.

7                                        Other Corporate Defendants

8        35. Do not respond to the allegations set forth in numbered paragraph 35 of the Complaint

9    because it states conclusions or characterizations of law for which no response is required. To the

10   extent a further response is required, deny the allegations in numbered paragraph 35 of the

11   Complaint.

12       36. Do not respond to the allegations set forth in numbered paragraph 36 of the Complaint

13   because it states conclusions or characterizations of law for which no response is required. To the

14   extent a further response is required, deny the allegations in numbered paragraph 36 of the

15   Complaint.

16       37. Do not respond to the allegations set forth in numbered paragraph 37 of the Complaint

17   because it states conclusions or characterizations of law for which no response is required. To the

18   extent a further response is required, deny the allegations in numbered paragraph 37 of the

19   Complaint.

20       38. Do not respond to the allegations set forth in numbered paragraph 38 of the Complaint

21   because it states conclusions or characterizations of law for which no response is required. To the

22   extent a further response is required, deny the allegations in numbered paragraph 38 of the

23   Complaint.

24       39. Do not respond to the allegations set forth in numbered paragraph 39 of the Complaint

25   because it states conclusions or characterizations of law for which no response is required. To the

26   extent a further response is required, deny the allegations in numbered paragraph 39 of the

27   Complaint.

28                           **III.    JURISDICTION AND VENUE**

40. Do not respond to the allegations set forth in numbered paragraph 40 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 40 of the Complaint.

41. Do not respond to the allegations set forth in numbered paragraph 41 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 41 of the Complaint.

42. Do not respond to the allegations set forth in numbered paragraph 42 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 42 of the Complaint.

## IV.   FEDERAL HEALTH CARE PROGRAMS

### A.  Medicare

43. Do not respond to the allegations set forth in numbered paragraph 43 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 43 of the Complaint.

44. Do not respond to the allegations set forth in numbered paragraph 44 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 44 of the Complaint.

45. Do not respond to the allegations set forth in numbered paragraph 45 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 45 of the Complaint.

46. Do not respond to the allegations set forth in numbered paragraph 46 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the

extent a further response is required, deny the allegations in numbered paragraph 46 of the Complaint.

47. Do not respond to the allegations set forth in numbered paragraph 47 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 47 of the Complaint.

48. Do not respond to the allegations set forth in numbered paragraph 48 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 48 of the Complaint.

49. Do not respond to the allegations set forth in numbered paragraph 49 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 49 of the Complaint.

50. Do not respond to the allegations set forth in numbered paragraph 50 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 50 of the Complaint.

**B. Medicaid**

51. Do not respond to the allegations set forth in numbered paragraph 51 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 51 of the Complaint.

52. Do not respond to the allegations set forth in numbered paragraph 52 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 52 of the Complaint.

53. Do not respond to the allegations set forth in numbered paragraph 53 of the Complaint

because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 53 of the Complaint.

## C. TRICARE

54. Do not respond to the allegations set forth in numbered paragraph 54 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 54 of the Complaint.

55. Do not respond to the allegations set forth in numbered paragraph 55 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 55 of the Complaint.

## V.   FALSE CLAIMS ACT AND ANTI-KICKBACK STATUTE

## A. THE FALSE CLAIMS ACT

56. Do not respond to the allegations set forth in numbered paragraph 56 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 56 of the Complaint.

57. Do not respond to the allegations set forth in numbered paragraph 57 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 57 of the Complaint.

## B. THE ANTI-KICKBACK STATUTE

58. Do not respond to the allegations set forth in numbered paragraph 58 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 58 of the Complaint.

59. Do not respond to the allegations set forth in numbered paragraph 59 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 59 of the Complaint.

60. Do not respond to the allegations set forth in numbered paragraph 60 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 60 of the Complaint.

61. Do not respond to the allegations set forth in numbered paragraph 61 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 61 of the Complaint.

62. Do not respond to the allegations set forth in numbered paragraph 62 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 62 of the Complaint.

63. Do not respond to the allegations set forth in numbered paragraph 63 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 63 of the Complaint.

64. Do not respond to the allegations set forth in numbered paragraph 64 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 64 of the Complaint.

65. Do not respond to the allegations set forth in numbered paragraph 65 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 65 of the Complaint.

66. Do not respond to the allegations set forth in numbered paragraph 66 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 66 of the Complaint.

*i. The AKS Applies to Physician Investments*

67. Do not respond to the allegations set forth in numbered paragraph 67 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 67 of the Complaint.

68. Do not respond to the allegations set forth in numbered paragraph 68 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 68 of the Complaint.

69. Do not respond to the allegations set forth in numbered paragraph 69 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 69 of the Complaint.

70. Do not respond to the allegations set forth in numbered paragraph 70 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 70 of the Complaint.

71. Do not respond to the allegations set forth in numbered paragraph 71 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 71 of the Complaint.

72. Do not respond to the allegations set forth in numbered paragraph 72 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 72 of the

Complaint.

73. Do not respond to the allegations set forth in numbered paragraph 73 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 73 of the Complaint.

74. Do not respond to the allegations set forth in numbered paragraph 74 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 74 of the Complaint.

75. Do not respond to the allegations set forth in numbered paragraph 75 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 75 of the Complaint.

76. Do not respond to the allegations set forth in numbered paragraph 76 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 76 of the Complaint.

*ii. The AKS Applies to Sales Representative Compensation*

77. Do not respond to the allegations set forth in numbered paragraph 77 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 77 of the Complaint.

78. Do not respond to the allegations set forth in numbered paragraph 78 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 78 of the Complaint.

79. Do not respond to the allegations set forth in numbered paragraph 79 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the

extent a further response is required, deny the allegations in numbered paragraph 79 of the Complaint.

80. Do not respond to the allegations set forth in numbered paragraph 80 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 80 of the Complaint.

81. Do not respond to the allegations set forth in numbered paragraph 81 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 81 of the Complaint.

82. Do not respond to the allegations set forth in numbered paragraph 82 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 82 of the Complaint.

## VI.    THE MANAGEMENT SERVICES ORGANIZATIONS INVESTMENT SCHEME

### A. Overview and History of the MSO Investment Scheme

83. Do not respond to the allegations set forth in numbered paragraph 83 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 83 of the Complaint.

84. Do not respond to the allegations set forth in numbered paragraph 84 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 84 of the Complaint.

85. Do not respond to the allegations set forth in numbered paragraph 85 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 85 of the Complaint.

86. Do not respond to the allegations set forth in numbered paragraph 86 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 86 of the Complaint.

87. Do not respond to the allegations set forth in numbered paragraph 87 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 87 of the Complaint.

88. Do not respond to the allegations set forth in numbered paragraph 88 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 88 of the Complaint.

89. Do not respond to the allegations set forth in numbered paragraph 89 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 89 of the Complaint.

90. Do not respond to the allegations set forth in numbered paragraph 90 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 90 of the Complaint.

91. Do not respond to the allegations set forth in numbered paragraph 91 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 91 of the Complaint.

92. Do not respond to the allegations set forth in numbered paragraph 92 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 92 of the Complaint.

93. Do not respond to the allegations set forth in numbered paragraph 93 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 93 of the Complaint.

94. Do not respond to the allegations set forth in numbered paragraph 94 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 94 of the Complaint.

95. Do not respond to the allegations set forth in numbered paragraph 95 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 95 of the Complaint.

96. Do not respond to the allegations set forth in numbered paragraph 96 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 96 of the Complaint.

97. Do not respond to the allegations set forth in numbered paragraph 97 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 97 of the Complaint.

98. Do not respond to the allegations set forth in numbered paragraph 98 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 98 of the Complaint.

99. Do not respond to the allegations set forth in numbered paragraph 99 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 99 of the Complaint.

100.     Do not respond to the allegations set forth in numbered paragraph 100 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 100 of the Complaint.

101.     Do not respond to the allegations set forth in numbered paragraph 101 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 101 of the Complaint.

102.     Do not respond to the allegations set forth in numbered paragraph 102 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 102 of the Complaint.

103.     Do not respond to the allegations set forth in numbered paragraph 103 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 103 of the Complaint.

104.     Do not respond to the allegations set forth in numbered paragraph 104 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 104 of the Complaint.

i.     *Predecessors to the Defendant MSOs: Peters's Initial Attempt to Pay Kickbacks to Prescribers in the Form of Sham "Investment" Returns Involved Small "Investment" Circles He Called "PPMs"*

105.     Do not respond to the allegations set forth in numbered paragraph 105 of the Complaint because it states conclusions or characterizations of law for which no response is

required. To the extent a further response is required, deny the allegations in numbered paragraph 105 of the Complaint.

106.     Do not respond to the allegations set forth in numbered paragraph 106 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 106 of the Complaint.

107.     Do not respond to the allegations set forth in numbered paragraph 107 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 107 of the Complaint.

108.     Do not respond to the allegations set forth in numbered paragraph 108 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 108 of the Complaint.

109.     Do not respond to the allegations set forth in numbered paragraph 109 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 109 of the Complaint.

110.     Do not respond to the allegations set forth in numbered paragraph 110 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 110 of the Complaint.

111.     Do not respond to the allegations set forth in numbered paragraph 111 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 111 of the Complaint.

ii.     *The Coastline MSO*

1

2   112.    Do not respond to the allegations set forth in numbered paragraph 112 of the

3   Complaint because it states conclusions or characterizations of law for which no response is

4   required. To the extent a further response is required, deny the allegations in numbered paragraph

5   112 of the Complaint.

6   113.    Do not respond to the allegations set forth in numbered paragraph 113 of the

7   Complaint because it states conclusions or characterizations of law for which no response is

8   required. To the extent a further response is required, deny the allegations in numbered paragraph

9   113 of the Complaint.

10   114.    Do not respond to the allegations set forth in numbered paragraph 114 of the

11   Complaint because it states conclusions or characterizations of law for which no response is

12   required. To the extent a further response is required, deny the allegations in numbered paragraph

13   114 of the Complaint.

14   115.    Do not respond to the allegations set forth in numbered paragraph 115 of the

15   Complaint because it states conclusions or characterizations of law for which no response is

16   required. To the extent a further response is required, deny the allegations in numbered paragraph

17   115 of the Complaint.

18   116.    Do not respond to the allegations set forth in numbered paragraph 116 of the

19   Complaint because it states conclusions or characterizations of law for which no response is

20   required. To the extent a further response is required, deny the allegations in numbered paragraph

21   116 of the Complaint.

22   117.    Do not respond to the allegations set forth in numbered paragraph 117 of the

23   Complaint because it states conclusions or characterizations of law for which no response is

24   required. To the extent a further response is required, deny the allegations in numbered paragraph

25   117 of the Complaint.

26   118.    Do not respond to the allegations set forth in numbered paragraph 118 of the

27   Complaint because it states conclusions or characterizations of law for which no response is

28   required. To the extent a further response is required, deny the allegations in numbered paragraph

118 of the Complaint.

119.    Do not respond to the allegations set forth in numbered paragraph 119 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 119 of the Complaint.

120.    Do not respond to the allegations set forth in numbered paragraph 120 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 120 of the Complaint.

121.    Do not respond to the allegations set forth in numbered paragraph 121 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 121 of the Complaint.

122.    Do not respond to the allegations set forth in numbered paragraph 122 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 122 of the Complaint.

123.    Do not respond to the allegations set forth in numbered paragraph 123 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 123 of the Complaint.

124.    Do not respond to the allegations set forth in numbered paragraph 124 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 124 of the Complaint.

125.    Do not respond to the allegations set forth in numbered paragraph 125 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph

125 of the Complaint.

### iii.      *The Bayview MSO*

126.      Do not respond to the allegations set forth in numbered paragraph 126 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 126 of the Complaint.

127.      Do not respond to the allegations set forth in numbered paragraph 127 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 127 of the Complaint.

128.      Do not respond to the allegations set forth in numbered paragraph 128 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 128 of the Complaint.

129.      Do not respond to the allegations set forth in numbered paragraph 129 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 129 of the Complaint.

130.      Do not respond to the allegations set forth in numbered paragraph 130 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 130 of the Complaint.

131.      Do not respond to the allegations set forth in numbered paragraph 131 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 131 of the Complaint.

132.     Do not respond to the allegations set forth in numbered paragraph 132 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 132 of the Complaint.

**B. Details of the MSO Investment Scheme**

133.     Do not respond to the allegations set forth in numbered paragraph 133 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 133 of the Complaint.

134.     Do not respond to the allegations set forth in numbered paragraph 134 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 134 of the Complaint.

135.     Do not respond to the allegations set forth in numbered paragraph 135 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 135 of the Complaint.

i.     *Peters Created the MSOs with the Purpose of Rewarding Investors' Prescriptions and Engendering Loyalty to the Pharmacies.*

136.     Do not respond to the allegations set forth in numbered paragraph 136 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 136 of the Complaint.

137.     Do not respond to the allegations set forth in numbered paragraph 137 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 137 of the Complaint.

138.     Do not respond to the allegations set forth in numbered paragraph 138 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 138 of the Complaint.

139.     Do not respond to the allegations set forth in numbered paragraph 139 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 139 of the Complaint.

140.     Do not respond to the allegations set forth in numbered paragraph 140 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 140 of the Complaint.

ii.     *MSO Investors Were Paid Exorbitant Returns*

141.     Do not respond to the allegations set forth in numbered paragraph 141 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 141 of the Complaint.

142.     Do not respond to the allegations set forth in numbered paragraph 142 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 142 of the Complaint.

143.     Do not respond to the allegations set forth in numbered paragraph 143 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 143 of the Complaint.

144.     Do not respond to the allegations set forth in numbered paragraph 144 of the

Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 144 of the Complaint.

145.     Do not respond to the allegations set forth in numbered paragraph 145 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 146 of the Complaint.

146.     Do not respond to the allegations set forth in numbered paragraph 146 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny allegations in numbered paragraph 146 of the Complaint.

147.     Do not respond to the allegations set forth in numbered paragraph 147 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 147 of the Complaint.

148.     Do not respond to the allegations set forth in numbered paragraph 148 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 148 of the Complaint.

149.     Do not respond to the allegations set forth in numbered paragraph 149 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 149 of the Complaint.

150.     Do not respond to the allegations set forth in numbered paragraph 150 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 150 of the Complaint.

151.     Do not respond to the allegations set forth in numbered paragraph 151 of the

Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 151 of the Complaint.

152.     Do not respond to the allegations set forth in numbered paragraph 152 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 152 of the Complaint.

153.     Do not respond to the allegations set forth in numbered paragraph 153 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny allegations in numbered paragraph 153 of the Complaint.

154.     Do not respond to the allegations set forth in numbered paragraph 154 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 154 of the Complaint.

155.     Do not respond to the allegations set forth in numbered paragraph 155 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 155 of the Complaint.

156.     Do not respond to the allegations set forth in numbered paragraph 156  of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 156 of the Complaint.

157.     Do not respond to the allegations set forth in numbered paragraph 157 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 157 of the Complaint.

158.     Do not respond to the allegations set forth in numbered paragraph 158 of the

Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 158 of the Complaint.

159.     Do not respond to the allegations set forth in numbered paragraph 159 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 159 of the Complaint.

160.     Do not respond to the allegations set forth in numbered paragraph 160 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 160 of the Complaint.

161.     Do not respond to the allegations set forth in numbered paragraph 161 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 161 of the Complaint.

### iii. *The Profits Received by each Physician Investor in the MSOs Depended on the Physician's Prescribing Volume.*

162.     Do not respond to the allegations set forth in numbered paragraph 162 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 162 of the Complaint.

163.     Do not respond to the allegations set forth in numbered paragraph 163 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 163 of the Complaint.

164.     Do not respond to the allegations set forth in numbered paragraph 164 of the Complaint because it states conclusions or characterizations of law for which no response is

required. To the extent a further response is required, deny the allegations in numbered paragraph 164 of the Complaint.

165.     Do not respond to the allegations set forth in numbered paragraph 165 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 165 of the Complaint.

166.     Do not respond to the allegations set forth in numbered paragraph 166 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 166 of the Complaint.

167.     Do not respond to the allegations set forth in numbered paragraph 167 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 167 of the Complaint.

168.     Do not respond to the allegations set forth in numbered paragraph 168 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 168 of the Complaint.

169.     Do not respond to the allegations set forth in numbered paragraph 169 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 169 of the Complaint.

170.     Do not respond to the allegations set forth in numbered paragraph 170 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 170 of the Complaint.

171.     Do not respond to the allegations set forth in numbered paragraph 171 of the Complaint because it states conclusions or characterizations of law for which no response is

required. To the extent a further response is required, deny the allegations in numbered paragraph 171 of the Complaint.

172.     Do not respond to the allegations set forth in numbered paragraph 172 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 172 of the Complaint.

173.     Do not respond to the allegations set forth in numbered paragraph 173 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 173 of the Complaint.

174.     Do not respond to the allegations set forth in numbered paragraph 174 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 174 of the Complaint.

175.     Do not respond to the allegations set forth in numbered paragraph 175 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 175 of the Complaint.

176.     Do not respond to the allegations set forth in numbered paragraph 176 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 176 of the Complaint.

177.     Do not respond to the allegations set forth in numbered paragraph 177 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 177 of the Complaint.

178.     Do not respond to the allegations set forth in numbered paragraph 178 of the Complaint because it states conclusions or characterizations of law for which no response is

required. To the extent a further response is required, deny the allegations in numbered paragraph 178 of the Complaint.

179.     Do not respond to the allegations set forth in numbered paragraph 179 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 179 of the Complaint.

180.     Do not respond to the allegations set forth in numbered paragraph 180 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 180 of the Complaint.

181.     Do not respond to the allegations set forth in numbered paragraph 181 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 181 of the Complaint.

182.     Do not respond to the allegations set forth in numbered paragraph 182 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 182 of the Complaint.

183.     Do not respond to the allegations set forth in numbered paragraph 183 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 183 of the Complaint.

            *iv.*     *Continued Prescribing to the Pharmacies Was Effectively a Condition of Investment.*

184.     Do not respond to the allegations set forth in numbered paragraph 184 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph

184 of the Complaint.

185.     Do not respond to the allegations set forth in numbered paragraph 185 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 185 of the Complaint.

186.     Do not respond to the allegations set forth in numbered paragraph 186 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 186 of the Complaint.

187.     Do not respond to the allegations set forth in numbered paragraph 187 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 187 of the Complaint.

188.     Do not respond to the allegations set forth in numbered paragraph 188 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 188 of the Complaint.

189.     Do not respond to the allegations set forth in numbered paragraph 189 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 189 of the Complaint.

190.     Do not respond to the allegations set forth in numbered paragraph 190 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 190 of the Complaint.

191.     Do not respond to the allegations set forth in numbered paragraph 191 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph

191 of the Complaint.

192.     Do not respond to the allegations set forth in numbered paragraph 192 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 192 of the Complaint.

193.     Do not respond to the allegations set forth in numbered paragraph 193 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 193 of the Complaint.

194.     Do not respond to the allegations set forth in numbered paragraph 194 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 194 of the Complaint.

195.     Do not respond to the allegations set forth in numbered paragraph 195 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 195 of the Complaint.

**C.  Peters Attempted to Conceal His Unlawful Intent in False Documentation.**

196.     Do not respond to the allegations set forth in numbered paragraph 196 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 196 of the Complaint.

197.     Do not respond to the allegations set forth in numbered paragraph 197 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 197 of the Complaint.

198.     Do not respond to the allegations set forth in numbered paragraph 198 of the Complaint because it states conclusions or characterizations of law for which no response is

required. To the extent a further response is required, deny the allegations in numbered paragraph 198 of the Complaint.

199.     Do not respond to the allegations set forth in numbered paragraph 199 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 199 of the Complaint.

200.     Do not respond to the allegations set forth in numbered paragraph 200 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 200 of the Complaint.

201.     Do not respond to the allegations set forth in numbered paragraph 201 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 201 of the Complaint.

202.     Do not respond to the allegations set forth in numbered paragraph 202 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 202 of the Complaint.

203.     Do not respond to the allegations set forth in numbered paragraph 203 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 203 of the Complaint.

204.     Do not respond to the allegations set forth in numbered paragraph 204 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 204 of the Complaint.

205.     Do not respond to the allegations set forth in numbered paragraph 205 of the Complaint because it states conclusions or characterizations of law for which no response is

required. To the extent a further response is required, deny the allegations in numbered paragraph 205 of the Complaint.

206.     Do not respond to the allegations set forth in numbered paragraph 206 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 206 of the Complaint.

207.     Do not respond to the allegations set forth in numbered paragraph 207 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 207 of the Complaint.

208.     Do not respond to the allegations set forth in numbered paragraph 208 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 208 of the Complaint.

209.     Do not respond to the allegations set forth in numbered paragraph 209 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 209 of the Complaint.

**D. Peters Knew the MSO Investment Scheme Did Not Satisfy an AKS Safe Harbor.**

210.     Do not respond to the allegations set forth in numbered paragraph 210 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 210 of the Complaint.

211.     Do not respond to the allegations set forth in numbered paragraph 211 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 211 of the Complaint.

212.     Do not respond to the allegations set forth in numbered paragraph 212 of the

1  Complaint because it states conclusions or characterizations of law for which no response is
2  required. To the extent a further response is required, deny the allegations in numbered paragraph
3  212 of the Complaint.

4      213.      Do not respond to the allegations set forth in numbered paragraph 213 of the
5  Complaint because it states conclusions or characterizations of law for which no response is
6  required. To the extent a further response is required, deny the allegations in numbered paragraph
7  213 of the Complaint.

8      214.      Do not respond to the allegations set forth in numbered paragraph 214 of the
9  Complaint because it states conclusions or characterizations of law for which no response is
10 required. To the extent a further response is required, deny allegations in numbered paragraph
11 214 of the Complaint.

12     215.      Do not respond to the allegations set forth in numbered paragraph 215 of the
13 Complaint because it states conclusions or characterizations of law for which no response is
14 required. To the extent a further response is required, deny the allegations in numbered paragraph
15 215 of the Complaint.

16     216.      Do not respond to the allegations set forth in numbered paragraph 216 of the
17 Complaint because it states conclusions or characterizations of law for which no response is
18 required. To the extent a further response is required, deny the allegations in numbered paragraph
19 216 of the Complaint.

20     217.      Do not respond to the allegations set forth in numbered paragraph 217 of the
21 Complaint because it states conclusions or characterizations of law for which no response is
22 required. To the extent a further response is required, deny the allegations in numbered paragraph
23 217 of the Complaint.

24     218.      Do not respond to the allegations set forth in numbered paragraph 218 of the
25 Complaint because it states conclusions or characterizations of law for which no response is
26 required. To the extent a further response is required, deny the allegations in numbered paragraph
27 218 of the Complaint.

28 **VII.   THE SALES REPRESENTATIVE COMMISSION SCHEME**

1

**A. Peters Paid Unlawful Commissions to the Sales Representatives.**

2    219.      Do not respond to the allegations set forth in numbered paragraph 219 of the

3    Complaint because it states conclusions or characterizations of law for which no response is

4    required. To the extent a further response is required, deny the allegations in numbered paragraph

5    219 of the Complaint.

6    220.      Do not respond to the allegations set forth in numbered paragraph 220 of the

7    Complaint because it states conclusions or characterizations of law for which no response is

8    required. To the extent a further response is required, deny the allegations in numbered paragraph

9    220 of the Complaint.

10    221.      Do not respond to the allegations set forth in numbered paragraph 221 of the

11    Complaint because it states conclusions or characterizations of law for which no response is

12    required. To the extent a further response is required, deny the allegations in numbered paragraph

13    221 of the Complaint.

14    222.      Do not respond to the allegations set forth in numbered paragraph 222 of the

15    Complaint because it states conclusions or characterizations of law for which no response is

16    required. To the extent a further response is required, deny the allegations in numbered paragraph

17    222 of the Complaint.

18    223.      Do not respond to the allegations set forth in numbered paragraph 223 of the

19    Complaint because it states conclusions or characterizations of law for which no response is

20    required. To the extent a further response is required, deny the allegations in numbered paragraph

21    223 of the Complaint.

22    224.      Do not respond to the allegations set forth in numbered paragraph 224 of the

23    Complaint because it states conclusions or characterizations of law for which no response is

24    required. To the extent a further response is required, deny the allegations in numbered paragraph

25    224 of the Complaint.

26    225.      Do not respond to the allegations set forth in numbered paragraph 225 of the

27    Complaint because it states conclusions or characterizations of law for which no response is

28    required. To the extent a further response is required, deny the allegations in numbered paragraph

1    225 of the Complaint.

2        226.    Do not respond to the allegations set forth in numbered paragraph 226 of the

3    Complaint because it states conclusions or characterizations of law for which no response is

4    required. To the extent a further response is required, deny the allegations in numbered paragraph

5    226 of the Complaint.

6        227.    Do not respond to the allegations set forth in numbered paragraph 227 of the

7    Complaint because it states conclusions or characterizations of law for which no response is

8    required. To the extent a further response is required, deny the allegations in numbered paragraph

9    227 of the Complaint.

10       228.    Do not respond to the allegations set forth in numbered paragraph 228 of the

11   Complaint because it states conclusions or characterizations of law for which no response is

12   required. To the extent a further response is required, deny the allegations in numbered paragraph

13   228 of the Complaint.

14       229.    Do not respond to the allegations set forth in numbered paragraph 229 of the

15   Complaint because it states conclusions or characterizations of law for which no response is

16   required. To the extent a further response is required, deny the allegations in numbered paragraph

17   229 of the Complaint.

18       230.    Do not respond to the allegations set forth in numbered paragraph 230 of the

19   Complaint because it states conclusions or characterizations of law for which no response is

20   required. To the extent a further response is required, deny the allegations in numbered paragraph

21   230 of the Complaint.

22       231.    Do not respond to the allegations set forth in numbered paragraph 231 of the

23   Complaint because it states conclusions or characterizations of law for which no response is

24   required. To the extent a further response is required, deny the allegations in numbered paragraph

25   231 of the Complaint.

26       232.    Do not respond to the allegations set forth in numbered paragraph 232 of the

27   Complaint because it states conclusions or characterizations of law for which no response is

28   required. To the extent a further response is required, deny the allegations in numbered paragraph

232 of the Complaint.

233.    Do not respond to the allegations set forth in numbered paragraph 233 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 233 of the Complaint.

234.    Do not respond to the allegations set forth in numbered paragraph 234 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 234 of the Complaint.

235.    Do not respond to the allegations set forth in numbered paragraph 235 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 235 of the Complaint.

236.    Do not respond to the allegations set forth in numbered paragraph 236 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 236 of the Complaint.

### B.  Incentivized by Unlawful Commissions, the Sales Representatives Used Illicit Tactics to Push Physicians to Prescribe to the Pharmacies, Regardless of Whether the Prescriptions Were Medically Appropriate.

237.    Do not respond to the allegations set forth in numbered paragraph 237 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 237 of the Complaint.

238.    Do not respond to the allegations set forth in numbered paragraph 238 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph

238 of the Complaint.

239.    Do not respond to the allegations set forth in numbered paragraph 239 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 239 of the Complaint.

240.    Do not respond to the allegations set forth in numbered paragraph 240 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 240 of the Complaint.

241.    Do not respond to the allegations set forth in numbered paragraph 241 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 241 of the Complaint.

242.    Do not respond to the allegations set forth in numbered paragraph 242 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 242 of the Complaint.

243.    Do not respond to the allegations set forth in numbered paragraph 243 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 243 of the Complaint.

244.    Do not respond to the allegations set forth in numbered paragraph 244 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 244 of the Complaint.

245.    Do not respond to the allegations set forth in numbered paragraph 245 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph

245 of the Complaint.

246.      Do not respond to the allegations set forth in numbered paragraph 246 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 246 of the Complaint.

247.      Do not respond to the allegations set forth in numbered paragraph 247 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 247 of the Complaint.

248.      Do not respond to the allegations set forth in numbered paragraph 248 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 248 of the Complaint.

249.      Do not respond to the allegations set forth in numbered paragraph 249 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 249 of the Complaint.

250.      Do not respond to the allegations set forth in numbered paragraph 250 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 250 of the Complaint.

251.      Do not respond to the allegations set forth in numbered paragraph 251 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 251 of the Complaint.

252.      Do not respond to the allegations set forth in numbered paragraph 252 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph

252 of the Complaint.

## VIII.   PETERS CONCEALED OVERUTILIZATION RESULTING FROM UNLAWFULLY-INDUCED PRESCRIPTIONS

253.     Do not respond to the allegations set forth in numbered paragraph 253 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 253 of the Complaint.

254.     Do not respond to the allegations set forth in numbered paragraph 254 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 254 of the Complaint.

255.     Do not respond to the allegations set forth in numbered paragraph 255 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 255 of the Complaint.

256.     Do not respond to the allegations set forth in numbered paragraph 256 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 256 of the Complaint.

257.     Do not respond to the allegations set forth in numbered paragraph 257 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 257 of the Complaint.

258.     Do not respond to the allegations set forth in numbered paragraph 258 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 258 of the Complaint.

259.     Do not respond to the allegations set forth in numbered paragraph 259 of the

Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 259 of the Complaint.

**IX. PETERS USED SHELL CORPORATIONS TO CONCEAL HIS CONDUCT**

260.     Do not respond to the allegations set forth in numbered paragraph 260 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 260 of the Complaint.

261.     Do not respond to the allegations set forth in numbered paragraph 261 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 261 of the Complaint.

262.     Do not respond to the allegations set forth in numbered paragraph 262 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 262 of the Complaint.

263.     Do not respond to the allegations set forth in numbered paragraph 263 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 263 of the Complaint.

264.     Do not respond to the allegations set forth in numbered paragraph 264 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 264 of the Complaint.

265.     Do not respond to the allegations set forth in numbered paragraph 265 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 265 of the Complaint.

266.     Do not respond to the allegations set forth in numbered paragraph 266 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 266 of the Complaint.

267.     Do not respond to the allegations set forth in numbered paragraph 267 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 267 of the Complaint.

268.     Do not respond to the allegations set forth in numbered paragraph 268 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 268 of the Complaint.

269.     Do not respond to the allegations set forth in numbered paragraph 269 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 269 of the Complaint.

270.     Do not respond to the allegations set forth in numbered paragraph 270 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 270 of the Complaint.

271.     Do not respond to the allegations set forth in numbered paragraph 271 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 271 of the Complaint.

272.     Do not respond to the allegations set forth in numbered paragraph 272 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 272 of the Complaint.

273.     Do not respond to the allegations set forth in numbered paragraph 273 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 20 of the Complaint.

**COUNT I**

Against Matthew Peters and the Defendant Pharmacies
(False Claims Act: Presentation of False Claims) (31 U.S.C. § 3729(a)(1)(A))

268. Do not respond to the allegations set forth in numbered paragraph 268 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 268 of the Complaint.

269. Do not respond to the allegations set forth in numbered paragraph 269 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 269 of the Complaint.

270. Do not respond to the allegations set forth in numbered paragraph 270 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 270 of the Complaint.

271. Do not respond to the allegations set forth in numbered paragraph 271 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 271 of the Complaint.

272. Do not respond to the allegations set forth in numbered paragraph 272 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 272 of the Complaint.

273. Do not respond to the allegations set forth in numbered paragraph 273 of the Complaint

because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 273 of the Complaint.

**COUNT II**

Against All Defendants
(False Claims Act: Causing to be Presented False Claims) (31 U.S.C. § 3729(a)(1)(A))

274.     Do not respond to the allegations set forth in numbered paragraph 274 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 274 of the Complaint.

275.     Do not respond to the allegations set forth in numbered paragraph 275 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 275 of the Complaint.

276.     Do not respond to the allegations set forth in numbered paragraph 276 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 276 of the Complaint.

277.     Do not respond to the allegations set forth in numbered paragraph 277 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 277 of the Complaint.

278.     Do not respond to the allegations set forth in numbered paragraph 278 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 278 of the Complaint.

279.     Do not respond to the allegations set forth in numbered paragraph 279 of the Complaint because it states conclusions or characterizations of law for which no response is

required. To the extent a further response is required, deny the allegations in numbered paragraph 279 of the Complaint.

280.     Do not respond to the allegations set forth in numbered paragraph 280 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 280 of the Complaint.

281.     Do not respond to the allegations set forth in numbered paragraph 281 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 281 of the Complaint.

282.     Do not respond to the allegations set forth in numbered paragraph 282 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 282 of the Complaint.

**COUNT III**
Against All Defendants
(False Claims Act: Conspiracy) (31 U.S.C. § 3729(a)(1)(C))

283.     Do not respond to the allegations set forth in numbered paragraph 283 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 283 of the Complaint.

284.     Do not respond to the allegations set forth in numbered paragraph 284 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 284 of the Complaint.

285.     Do not respond to the allegations set forth in numbered paragraph 285 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph

1    285 of the Complaint.

2        286.    Do not respond to the allegations set forth in numbered paragraph 286 of the

3    Complaint because it states conclusions or characterizations of law for which no response is

4    required. To the extent a further response is required, deny the allegations in numbered paragraph

5    286 of the Complaint.

6        287.    Do not respond to the allegations set forth in numbered paragraph 287 of the

7    Complaint because it states conclusions or characterizations of law for which no response is

8    required. To the extent a further response is required, deny the allegations in numbered paragraph

9    287 of the Complaint.

10       288.    Do not respond to the allegations set forth in numbered paragraph 288 of the

11   Complaint because it states conclusions or characterizations of law for which no response is

12   required. To the extent a further response is required, deny the allegations in numbered paragraph

13   288 of the Complaint.

14       289.    Do not respond to the allegations set forth in numbered paragraph 289 of the

15   Complaint because it states conclusions or characterizations of law for which no response is

16   required. To the extent a further response is required, deny the allegations in numbered paragraph

17   289 of the Complaint.

18       290.    Do not respond to the allegations set forth in numbered paragraph 290 of the

19   Complaint because it states conclusions or characterizations of law for which no response is

20   required. To the extent a further response is required, deny the allegations in numbered paragraph

21   290 of the Complaint.

22       291.    Do not respond to the allegations set forth in numbered paragraph 291 of the

23   Complaint because it states conclusions or characterizations of law for which no response is

24   required. To the extent a further response is required, deny the allegations in numbered paragraph

25   291 of the Complaint.

26                                        **COUNT IV**

                                  Against Peters and the Defendant Pharmacies
27          (False Claims Act: Avoiding or Decreasing an Obligation to Pay or Transmit Money or
                            Property to the Government) (31 U.S.C. § 3729(a)(1)(G))
28

292.     Do not respond to the allegations set forth in numbered paragraph 292 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 292 of the Complaint.

293.     Do not respond to the allegations set forth in numbered paragraph 293 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 293 of the Complaint.

294.     Do not respond to the allegations set forth in numbered paragraph 294 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 294 of the Complaint.

295.     Do not respond to the allegations set forth in numbered paragraph 295 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 295 of the Complaint.

296.     Do not respond to the allegations set forth in numbered paragraph 296 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 296 of the Complaint.

**COUNT V:**
Against Peters
(Unjust Enrichment)

297.     Do not respond to the allegations set forth in numbered paragraph 297 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph

297 of the Complaint.

298.        Do not respond to the allegations set forth in numbered paragraph 298 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 298 of the Complaint.

299.        Do not respond to the allegations set forth in numbered paragraph 299 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 299 of the Complaint.

## COUNT VI
### Against Peters and the Defendant Pharmacies
### (Payment by Mistake)

300.        Do not respond to the allegations set forth in numbered paragraph 300 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 300 of the Complaint.

301.        Do not respond to the allegations set forth in numbered paragraph 301 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 301 of the Complaint.

302.        Do not respond to the allegations set forth in numbered paragraph 302 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 302 of the Complaint.

303.        Do not respond to the allegations set forth in numbered paragraph 303 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 303 of the Complaint.

## PRAYER FOR RELIEF

Defendant denies that the Government is entitled to any relief. Defendant further denies any and all allegations contained in the unnumbered "WHEREFORE" paragraph, including any and all allegations contained in subparagraphs (a) through (d).

## DEMAND FOR JURY TRIAL

Defendant requests a jury trial as any and all issues triable of right by a jury. To the extent a further response is required, deny the allegations in this paragraph of the Complaint.

## GENERAL DENIAL

Defendant denies each and every allegation in the Second Amended Complaint that has not been admitted or responded to specifically. To the extent any allegations of fact remain unanswered, they are denied by Defendant.

## DEFENDANT'S DEFENSES

Defendant pleads the following defenses and reserve the right to assert additional affirmative defenses to the extent that such defenses become known as a result of discovery or otherwise:

1.  The Government's claims are barred, in whole or in part, by the statute of limitations.

2.  The Government's claims are barred, in whole or in part, by the doctrine of estoppel.

3.  Defendant is not vicariously liable for the acts alleged in the Complaint.

4.  Defendant is not liable to the extent that the United States failed to take adequate measures to mitigate damages.

5.  Damages and claims are barred, in whole or in part, by the existence of an express contract.

6.  The services and products reimbursed by the United States under Medicare were worth what the government paid.

7.  The Government's claims based on alleged conduct by Defendant is barred, in whole or in part, by the fact that the United States has suffered no actual injury.

8.  The Government's causes of action and allegations in the Complaint are vague, ambiguous and uncertain.

9. Damages and claims for which the Government seeks relief in the Complaint, if any, were caused by the acts, errors or omissions or other fault of third parties and/or contributed to and/or other fault of third parties, for whose conduct Defendant was not responsible.

10. The alleged damages are speculative, uncertain, or contingent and are not recoverable.

11. Defendant is not liable for the alleged damages due to contribution and/or indemnification.

12. To the extent that the Government obtains or obtained recovery in any other proceeding predicated on the same factual allegations, the Government is barred from seeking recovery against Defendant based on the Complaint under the doctrines of res judicata and collateral estoppel.

### DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests:

    i.   Judgment dismissing the Complaint with prejudice;

    ii.   Judgment denying all relief requested by the Government and granting Defendant's attorneys' fees and costs in defending against the Complaint; and

    iii.  Such other and further relief as this Court deems just and equitable.

Dated: September 20, 2024

JAMES S. BELL, P.C.

s/James S. Bell
James S. Bell
State Bar No. 252662
2808 Cole Avenue
Dallas, TX  75204
Telephone: (214) 668-9000
Email:  james@jamesbellpc.com

*Attorney for Strand View Enterprises, LLC*

1

## <u>PROOF OF SERVICE</u>

2

### **United States of America v. Matthew H. Peters, et al.**
### **Case No. 2:24-cv-00287-CKD**

3

4      **STATE OF TEXAS, COUNTY OF DALLAS**

5              At the time of service, I was over 18 years of age and not a party to this action. I am

6      employed in the County of Dallas, State of Texas. My business address is 2808 Cole Avenue,

7      Dallas, TX 75204. On August 20, 2024, I served true copies of the following document(s) described

8      as **DEFENDANT STRAND VIEW ENTERPRISES, LLC ANSWER AND DEFENSES TO**

9      **SECOND AMENDED COMPLAINT** on the interested parties in this action as follows:

          David A. Theiss
10        Assistant United States Attorney
          Steven Tennyson
11        Assistant United States Attorney
          501 I Street, Suite 10-100
12        Sacramento, CA  95814
          Telephone: (916) 554-2700
13        Facsimile: (916) 554-2900
          Email: David.Thiess@usdoj.gov
14        Email: Steven.Tennyson2@usdoj.gov

15

16        *Attorneys for the United States of America*

17

18     **X      BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the

19     document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who

20     are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who

21     are not registered CM/ECF users will be served by mail or by other means permitted by the court

22     rules.

23             I declare under penalty of perjury under the laws of the United States of America that the

24     foregoing is true and correct and that I am employed in the office of a member of the bar of this

25     Court at whose direction the service was made.

26             Executed on September 20, 2024, at Dallas, Texas.

27

28                                                             /s/ Connor Nash
                                                               Connor Nash