|   |   |   |
|---|---|---|
| 1 | CLINTON MIKEL, SBN 251319 | |
| 2 | The Health Law Partners, P.C. | |
|   | 32000 Northwestern HWY., Ste. 240 | |
| 3 | Farmington Hills, MI 48334 | |
|   | Telephone: (248) 996-8510 | |
| 4 | Facsimile: (248) 996-8525 | |
|   | cmikel@thehlp.com | |
| 5 | | |
| 6 | IAN W. CRAIG, SBN 160651 | |
|   | Law Offices of Ian W. Craig, PC | |
| 7 | 700 University Ave., Ste. 100 | |
|   | Sacramento, CA 95825 | |
| 8 | Telephone: (916) 277-8580 | |
|   | Facsimile: (916) 914-1803 | |
| 9 | Ian@IWC-Law.com | |
| 10 | | |
| 11 | Attorneys for Defendant Synergy Medical Systems, LLC | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00287-CKD |
|---|---|
| Plaintiff, | |
| v. | |
| MATTHEW H. PETERS, BAYVIEW SPECIALTY SERVICES LLC, COASTLINE SPECIALTY SERVICES LLC, STRAND VIEW CORPORATION, INNOVATIVE SPECIALTY SERVICES LLC, PARAGON PARTNERS LLC (D/B/A PARAGON MEDICAL PARTNERS), CARDEA CONSULTING LLC, PRAXIS MARKETING SERVICES LLC, PROFESSIONAL RX PHARMACY LLC, INLAND MEDICAL CONSULTANTS LLC (D/B/A ADVANCED THERAPEUTICS), PORTLAND PROFESSIONAL PHARMACY LLC, SUNRISE PHARMACY LLC, PROFESSIONAL 205 PHARMACY LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), SYNERGY MEDICAL SYSTEMS LLC (D/B/A SYNERGY RX), SYNERGY RX LLC (D/B/A SYNERGY RX), PRESTIGE PROFESSIONAL PHARMACY, JMSP LLC (D/B/A PROFESSIONAL CENTER 205 PHARMACY), MPKM, LLC (D/B/A PROFESSIONAL CENTER PHARMACY), ONE WAY | **NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Hearing Date: April 16, 2025<br>Time: 10:00 A.M.<br>Courtroom: 24, 8th Floor |

1

DRUG LLC (D/B/A PARTELL PHARMACY), PARTELL PHARMACY LLC, OPTIMUM CARE PHARMACY INC. (D/B/A MARBELLA PHARMACY), GLENDALE PHARMACY LLC, and LAKE FOREST PHARMACY (D/B/A LAKEFOREST PHARMACY),

Defendants.

I, Clinton Mikel, declare and state as follows:

1. I am counsel for Defendant, Synergy Medical Systems, LLC (hereinafter "**SMS**") and I have personal knowledge set forth herein and, if called upon to testify, could and would competently testify thereto. I respectfully submit this declaration in support of Defendant SMS's motion to set aside entry of default.

2. SMS had no expectation of being named in this lawsuit, given its prior cooperation with Plaintiff and the confusing intermingling of various "Synergy" defendants, as further outlined in the Motion to Set Aside Default Judgment.

3. The default was not the result of any culpable conduct, but rather due to reasonable confusion based on prior representations made to Brian Baumgartner, an executive of SMS, and the understanding that SMS was not a focus of this matter.

4. SMS has several meritorious defenses, as further detailed in the motion, and has acted in good faith since learning of the default, engaging with Plaintiff promptly to resolve the issues before seeking court intervention.

5. Setting aside the default will not prejudice Plaintiff, as the case remains in its early stages, Plaintiff has already obtained discovery from SMS, and Plaintiff has long been aware of SMS's position.

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 19th day of March, 2025, in Farmington Hills, Michigan.

**Respectfully submitted,**

**Dated**: March 19, 2025

**THE HEALTH LAW PARTNERS, P.C.**
By:/s/Clinton Mikel
Clinton Mikel, Attorney for Defendant
Synergy Medical Systems, LLC