MICHELE BECKWITH
Acting United States Attorney
DAVID THIESS
STEVEN TENNYSON
Assistant United States Attorneys
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
Phone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cv-00287-WBS-CKD |
|---|---|
| Plaintiff, | DECLARATION IN SUPPORT OF THE UNITED STATES' OPPOSITION TO SYNERGY MEDICAL SYSTEM LLC'S MOTION TO SET ASIDE ENTRY OF DEFAULT (DKT. 72). |
| v. | |
| MATTHEW H. PETERS; *et al.*, | |
| Defendants. | |

I, Steven Tennyson, declare and state as follows:

1. I am an Assistant United States Attorney for the Eastern District of California and am one of the attorneys currently assigned to this matter. I have personal knowledge of the matters set forth herein or have gained such knowledge by review of the United States Attorney's Office official files, and, if called upon to testify, could and would competently testify thereto.

2. I respectfully submit this declaration in support of the United States' opposition to Defendant Synergy Medical Systems LLC's ("SMS") motion to lift the entry of default. (Dkt. 72).

3. Attached as Exhibit A is true and correct copy of an email dated August 1, 2024 that the United States received from counsel for SMS and Brian Baumgartner. Emphasis is added to the portions of the email relied upon in the motion.

4. Attached as Exhibit B is a true and correct copy of an email chain originally dated August 23, 2024 between the United States and counsel for SMS and Mr. Baumgartner. Emphasis is added to

1

the portions of the email relied upon in the motion.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 4th day of April, 2025, in Sacramento, California.

*/s/ Steven Tennyson*
STEVEN S. TENNYSON
Assistant United States Attorney

2