

| From: | veralrud oregonattorney.com |
|---|---|
| To: | Thiess, David (USACAE) |
| Subject: | [EXTERNAL] Re: Synergy parties |
| Date: | Monday, August 26, 2024 3:03:54 PM |

David-

Thanks. Just caught this. One of the Synergy defendants has an attorney that handles various matters and the LLC may want that attorney involved/file appearance. <mark>In any event will make sure a responsive pleading is filed.</mark>

Client still working on getting commission statements apart from the payments he received related to the sale of the pharmacy to Peters.

Greg Veralrud

**From:** Thiess, David (USACAE) <David.Thiess@usdoj.gov>
**Sent:** Friday, August 23, 2024 5:28 PM
**To:** veralrud oregonattorney.com <veralrud@oregonattorney.com>
**Subject:** Synergy parties

Good afternoon Greg –

Answers have been filed in US v. Peters for a majority of the parties. <mark>We would therefore like to move for default in the near future as to the parties that have not appeared, but are providing you the courtesy notice you requested if you are interested in filing an Answer on behalf of the Synergy parties.</mark> Best regards,

**David Thiess, AUSA**
**U.S. Attorney's Office for the Eastern District of California**
Robert T. Matsui United States Courthouse | 501 I Street, Suite 10-100 | Sacramento, CA 95814-2322
t 916/554-2825 | c 916/628-4572 | f 916/554-2900