MICHELE BECKWITH
Acting United States Attorney
DAVID E. THIESS
TARA A. AMIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
David.thiess@usdoj.gov
Tara.amin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>MATTHEW H. PETERS, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-00287-WBS-CKD<br><br>ORDER REGARDING JOINT STIPULATION REQUESTING CONTINUANCE OF HEARING REGARDING SYNERGY MEDICAL SYSTEMS, LLC'S MOTION TO SET ASIDE ENTRY OF DEFAULT (DKT. 92) |

Upon consideration of the United States' and Synergy Medical Systems, LLC's Joint Stipulation Requesting Continuance of Hearing (Dkt. 94) and for good cause shown, IT IS HEREBY ORDERED that the hearing date regarding Synergy Medical Systems, LLC's Renewed Motion to Set Aside Entry of Default shall be rescheduled for **August 4, 2025, at 1:30 p.m.**

Dated:  July 7, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER
Submitted July 3, 2025

1