1  Connor Nash (Pro Hac Vice)
2  JAMES S. BELL, P.C.
   2808 Cole Avenue
3  Dallas, TX 75204
   Telephone: (214) 668-9000
4  Email: connor@jamesbellpc.com
   Attorney for Defendant Matthew
5  H. Peters

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              Case No. 2:24-cv-00287-CKD

10         Plaintiff,

11     v.

12 MATTHEW H. PETERS, BAYVIEW
   SPECIALTY SERVICES LLC,
13 COASTLINE SPECIALTY                    **DEFENDANT MATTHEW H. PETERS'**
   SERVICES LLC, STRAND VIEW              **SUGGESTION OF BANKRUPTCY**
14 CORPORATION, INNOVATIVE
15 SPECIALTY SERVICES LLC,
   PARAGON PARTNERS LLC (D/B/A
16 PARAGON MEDICAL PARTNERS),
   CARDEA CONSULTING LLC, PRAXIS
17 MARKETING SERVICES LLC,
18 PROFESSIONAL RX PHARMACY LLC,
   INLAND MEDICAL CONSULTANTS
19 LLC (D/B/A ADVANCED
   THERAPEUTICS), PORTLAND
20 PROFESSIONAL PHARMACY LLC,
   SUNRISE PHARMACY LLC,
21 PROFESSIONAL 205 PHARMACY LLC
22 (D/B/A PROFESSIONAL CENTER
   205 PHARMACY), SYNERGY
23 MEDICAL SYSTEMS LLC (D/B/A
   SYNERGY RX), SYNERGY RX LLC
24 (D/B/A SYNERGY RX), PRESTIGE
   PROFESSIONAL
25 PHARMACY, JMSP LLC (D/B/A
   PROFESSIONAL CENTER 205
26 PHARMACY), MPKM, LLC (D/B/A
27
28
                                  1

| | |
|---|---|
| PROFESSIONAL CENTER PHARMACY), ONE WAY DRUG LLC (D/B/A PARTELL PHARMACY), PARTELL PHARMACY LLC, OPTIMUM CARE PHARMACY INC. (D/B/A MARBELLA PHARMACY), GLENDALE PHARMACY LLC, and LAKE FOREST PHARMACY (D/B/A LAKEFOREST PHARMACY), | |
| Defendants. | |

To: THE CLERK OF COURT AND ALL PARTIES OF RECORD

Matthew H. Peters, Defendant in the above-captioned matter, respectfully submits this Suggestion of Bankruptcy and in support thereof states as follows:

1. On July 30, 2025, Defendant filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, styled *In re Matthew Hogan Peters*, Case No. 8:25-bk-12099-SC.

2. Pursuant to 11 U.S.C. § 362(a), the filing of the bankruptcy petition operates as an automatic stay of proceedings against the debtor.

Dated: July 30, 2025                                   /s/ Connor Nash
                                                                                                   Connor Nash
James S. Bell, PC
2808 Cole Avenue
Dallas, TX  75204
Telephone: (214) 668-9000
Email: connor@jamesebllpc.com
*Pro Hac Vice*

# PROOF OF SERVICE

**United States of America v. Matthew H. Peters, et al.**
**Case No. 2:24-cv-00287-CKD**

**STATE OF TEXAS, COUNTY OF DALLAS**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Dallas, State of Texas. My business address is 2808 Cole Avenue, Dallas, TX 75204. On July 30, 2025, I served true copies of the following document(s) described as **Defendant Matthew H. Peters' Suggestion of Bankruptcy** on the interested parties in this action as follows:

> David A. Theiss
> Assistant United States Attorney
> Tara A. Amin
> Assistant United States Attorney
> 501 I Street, Suite 10-100
> Sacramento, CA  95814
> Telephone: (916) 554-2700
> Facsimile: (916) 554-2900
> Email: David.Thiess@usdoj.gov
> Email: tara.amin@usdoj.gov
>
> *Attorneys for the United States of America*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 30, 2025, at Dallas, Texas.

/s/ Connor Nash
Connor Nash