1  CLINTON MIKEL, SBN 251319
2  The Health Law Partners, P.C.
   32000 Northwestern HWY., Ste. 240
3  Farmington Hills, MI 48334
   Telephone: (248) 996-8510
4  Facsimile: (248) 996-8525
   cmikel@thehlp.com
5
6  IAN W. CRAIG, SBN 160651
   Law Offices of Ian W. Craig, PC
7  700 University Ave., Ste. 100
   Sacramento, CA 95825
8  Telephone: (916) 277-8580
   Facsimile: (916) 914-1803
9  Ian@IWC-Law.com
10
11 Attorneys for Defendant Synergy Medical Systems, LLC

12
13              UNITED STATES DISTRICT COURT
14              EASTERN DISTRICT OF CALIFORNIA
15

16 UNITED STATES OF AMERICA,                    Case No. 2:24-cv-00287-CKD

17              Plaintiff,

18       v.

19 MATTHEW H. PETERS, BAYVIEW SPECIALTY         **DEFENDANT SYNERGY
   SERVICES LLC, COASTLINE SPECIALTY SERVICES   MEDICAL SYSTEMS, LLC'S
20 LLC, STRAND VIEW CORPORATION,                 ANSWER AND AFFIRMATIVE
   INNOVATIVE SPECIALTY SERVICES LLC,            DEFENSES**
21 PARAGON PARTNERS LLC (D/B/A PARAGON
   MEDICAL PARTNERS), CARDEA CONSULTING
22 LLC, PRAXIS MARKETING SERVICES LLC,
   PROFESSIONAL RX PHARMACY LLC, INLAND
23 MEDICAL CONSULTANTS LLC (D/B/A
   ADVANCED THERAPEUTICS), PORTLAND
24 PROFESSIONAL PHARMACY LLC, SUNRISE
   PHARMACY LLC, PROFESSIONAL 205 PHARMACY
25 LLC (D/B/A PROFESSIONAL CENTER 205
   PHARMACY), SYNERGY MEDICAL SYSTEMS LLC
26 (D/B/A SYNERGY RX), SYNERGY RX LLC (D/B/A
   SYNERGY RX), PRESTIGE PROFESSIONAL
27 PHARMACY, JMSP LLC (D/B/A PROFESSIONAL
   CENTER 205 PHARMACY), MPKM, LLC (D/B/A
28 PROFESSIONAL CENTER PHARMACY), ONE WAY

                           1

1  DRUG LLC (D/B/A PARTELL PHARMACY),
   PARTELL PHARMACY LLC, OPTIMUM CARE
2  PHARMACY INC. (D/B/A MARBELLA
   PHARMACY), GLENDALE PHARMACY LLC, and
3  LAKE FOREST PHARMACY (D/B/A LAKEFOREST
   PHARMACY),
4
                    Defendants.
5

6
        Defendant Synergy Medical Systems, LLC ("Defendant" or "**SMS**"), by and through its
7
   undersigned counsel, hereby answers Plaintiff's Second Amended Complaint (the "**Complaint**")
8
   as follows:
9

10                          **I.    COMPLAINT**

11      1.      Defendant lacks knowledge or information sufficient to form a belief about the
12
   truth of the allegations of paragraph 1, and, therefore, denies those allegations.
13
14      2.      Defendant lacks knowledge or information sufficient to form a belief about the
15
   truth of the allegations of paragraph 2, and, therefore, denies those allegations.
16      3.      To the extent the allegations in the first sentence of Paragraph 3 are directed at
17
   Defendant, Defendant denies said allegations.  As to the remaining allegations in Paragraph 3,
18
19 Defendant lacks knowledge or information sufficient to form a belief about the truth of the
20 allegations, and, therefore, denies those allegations.

21                          **II.    PARTIES**

22      4.      Defendant lacks knowledge or information sufficient to form a belief about the
23
   truth of the allegations of paragraph 4, and, therefore, denies those allegations.
24
25      5.      Defendant lacks knowledge or information sufficient to form a belief about the
26 truth of the allegations of paragraph 5, and, therefore, denies those allegations.

27                          <u>Pharmacy Defendants</u>

28

6.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in numbered paragraph 6 of the Complaint. To the extent a further response is required, deny the allegations in numbered paragraph 6 of the Complaint.

7.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in numbered paragraph 7 of the Complaint. To the extent a further response is required, deny the allegations in numbered paragraph 7 of the Complaint.

8.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in numbered paragraph 8 of the Complaint. To the extent a further response is required, deny the allegations in numbered paragraph 8 of the Complaint.

9.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in numbered paragraph 9 of the Complaint. To the extent a further response is required, deny the allegations in numbered paragraph 9 of the Complaint.

10.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in numbered paragraph 10 of the Complaint. To the extent a further response is required, deny the allegations in numbered paragraph 10 of the Complaint.

11.     Defendant admits that it is a Delaware company; however, Defendant SMS denies that it has a principal place of business at 55 Coburg Road, Suite 105, Eugene, OR 97401 and 10000 SE Main Street, Suite 118, Portland, OR 97216, as stated in the first sentence of Paragraph 11. Defendant admits the allegations in the second sentence of Paragraph 11. Defendant denies the allegations in the third sentence of paragraph 11.

12.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 12, and, therefore, denies those allegations.

13.     Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 13, and, therefore, denies those allegations.

14.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 14, and, therefore, denies those allegations.

15.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 15, and, therefore, denies those allegations.

16.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 16, and, therefore, denies those allegations.

17.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 17, and, therefore, denies those allegations.

18.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 18, and, therefore, denies those allegations.

19.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 19, and, therefore, denies those allegations.

20.    Defendant denies the allegations in Paragraph 20 of the Complaint.

<u>Management Service Organization Defendants</u>

21.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 21, and, therefore, denies those allegations.

22.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 22, and, therefore, denies those allegations.

23.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 23, and, therefore, denies those allegations.

24.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 24, and, therefore, denies those allegations.

25.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 25, and, therefore, denies those allegations.

26.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 26, and, therefore, denies those allegations.

<u>Marketing Entity Defendants</u>

27.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 27, and, therefore, denies those allegations.

28.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 28, and, therefore, denies those allegations.

29.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 29, and, therefore, denies those allegations.

30.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 30, and, therefore, denies those allegations.

31.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 31, and, therefore, denies those allegations.

32.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 32, and, therefore, denies those allegations.

33.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 33, and, therefore, denies those allegations.

34.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 34, and, therefore, denies those allegations.

<u>Other Corporate Defendants</u>

35.     Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 35, and, therefore, denies those allegations.

36.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 36, and, therefore, denies those allegations.

37.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 37, and, therefore, denies those allegations.

38.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 38, and, therefore, denies those allegations.

39.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 39, and, therefore, denies those allegations.

### III.    JURISDICTION AND VENUE

40.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 40 and, therefore, denies those allegations.

41.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 41 and, therefore, denies those allegations.

42.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 42 and, therefore, denies those allegations.

### IV.    FEDERAL HEALTH CARE PROGRAMS

#### A. Medicare

43.    The allegations of Paragraph 43 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

44.    The allegations of Paragraph 44 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and,

therefore, Defendant denies those allegations.

45.     The allegations of Paragraph 45 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

46.     The allegations of Paragraph 46 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

47.     The allegations of Paragraph 47 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

48.     The allegations of Paragraph 48 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

49.     The allegations of Paragraph 49 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

50.     The allegations of Paragraph 50 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

### B. Medicaid

51.     The allegations of Paragraph 51 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

52.     The allegations of Paragraph 52 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

53.     The allegations of Paragraph 53 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

### C.  TRICARE

54.     The allegations of Paragraph 54 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

55.     The allegations of Paragraph 55 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

### V.     FALSE CLAIMS ACT AND ANTI-KICKBACK STATUTE

### A.  THE FALSE CLAIMS ACT

56.     The allegations of Paragraph 56 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

57.     The allegations of Paragraph 57 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

58.     The allegations of Paragraph 58 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and,

therefore, Defendant denies those allegations.

59.     The allegations of Paragraph 59 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

60.     The allegations of Paragraph 60 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

61.     The allegations of Paragraph 61 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

62.     The allegations of Paragraph 62 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

63.     The allegations of Paragraph 63 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

64.     The allegations of Paragraph 64 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

65.     The allegations of Paragraph 65 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

66.     The allegations of Paragraph 66 deal with conclusions of law, which require no

responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

### i. *The ASK Applies to Physician Investments*

67.     The allegations of Paragraph 67 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

68.     The allegations of Paragraph 68 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

69.     The allegations of Paragraph 69 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

70.     The allegations of Paragraph 70 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

71.     The allegations of Paragraph 71 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

72.     The allegations of Paragraph 72 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

73.     The allegations of Paragraph 73 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and,

therefore, Defendant denies those allegations.

74.     The allegations of Paragraph 74 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

75.     The allegations of Paragraph 75 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

76.     The allegations of Paragraph 76 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

ii.     *The AKS Applies to Sales Representative Compensation*

77.     The allegations of Paragraph 77 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

78.     The allegations of Paragraph 78 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

79.     The allegations of Paragraph 79 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

80.     The allegations of Paragraph 80 deal with conclusions of law, which require no responsive pleading under the Federal Rules of Civil Procedure, and are therefore, denied and, therefore, Defendant denies those allegations.

81.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 81 and, therefore, denies those allegations.

82.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 82 and, therefore, denies those allegations.

## VI.    MANAGEMENT SERVICES ORGANIZATIONS INVESTMENT SCHEME

### A. Overview and History of the MSO Investment Scheme

83.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 83 and, therefore, denies those allegations.

84.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 84 and, therefore, denies those allegations.

85.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 85 and, therefore, denies those allegations.

86.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 86 and, therefore, denies those allegations.

87.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 87 and, therefore, denies those allegations.

88.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 88 and, therefore, denies those allegations.

89.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 89 and, therefore, denies those allegations.

90.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 90 and, therefore, denies those allegations.

91.     Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 91 and, therefore, denies those allegations.

92.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 92 and, therefore, denies those allegations.

93.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 93 and, therefore, denies those allegations.

94.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 94 and, therefore, denies those allegations.

95.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 95 and, therefore, denies those allegations.

96.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 96 and, therefore, denies those allegations.

97.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 97 and, therefore, denies those allegations.

98.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 98 and, therefore, denies those allegations.

99.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 99 and, therefore, denies those allegations.

100.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 100 and, therefore, denies those allegations.

101.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 101 and, therefore, denies those allegations.

102.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 102 and, therefore, denies those allegations.

103.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 103 and, therefore, denies those allegations.

104.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 104 and, therefore, denies those allegations.

        i.    *Predecessors to the Defendant MSOs: Peters's Initial Attempt to Pay Kickbacks to Prescribers in the Form of Sham "Investment Returns Involved Small "Investment" Circles He Called "PPMs"*

105.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 105 and, therefore, denies those allegations.

106.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 106 and, therefore, denies those allegations.

107.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 107 and, therefore, denies those allegations.

108.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 108 and, therefore, denies those allegations.

109.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 109 and, therefore, denies those allegations.

110.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 110 and, therefore, denies those allegations.

111.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 111 and, therefore, denies those allegations.

        ii.    *The Coastline MSO*

112.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 112 and, therefore, denies those allegations.

113.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 113 and, therefore, denies those allegations.

114.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 114 and, therefore, denies those allegations.

115.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 115 and, therefore, denies those allegations.

116.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 116 and, therefore, denies those allegations.

117.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 117 and, therefore, denies those allegations.

118.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 118 and, therefore, denies those allegations.

119.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 119 and, therefore, denies those allegations.

120.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 120 and, therefore, denies those allegations.

121.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 121 and, therefore, denies those allegations.

122.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 122 and, therefore, denies those allegations.

123.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 123 and, therefore, denies those allegations.

124.    Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 124 and, therefore, denies those allegations.

125.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 125 and, therefore, denies those allegations.

        iii.    *The Bayview MSO*

126.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 126 and, therefore, denies those allegations.

127.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 127 and, therefore, denies those allegations.

128.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 128 and, therefore, denies those allegations.

129.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 129 and, therefore, denies those allegations.

130.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 130 and, therefore, denies those allegations.

131.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 131 and, therefore, denies those allegations.

132.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 132 and, therefore, denies those allegations.

**B.  Details of the MSO Investment Scheme**

133.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 133 and, therefore, denies those allegations.

134.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 134 and, therefore, denies those allegations.

135.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 135 and, therefore, denies those allegations.

    i.    *Peters Created the MSOs with the Purpose of Rewarding Investors' Prescriptions and Engendering Loyalty to the Pharmacies*

136.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 136 and, therefore, denies those allegations.

137.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 137 and, therefore, denies those allegations.

138.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 138 and, therefore, denies those allegations.

139.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 139 and, therefore, denies those allegations.

140.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 140 and, therefore, denies those allegations.

    ii.    *MSO Investors Were Paid Exorbitant Returns*

141.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 141 and, therefore, denies those allegations.

142.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 142 and, therefore, denies those allegations.

143.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 143 and, therefore, denies those allegations.

144.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 144 and, therefore, denies those allegations.

145.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 145 and, therefore, denies those allegations.

146.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 146 and, therefore, denies those allegations.

147.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 147 and, therefore, denies those allegations.

148.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 148 and, therefore, denies those allegations.

149.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 149 and, therefore, denies those allegations.

150.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 150 and, therefore, denies those allegations.

151.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 151 and, therefore, denies those allegations.

152.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 152 and, therefore, denies those allegations.

153.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 153 and, therefore, denies those allegations.

154.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 154 and, therefore, denies those allegations.

155.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 155 and, therefore, denies those allegations.

156.    Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 156 and, therefore, denies those allegations.

157.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 157 and, therefore, denies those allegations.

158.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 158 and, therefore, denies those allegations.

159.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 159 and, therefore, denies those allegations.

160.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 160 and, therefore, denies those allegations.

161.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 161 and, therefore, denies those allegations.

        iii.    *The Profits Received by each Physician Investor in the MSOs Depended on the Physician's Prescribing Volume*

162.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 162 and, therefore, denies those allegations.

163.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 163 and, therefore, denies those allegations.

164.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 164 and, therefore, denies those allegations.

165.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 165 and, therefore, denies those allegations.

166.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 166 and, therefore, denies those allegations.

167.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 167 and, therefore, denies those allegations.

168.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 168 and, therefore, denies those allegations.

169.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 169 and, therefore, denies those allegations.

170.    Do not respond to the allegations set forth in numbered paragraph 170 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 170 of the Complaint.

171.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 171 and, therefore, denies those allegations.

172.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 172 and, therefore, denies those allegations.

173.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 173 and, therefore, denies those allegations.

174.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 174 and, therefore, denies those allegations.

175.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 175 and, therefore, denies those allegations.

176.    Defendant lacks knowledge or infor6mation sufficient to form a belief about the truth of the allegations of Paragraph 176 and, therefore, denies those allegations.

177.    Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 177 and, therefore, denies those allegations.

178.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 178 and, therefore, denies those allegations.

179.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 179 and, therefore, denies those allegations.

180.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 180 and, therefore, denies those allegations.

181.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 181 and, therefore, denies those allegations.

182.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 182 and, therefore, denies those allegations.

183.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 183 and, therefore, denies those allegations.

i.    *Continued Prescribing to the Pharmacies Was Effectively a Condition of Investment*

184.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 184 and, therefore, denies those allegations.

185.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 185 and, therefore, denies those allegations.

186.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 186 and, therefore, denies those allegations.

187.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 187 and, therefore, denies those allegations.

188.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 188 and, therefore, denies those allegations.

189.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 189 and, therefore, denies those allegations.

190.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 190 and, therefore, denies those allegations.

191.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 191 and, therefore, denies those allegations.

192.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 192 and, therefore, denies those allegations.

193.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 193 and, therefore, denies those allegations.

194.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 194 and, therefore, denies those allegations.

195.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 195 and, therefore, denies those allegations.

### C. Peters Attempted to Conceal His Unlawful Intent in False Documentation

196.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 196 and, therefore, denies those allegations.

197.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 197 and, therefore, denies those allegations.

198.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 198 and, therefore, denies those allegations.

199.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 199 and, therefore, denies those allegations.

200.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 200 and, therefore, denies those allegations.

201.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 201 and, therefore, denies those allegations.

202.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 202 and, therefore, denies those allegations.

203.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 203 and, therefore, denies those allegations.

204.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 204 and, therefore, denies those allegations.

205.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 205 and, therefore, denies those allegations.

206.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 206 and, therefore, denies those allegations.

207.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 207 and, therefore, denies those allegations.

208.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 208 and, therefore, denies those allegations.

209.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 209 and, therefore, denies those allegations.

**D. Peters Knew the MSO Investment Scheme Did Not Satisfy an AKS Safe Harbor**

210.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 210 and, therefore, denies those allegations.

211.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 211 and, therefore, denies those allegations.

212.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 212 and, therefore, denies those allegations.

213.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 213 and, therefore, denies those allegations.

214.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 214 and, therefore, denies those allegations.

215.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 215 and, therefore, denies those allegations.

216.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 216 and, therefore, denies those allegations.

217.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 217 and, therefore, denies those allegations.

218.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 218 and, therefore, denies those allegations.

**VII.    THE SALES REPRESENTATIVE COMMISSION SCHEME**

**A. Peters Paid Unlawful Commissions to the Sales Representatives**

219.    Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 219 and, therefore, denies those allegations.

220.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 220 and, therefore, denies those allegations.

221.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 221 and, therefore, denies those allegations.

222.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 222 and, therefore, denies those allegations.

223.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 223 and, therefore, denies those allegations.

224.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 224 and, therefore, denies those allegations.

225.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 225 and, therefore, denies those allegations.

226.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 226 and, therefore, denies those allegations.

227.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 227 and, therefore, denies those allegations.

228.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 228 and, therefore, denies those allegations.

229.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 229 and, therefore, denies those allegations.

230.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 230 and, therefore, denies those allegations.

231.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 231 and, therefore, denies those allegations.

232.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 232 and, therefore, denies those allegations.

233.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 233 and, therefore, denies those allegations.

234.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 234 and, therefore, denies those allegations.

235.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 235 and, therefore, denies those allegations.

236.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 236 and, therefore, denies those allegations.

**B.    Incentivized by Unlawful Commissions, the Sales Representatives Used Illicit Tactics to Push Physicians to Prescribe to the Pharmacies, Regardless of Whether the Prescriptions Were Medically Appropriate**

237.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 237 and, therefore, denies those allegations.

238.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 238 and, therefore, denies those allegations.

239.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 239 and, therefore, denies those allegations.

240.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 240 and, therefore, denies those allegations.

241.     Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 241 and, therefore, denies those allegations.

242.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 242 and, therefore, denies those allegations.

243.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 243 and, therefore, denies those allegations.

244.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 244 and, therefore, denies those allegations.

245.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 245 and, therefore, denies those allegations.

246.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 246 and, therefore, denies those allegations.

247.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 247 and, therefore, denies those allegations.

248.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 248 and, therefore, denies those allegations.

249.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 249 and, therefore, denies those allegations.

250.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 250 and, therefore, denies those allegations.

251.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 251 and, therefore, denies those allegations.

252.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 252 and, therefore, denies those allegations.

## VIII.    PETERS CONCEALED OVERUTILIZATION RESULTING FROM UNLAWFULLY-INDUCED PRESCRIPTIONS

253.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 253 and, therefore, denies those allegations.

254.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 254 and, therefore, denies those allegations.

255.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 255 and, therefore, denies those allegations.

256.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 256 and, therefore, denies those allegations.

257.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 257 and, therefore, denies those allegations.

258.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 258 and, therefore, denies those allegations.

259.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 259 and, therefore, denies those allegations.

## IX.    PETERS USED SHELL CORPORATIONS TO CONCEAL HIS CONDUCT

260.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 260 and, therefore, denies those allegations.

261.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 261 and, therefore, denies those allegations.

262.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 262 and, therefore, denies those allegations.

263.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 263 and, therefore, denies those allegations.

264.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 264 and, therefore, denies those allegations.

265.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 265 and, therefore, denies those allegations.

266.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 260 and, therefore, denies those allegations.

267.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 267 and, therefore, denies those allegations.

268.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 268 and, therefore, denies those allegations.

269.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 269 and, therefore, denies those allegations.

270.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 270 and, therefore, denies those allegations.

271.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 271 and, therefore, denies those allegations.

272.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 272 and, therefore, denies those allegations.

273.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 273 and, therefore, denies those allegations.

**COUNT I**

Against Matthew Peters and the Defendant Pharmacies
(False Claims Act: Presentation of False Claims)
(31 U.S.C. § 3729(a)(1)(A))

268.    Answering paragraph 268, Defendant incorporates herein by reference its answers to the paragraphs referenced above.

269.    Defendant denies the allegations contained in Paragraph 269 of the Complaint.

270.    Defendant denies the allegations contained in Paragraph 270 of the Complaint.

271.    Defendant denies the allegations contained in Paragraph 271 of the Complaint.

272.    Defendant denies the allegations contained in Paragraph 272 of the Complaint.

273.    Do not respond to the allegations set forth in numbered paragraph 273 of the Complaint because it states conclusions or characterizations of law for which no response is required. To the extent a further response is required, deny the allegations in numbered paragraph 273 of the Complaint.

**COUNT II**

Against All Defendants
(False Claims Act: Causing to be Presented False Claims)
(31 U.S.C. § 3728(a)(1)(A))

274.    Answering paragraph 274, Defendant incorporates herein by reference its answers to the paragraphs referenced above.

275.    Defendant SMS denies the allegations contained in Paragraph 275 of the Complaint.

276.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 276 and, therefore, denies those allegations.

277.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 277 and, therefore, denies those allegations.

278.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 278 and, therefore, denies those allegations.

279.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 279 and, therefore, denies those allegations.

280.     Defendant denies the allegations contained in Paragraph 280 of the Complaint.

281.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 281 and, therefore, denies those allegations.

282.     Defendant denies the allegations contained in Paragraph 282 of the Complaint.

<u>**COUNT III**</u>
Against All Defendants
(False Claims Act: Conspiracy)
(31 U.S.C. § 3729(a)(1)(C))

283.     Answering paragraph 283, Defendant incorporates herein by reference its answers to the paragraphs referenced above.

284.     Defendant denies the allegations contained in Paragraph 284 of the Complaint.

285.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 285 and, therefore, denies those allegations.

286.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 286 and, therefore, denies those allegations.

287.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 287 and, therefore, denies those allegations.

288.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 288 and, therefore, denies those allegations.

289.     Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 289 and, therefore, denies those allegations.

290.    Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 290 and, therefore, denies those allegations.

291.    Defendant denies the allegations contained in Paragraph 291 of the Complaint.

## COUNT IV
Against Peters and the Defendant Pharmacies
(False Claims Act: Avoiding or Decreasing an Obligation to Pay or Transmit Money or Property
to the Government)
(31 U.S.C. § 3729(a)(1)(G))

292.    Answering paragraph 292, Defendant incorporates herein by reference its answers

to the paragraphs referenced above.

293.    Defendant denies the allegations in Paragraph 293 of the Complaint.

294.    Defendant denies the allegations in Paragraph 294 of the Complaint.

295.    Defendant denies the allegations in Paragraph 295 of the Complaint.

296.    Defendant denies the allegations in Paragraph 296 of the Complaint.

## COUNT V
Against Peters
(Unjust Enrichment)

297.    Answering paragraph 297, Defendant incorporates herein by reference its answers

to the paragraphs referenced above.

298.    Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations of Paragraph 298 and, therefore, denies those allegations.

299.    Do not respond to the allegations set forth in numbered paragraph 299 of the

Complaint because it states conclusions or characterizations of law for which no response is

required. To the extent a further response is required, deny the allegations in numbered paragraph

299 of the Complaint.

1

2

3

**COUNT VI**
Against Peters and the Defendant Pharmacies
(Payment by Mistake)

4

5

300.    Answering paragraph 300, Defendant incorporates herein by reference its answers to the paragraphs referenced above.

6

7

301.    Defendant denies the allegations in Paragraph 301 of the Complaint.

8

302.    Defendant denies the allegations in Paragraph 302 of the Complaint.

9

303.    Defendant denies the allegations in Paragraph 303 of the Complaint.

10

**PRAYER FOR RELIEF**

11

12

13

14

Defendant denies that the Government is entitled to any relief. SMS further denies any and all allegations contained in the unnumbered "WHEREFORE" paragraph, including but not limited to any and all allegations contained in subparagraphs (a) through (d).

15

**JURY TRIAL**

16

17

18

19

Defendant requests a jury trial as to any and all issues triable of right by a jury. To the extent a further response is required hereto, Defendant denies the allegations in this paragraph of the Complaint.

20

**GENERAL DENIAL**

21

22

23

24

Defendant denies each and every allegation in Plaintiff's Second Amended Complaint that has not been admitted or responded to specifically. To the extent any allegations of fact remain unanswered, Defendant SMS denies them in their entirety.

25

**AFFIRMATIVE DEFENSES**

26

**FIRST AFFIRMATIVE DEFENSE**

27

Plaintiff's Second Amended Complaint fails to state a claim upon which relief can be granted.

28

**SECOND AFFIRMATIVE DEFENSE**

The damages and/or injuries which Plaintiff alleges it has sustained, if any, are not attributable to any act, conduct, omission, or breach on the part of SMS.

**THIRD AFFIRMATIVE DEFENSE**

The Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel. For years prior to initiating this action, Plaintiff and its agents conducted investigations and held substantive discussions with SMS executive Brian Baumgartner regarding matters directly related to the allegations in this case. Throughout that period, Plaintiff never identified SMS as a participant in any alleged misconduct, despite being aware of all relevant facts concerning the company's operations and the prior sale of its then non-operational pharmacy, Synergy RX LLC, to Defendant Peters. Plaintiff's conduct reasonably led SMS to believe it was not implicated in the alleged scheme, and Plaintiff should be estopped from asserting claims inconsistent with its prior course of conduct.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant SMS is not vicariously liable for the acts alleged in the Second Amended Complaint.

**SIXTH AFFIRMATIVE DEFENSE**

The alleged damages are speculative, uncertain, and/or contingent, and as such are not recoverable.

**SEVENTH AFFIRMATIVE DEFENSE**

One or more of the Anti-Kickback Statute's safe harbors bar Plaintiff's requested relief as to Defendant SMS.

**EIGHTH AFFIRMATIVE DEFENSE**

Some or all claims submitted to federal health care programs by SMS that may fall within the scope of allegations of the Second Amended Complaint, if any exist, were not "resulting from" a violation of the AKS under 42 U.S.C. § 1320a-7b(g) and therefore do not meet the applicable causation standard.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver. For years prior to filing this action, Plaintiff and its agents engaged in substantive discussions with SMS executive Brian Baumgartner regarding matters directly related to the allegations in this case. Plaintiff, with full knowledge of the facts concerning SMS's sale of the then-nonoperational pharmacy, Synergy RX LLC, to Defendant Peters, took no action to identify SMS as a potential target or to assert any claim. Plaintiff's conduct constitutes an intentional relinquishment of any such claims.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff, by and through its acts, deeds, and/or conduct, and/or the acts, deeds, and/or conduct of its agents, employees, and/or representatives, has heretofore released Defendant SMS from any and all claims Plaintiff might have had to assert against Defendant SMS, by way of the Settlement Agreement entered into between Plaintiff and SMS executive, Brian Baumgartner.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff would be unjustly enriched if it were granted the relief sought against Defendant SMS pursuant to the claims asserted in the Second Amended Complaint.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands. For several years prior to initiating this action, Plaintiff and its agents engaged in good-faith discussions with

SMS executive Brian Baumgartner regarding matters directly related to the subject of this case. At no time during those discussions did Plaintiff identify SMS as a participant in, or beneficiary of any alleged misconduct. Furthermore, Plaintiff has long been aware that SMS's only involvement was the sale of the then-nonoperational pharmacy, Synergy RX LLC, to Defendant Peters, and as such Plaintiff's pursuit of claims against SMS is inequitable and unjust.

<strong>THIRTEENTH AFFIRMATIVE DEFENSE</strong>

To the extent that the Plaintiff obtains or obtained recovery in any other proceeding predicated on the same factual allegations, the Plaintiff is barred from seeking recovery against Defendant SMS based on the Second Amended Complaint under the doctrines of res judicata and collateral estoppel.

**WHEREFORE**, Defendant Synergy Medical Systems, LLC, prays for relief as follows:

1. Judgment dismissing the Second Amended Complaint in its entirety with prejudice;

2. Judgment denying any and all relief requested by Plaintiff and awarded Defendant SMS its attorneys' fees and costs incurred in defending against this action; and

3. Such other and further relief as this Honorable Court deems equitable and just.

<strong>Respectfully submitted,</strong>

**Dated**: August 11, 2025          **THE HEALTH LAW PARTNERS, P.C.**
By:/s/ *Clinton Mikel*
Clinton Mikel, Attorney for Defendant
Synergy Medical Systems, LLC