ERIC GRANT
United States Attorney
DAVID E. THIESS
TARA AMIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
David.thiess@usdoj.gov
Tara.amin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW H. PETERS, *et al.*,<br><br>    Defendants. | Civil Case No. 2:24-cv-00287-WBS-CKD<br><br>ORDER |

Good cause appearing, with the United States and Defendant One Way Drug LLC having jointly moved, without the objection of Defendant Synergy Medical Systems LLC,

IT IS HEREBY ORDERED that the Scheduling Order (ECF 57) is modified as follows:

| | Current Date | Proposed Date |
|---|---|---|
| Initial Disclosures | November 1, 2024 | November 3, 2025 |
| Expert Disclosures and Reports | September 5, 2025 | June 5, 2026 |
| Rebuttal Expert Disclosures and Reports | October 3, 2025 | July 10, 2026 |
| Completion of All Discovery | October 31, 2025 | August 14, 2026 |

| Deadline for Filing Motions | December 12, 2025 | October 2, 2026 |
| --- | --- | --- |
| Final Pretrial Conference | February 23, 2026 | January 11, 2027, 1:30 p.m. |
| Trial | April 21, 2026 | March 16, 2027, 9:00 a.m. |

    IT IS SO ORDERED.

DATED:  AUGUST 11, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE