ERIC GRANT
United States Attorney
DAVID E. THIESS
TARA AMIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
David.thiess@usdoj.gov
Tara.amin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 2:24-cv-00287-WBS-CKD |
| Plaintiff, | ORDER |
| v. | |
| MATTHEW H. PETERS, *et al.*, | |
| Defendants. | |

Based on the Parties' Stipulation to the proposed case schedule and good cause appearing for the United States's motion to modify the case scheduling order,

IT IS HEREBY ORDERED that the Scheduling Order (ECF 106) is modified as follows:

| | Current Date | Proposed Date |
|---|---|---|
| Initial Disclosures | November 3, 2025 | May 1, 2026 |
| Expert Disclosures and Reports | June 5, 2026 | March 5, 2027 |
| Rebuttal Expert Disclosures and Reports | July 10, 2026 | April 9, 2027 |

ORDER FOR
REQUEST TO EXTEND CASE SCHEDULE          1

| Completion of All Discovery | August 14, 2026 | May 7, 2027 |
|---|---|---|
| Deadline for Filing Motions | October 2, 2026 | July 16, 2027 |
| Final Pretrial Conference | January 11, 2027 at 1:30pm | October 18, 2027 at 1:30pm |
| Trial | March 16, 2027 at 9:00am | January 11, 2028 at 1:30pm |

IT IS SO ORDERED.

Dated:  April 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER FOR
REQUEST TO EXTEND CASE SCHEDULE        2