UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:24-cv-0287-WBS-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW H. PETERS, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On April 10, 2026, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 146.) Plaintiff filed objections to the findings and recommendations. (ECF No. 153.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  The findings and recommendations filed April 10, 2026 (ECF No. 146), are adopted in full.

////

1

2.  Plaintiff's motions for sanctions under Rule 37 of the Federal Rules of Civil procedure (ECF Nos. Nos. 98, 140) be granted in part to the extent that (a) defendants be precluded from raising defenses related to purported bona fide nature of physician investment in, or actual management services performed by, Bayview Specialty Services LLC or Coastline Specialty Services LLC, and (b) defendants be precluded from introducing into evidence documents responsive to the government's first set of RFPs except for documents defendants produced to the government on or before June 5, 2025.

Dated:  April 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE