ERIC GRANT
United States Attorney
DAVID E. THIESS
TARA AMIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
David.Thiess@usdoj.gov
Tara.Amin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW H. PETERS, *et al.*

Defendants.

No. 2:24-cv-00287-WBS-CKD

~~[PROPOSED]~~ ORDER FOR UNITED STATES' UNOPPOSED MOTION TO COMPEL SPIEGEL LLP RESPOND TO SUBPOENA DUCES TECUM

Upon consideration the United States' unopposed motion to compel Siegel LLP to respond to the subpoena, the Court hereby orders as follows:

1. The United States' motion to compel Spiegel LLP to produce all responsive information in response to the Siegel LLP subpoena (ECF No. 158) is GRANTED;
2. Spiegel LLP shall produce all responsive information within 30 days from this Order.

Dated: August 4, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 usa24cv0287.po.158